AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia ▾

<table>
<tr><td rowspan="11">

7 IL Properties of Georgia, LLC

_____
*Plaintiff(s)*

v.

_____

Knight, Gary

_____
*Defendant(s)*

</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>

Civil Action No.   2:21-CV-226-RWS

</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Gary Knight
190 Antioch Cemetery Road
Morganton, Georgia  30560
(Fannin County, Georgia)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian S. Goldberg, Esq.
Freeman, Mathis & Gary, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA  30339

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* , Kevin P. Weimer

Date:    10/18/2021
_____



s/ D. McGoldrick
_____
*Signature of Clerk or Deputy Clerk*