## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Northern District of Georgia

Case Number: 2:21-CV-00226-RWS

Plaintiff:
**7 IL PROPERTIES, LLC**

vs.

Defendant:
**GARY KNIGHT**

For:
Brian Goldberg
Freeman Mathis & Gary LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948

Received by Ancillary Legal Corporation on the 18th day of October, 2021 at 3:03 pm to be served on **GARY KNIGHT, 190 Antioch Cemetery Rd, Morganton, GA 30560**

I, James Ross, being duly sworn, depose and say that on the **23rd day of October, 2021** at 9:35 am, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT with EXHIBITS A-C** to: **GARY KNIGHT** at the address of: **190 Antioch Cemetery Rd, Morganton, GA 30560**.

**Additional Information pertaining to this Service:**
10/23/2021  9:35 am  Perfected personal service at 190 Antioch Cemetery Rd., Morganton, GA 30560.
Description of defendant: Caucasian, male, about 60 years old, gray hair, ~6'0 tall, ~200 lbs

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true.I have no interest in the outcome of this action and am not related to any of  the parties. I am 18 or more years of age and am authorized to serve process.

James Ross
Process Server

Subscribed and Sworn to before me on the 25ᵀᴴ day of _October_, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

**Ancillary Legal Corporation**
**2900 Chamblee Tucker Road**
**Building 13**
**Atlanta, GA 30341**
**(404) 459-8006**

Our Job Serial Number: ANC-2021011277
Ref: 16496-94046

BRITTNEY PRESLEY
STATE OF TENNESSEE
NOTARY PUBLIC
BRADLEY COUNTY

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2e

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-CV-226-RWS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Gary Knight

was received by me on *(date)*       10/19/2021       .

☑ I personally served the summons on the individual at *(place)*  190 Antioch Cemetery Rd, Morganton, GA 30560

_____ on *(date)*     10/23/2021       ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     10/25/2021

_____
*Server's signature*

James Ross
*Printed name and title*

114 Stuart Rd Ne #290
Cleveland, TN 37312

_____
*Server's address*

Additional information regarding attempted service, etc: