# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| **7 IL PROPERTIES, LLC,** | |
| Plaintiff, | Case No. 2:21-CV-226-RWS |
| v. | |
| **GARY KNIGHT,** | |
| Defendant. | |

## ANSWER TO FIRST AMENDED COMPLAINT

COMES NOW Defendant Gary Knight, by and through his undersigned counsel, and files this his Answer to First Amended Complaint and respectfully shows the Court as follows:

1.

Defendant reasserts and incorporates his Answer, Counterclaim, and Affirmative Defenses as if the same were fully set forth herein verbatim.

2.

The allegations in the second sentence of Paragraph 1 of Plaintiff's First Amended Complaint are denied.

3.

Any allegations not specifically denied herein are hereby denied.

4.

Any allegations in the paragraph beginning "WHEREFORE" are denied, and it is denied that Plaintiff is entitled to the relief sought.

WHEREFORE, Defendant prays as follows:

(a) That Plaintiff's Complaint be dismissed;

(b) That Plaintiff be denied any relief requested in its Complaint;

(c) That Defendant be awarded reasonable attorney's fees and expenses for having to defend this action; and

(d) That Defendant receive such other and further relief as deemed just and proper under the facts and evidence.

Respectfully submitted this 15th day of December, 2021.

[Signature on following page]

                **MILES HANSFORD & TALLANT, LLC**
                Attorneys for Defendant Gary Knight

                <u>/s/ Stanton Kincaid</u>
                J. Ethan Underwood
                Georgia Bar No. 721901
                Joshua A. Scoggins
                Georgia Bar No. 037996
                K. Stanton Kincaid
                Georgia Bar No. 422748

202 Tribble Gap Road, Suite 200
Cumming, Georgia 30040
Telephone: (770) 781-4100
Facsimile: (770) 781-9191
eunderwood@mhtlegal.com
jscoggins@mhtlegal.com
skincaid@mhtlegal.com

# CERTIFICATE OF SERVICE

The undersigned certifies that on this day a true and correct copy of the foregoing *ANSWER, COUNTERCLAIM, AND AFFIRMATIVE DEFENSES* has been served upon opposing counsel by U.S. Mail with sufficient postage attached to ensure delivery to:

Brian S. Goldberg
Travis M. Cashbaugh
Freeman, Mathis, and Gary LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339

Respectfully submitted, this 15th day of December, 2021.

**MILES HANSFORD & TALLANT, LLC**
Attorneys for Defendant Gary Knight

/s/ Stanton Kincaid
J. Ethan Underwood
Georgia Bar No. 721901
Joshua A. Scoggins
Georgia Bar No. 037996
K. Stanton Kincaid
Georgia Bar No. 422748

202 Tribble Gap Road, Suite 200
Cumming, Georgia   30040
Telephone: (770) 781-4100
Facsimile: (770) 781-9191
eunderwood@mhtlegal.com
jscoggins@mhtlegal.com
skincaid@mhtlegal.com