# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| 7 IL PROPERTIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GARY KNIGHT,<br><br>Defendant. | Case No. 2:21-CV-226-RWS |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on February 17, 2022, I served the following by electronic mail:

- DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT
- DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT
- DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT

and electronically filed the Certificate of Service using the CM/ECF system which will automatically send e-mail notification to all attorneys of record as follows:

Brian S. Goldberg
Travis M. Cashbaugh
FREEMAN MATHIS & GARY LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
Brian.Goldberg@fmglaw.com
TCashbaugh@fmglaw.com

This 17th day of February, 2022.

**MILES HANSFORD & TALLANT, LLC**
Attorneys for Defendant

/s/ Stanton Kincaid
J. Ethan Underwood
Georgia Bar No. 721901
Joshua A. Scoggins
Georgia Bar No. 037996
K. Stanton Kincaid
Georgia Bar No. 422748

202 Tribble Gap Road, Suite 200
Cumming, Georgia  30040
Telephone: (770) 781-4100
Facsimile: (770) 781-9191
eunderwood@mhtlegal.com
jscoggins@mhtlega.com
skincaid@mhtlegal.com

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing Certificate of Service of Discovery with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing, to the following attorneys of record:

Brian S. Goldberg
Travis M. Cashbaugh
FREEMAN MATHIS & GARY LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
Brian.Goldberg@fmglaw.com
TCashbaugh@fmglaw.com

This 17th day of February, 2022.

                                    **MILES HANSFORD & TALLANT, LLC**
                                    Attorneys for Defendant

                                    /s/ Stanton Kincaid
                                    J. Ethan Underwood
                                    Georgia Bar No. 721901
                                    Joshua A. Scoggins
                                    Georgia Bar No. 037996
                                    K. Stanton Kincaid
                                    Georgia Bar No. 422748

202 Tribble Gap Road, Suite 200
Cumming, Georgia   30040
Telephone: (770) 781-4100
Facsimile: (770) 781-9191
eunderwood@mhtlegal.com
jscoggins@mhtlega.com
skincaid@mhtlegal.com