IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **7 IL PROPERTIES, LLC,** <br><br> **Plaintiff,** <br><br> v. <br><br> **GARY KNIGHT,** <br><br> **Defendant.** | **Case No. 2:21-CV-226-RWS** |

### NOTICE OF INTENT TO SERVE SUBPOENA FOR PRODUCTION OF DOCUMENTS

YOU ARE HEREBY NOTIFIED pursuant to Rule 45 of the Federal Rules of Civil Procedure that, pursuant to subpoena, the undersigned will proceed to copy documents and/or files produced by the person listed below on Monday, March 29, 2022, beginning at 10:00 a.m. at the offices of Miles, Hansford & Tallant, 202 Tribble Gap Road, Suite 200, Cumming, Georgia 30040, for discovery and all other purposes allowed by law. The subpoena for production of documents is being issued to the following:

    Terry Wilson, *Esq.*
    Wilson Hamilton Real Estate Law
    316 Summit Street,
    Blue Ridge, Georgia 30513

In lieu of appearance at document production, the above person may mail certified copies of the documents to the undersigned at Miles, Hansford & Tallant, 202 Tribble Gap Road, Suite 200, Cumming, Georgia 30040, on or before Monday, March 29, 2022. A copy of the aforementioned subpoena for production of documents has been sent to all counsel of record via email, along with a copy of this notice.

This 15th day of March, 2022.

        **MILES HANSFORD & TALLANT, LLC**
        Attorneys for Defendant

        /s/ Stanton Kincaid
        J. Ethan Underwood
        Georgia Bar No. 721901
        Joshua A. Scoggins
        Georgia Bar No. 037996
        K. Stanton Kincaid
        Georgia Bar No. 422748

202 Tribble Gap Road, Suite 200
Cumming, Georgia  30040
Telephone: (770) 781-4100
Facsimile: (770) 781-9191
eunderwood@mhtlegal.com
jscoggins@mhtlega.com
skincaid@mhtlegal.com

# CERTIFICATE OF SERVICE

I hereby certify that on this day I have served the within and foregoing **Notice of Intent to Serve Subpoena for Production of Documents** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing, to the following attorneys of record:

Brian S. Goldberg<br>
Travis M. Cashbaugh<br>
FREEMAN MATHIS & GARY LLP<br>
100 Galleria Parkway, Suite 1600<br>
Atlanta, GA 30339-5948<br>
Brian.Goldberg@fmglaw.com<br>
TCashbaugh@fmglaw.com

This 15th day of March, 2022.

**MILES HANSFORD & TALLANT, LLC**
Attorneys for Defendant

<u>/s/ Stanton Kincaid</u>
J. Ethan Underwood
Georgia Bar No. 721901
Joshua A. Scoggins
Georgia Bar No. 037996
K. Stanton Kincaid
Georgia Bar No. 422748

202 Tribble Gap Road, Suite 200
Cumming, Georgia   30040
Telephone: (770) 781-4100
Facsimile: (770) 781-9191
eunderwood@mhtlegal.com
jscoggins@mhtlega.com
skincaid@mhtlegal.com