# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| 7 IL PROPERTIES, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>GARY KNIGHT,<br><br>　　Defendant. | CASE NO: 2:21-cv-00226-RWS |

## 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Rule 5.4 of the Local Rules of the United States District Court for the Northern District of Georgia, I hereby certify that I served upon all parties of record the following by electronic mail:

- NOTICE OF DEPOSITION OF DEFENDANT GARY KNIGHT

I further certify that I have electronically filed this day this Certificate with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

J. Ethan Underwood
Joshua A. Scoggins
K. Stanton Kincaid
**MILES HANSFORD & TALLANT, LLC**
202 Tribble Gap Road, Suite 200
Cumming, Georgia 30040
eunderwood@mhtlegal.com
jscoggins@mhtlegal.com
skincaid@mhtlegal.com

This 9th day of September, 2022.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Brian S. Goldberg*
Brian S. Goldberg
Georgia Bar No. 128007
Brian.Goldberg@FMGLaw.com
Attorneys for Plaintiff

100 Galleria Parkway
Suite 1600
Atlanta, GA  30339
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)