# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **7 IL PROPERTIES, LLC** <br> *Plaintiff* <br><br> v. <br><br> **GARY KNIGHT** <br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 2:21-cv-226-RWS |

## AFFIDAVIT OF SERVICE

I, Kevin Mitchell, being duly sworn, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents on Gary Branch in Fulton County, GA on January 12, 2023 at 1:23 pm at 5670 Long Island Dr, Sandy Springs, GA 30327 by personal service by handing the following documents to an individual identified as Gary Branch.

Notice of Deposition of Gary Branch
Subpoena to Testify at a Deposition in a Civil Action
and witness fee check

Additional Description:
Gary Branch identified himself and accepted the service of the documents.

White Male, est. age 74, glasses: Y, Gray hair, 180 lbs to 200 lbs, 5' 9" to 6'.
Geolocation of Serve: http://maps.google.com/maps?q=33.9102478027,-84.3938467596
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   DeKalb County   ,
  GA    on   1/13/2023   .

/s/ Kevin Mitchell
Signature
Kevin Mitchell
(678) 923-3094

# Exhibit 1



Exhibit 1a)