IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| 7 IL PROPERTIES, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARY KNIGHT, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. <br> 2:21-cv-226-RWS |

## ORDER REGARDING DISCOVERY

This matter came before this Court on the Gary Knight's notice to this Court pursuant to Section II(b)(3) of the Standing Order entered in this case [Doc. 4]. Mr. Knight issued his required position statement to the Court on February 1, 2023, and 7IL Properties, LLC (hereafter, "7IL") responded in kind on February 6, 2023.

The principal issue in dispute between the Parties had revolved around 7IL's alleged failure to produce text messages and other data responsive to Mr. Knight's discovery requests due to damage to a cell phone which contained said information. Part and parcel to this dispute was the manner of retrieval of the cell phone data and the cost to recover same.

A telephonic conference was set for this matter on February 10, 2023. Prior to said conference, on February 10, 2023, the Parties reached an amicable resolution, which the Court considers to be reasonable and acceptable. For this

reason, and in accordance with the Parties' agreement, and for good cause shown:

IT IS HEREBY ORDERED as follows:

1. 7IL shall send the cell phone in question to a data recovery company agreed to by the Parties within three (3) business days of this Order;

2. Following the recovery of the data from the cell phone and transmission of said data to 7IL, 7IL shall have fourteen (14) days to perform a privilege review of the materials and to produce responsive, non-privileged data to Mr. Knight;

3. Mr. Knight shall then immediately issue notices of deposition and subpoenas for deposition to all remaining witnesses to be concluded prior to the close of discovery;

4. The Parties shall share the cost of recover of the data from the agreed data recovery company, equally; and

5. Discovery is hereby extended through and including March 24, 2023.

SO ORDERED, this 10th day of February, 2023.

_____
Hon. Richard W. Story, Senior Judge
United States District Court