# Exhibit A

Original document production email dated 4/18/2022

---

**RE: [EXTERNAL] 7 IL Properties / Knight - 2:21-cv-226 - ELECTRONIC SERVICE OF DISCOVERY - Plaintiff's Di...**

**Travis Cashbaugh** <tcashbaugh@fmglaw.com>
To: Stanton Kincaid; Josh Scoggins; Ethan Underwood
Cc: Brian Goldberg; Rebecca Flannery

Mon 4/18/2022 10:22 PM

Attachments:
- Plaintiff's Objections and Responses to Defendant's First Request for Production of Documents.pdf
- Plaintiff's Objections and Responses to Defendant's First Interrogatories.pdf
- Plaintiff's Objections and Responses to Defendant's First Request for Admissions.pdf

Stanton-

Please find attached the following:

- PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST INTERROGATORIES
- PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
- PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST REQUEST FOR ADMISSIONS

Also, below is a link to access Plaintiff's document production. Please let me know if you have any issues accessing.

[Plaintiff's Document Production (4.18.22)]

Thanks,
-Travis