# Exhibit B

## FEDEX Label and Tracking Info

```
ORIGIN ID:TMAA    (678) 996-9140       SHIP DATE: 15FEB23
BRIAN S GOLDBERG                       ACTWGT: 2.00 LB
                                       CAD: 105403145/WSXI3300
100 GALLERIA PARKWAY
SUITE 1600
ATLANTA, GA 30339                      BILL SENDER
UNITED STATES US

TO  RECEIVING
    SECURE DATA RECOVERY OH
    700 BETA DR, STE 100

    MAYFIELD VILLAGE OH 44143
    18003881226             REF: 338793
    INV:
    PO:                          DEPT:
```




```
                          THU - 16 FEB 10:30A
TRK#  3946 7171 1188      PRIORITY OVERNIGHT
0201
                                      44143
NX LNNA                   OH-US   CLE
```



**TRACKING ID**

394671711188

**FROM**
Atlanta, GA US

*Label Created*
2/15/2023 4:01 PM

**PACKAGE RECEIVED BY FEDEX**
MARIETTA, GA
2/16/2023 8:01 PM

**IN TRANSIT**
BEDFORD HEIGHTS, OH
2/17/2023 8:21 AM

**OUT FOR DELIVERY**
BEDFORD HEIGHTS, OH
2/17/2023 8:29 AM



**DELIVERED**
Mayfield Village, OH US

*Delivered*
2/17/2023 at 8:59 AM

↓ View travel history