

**Customer Invoice No. 376522**

| BILL TO: | | SEND PAYMENT TO: |
|---|---|---|
| Brian S Goldberg<br>Freeman Mathis & Gary, LLP<br>100 Galleria Parkway Suite 1600<br>Atlanta, GA 30339<br><br>phone: (678) 996-9140<br>email: Brian.Goldberg@fmglaw.com |  | Secure Data Recovery Services<br>625 Fair Oaks Ave<br>#326<br>South Pasadena, CA 91030<br><br>Toll Free: 1-800-388-1266<br>Local: 1-323-944-0822<br>Fax: 1-866-381-8097 |

| | |
|---|---|
| Invoice # | 376522 |
| Invoice Date | 3/27/2023 12:55:39 PM |
| PO Reference | |
| Account Rep | Randall Parsons |

### DESCRIPTION

| Product | Item Price | Qty | Tax Rate | Tax | Amount |
|---|---|---|---|---|---|
| Final Payment for Recovery | $910.51 | 1 | 0% | $0.00 | $910.51 |

### TOTAL PRICE

| | |
|---|---|
| Sub Total: | $910.51 |
| Sales Tax: | 0.00 |
| **Total:** | **$910.51** |



Secure Data Recovery Services is a SSAE 18 SOC 1 Type II Certified Company
**www.securedatarecovery.com**
© 2023 Secure Data Recovery Services. All Rights Reserved.