## GENERAL CHAIN-OF-CUSTODY FORM

| EVIDENCE/PROPERTY CUSTODY | Investigation ID Number |
|---|---|
| | CDS-338793 |
| | Tracking Number |
| | 394671711188 |
| NAME OF RECIPIENT FACILITY<br>SecureData | LOCATION<br>Cleveland |
| NAME, TITLE AND CONTACT NUMBER OF PERSON FROM WHOM RECEIVED<br>Brian S Goldberg | ADDRESS<br>700 BETA DR<br>Cleveland, OH 44143 |
| LOCATION FROM WHERE OBTAINED<br>Freeman Mathis & Gary, LLP<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, GA 30360 | REASON OBTAINED<br>Data Recovery | DATE/TIME OBTAINED<br>2/17/2023 09:15 |

| ITEM NO | QUANTITY | DESCRIPTION OF ARTICLES<br>(Include model, serial number, condition and unusual marks or scratches) |
|---|---|---|
| 1 | 1 | Google phone |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 1 | 2/17/23 | PRINTED NAME & CONTACT INFORMATION<br><br>SIGNATURE | PRINTED NAME & CONTACT INFORMATION<br>Viktor Pashinskiy<br>SIGNATURE | Data Recovery |
| 1 | 2/17/23 | PRINTED NAME & CONTACT INFORMATION<br>Viktor Pashinskiy<br>SIGNATURE | PRINTED NAME & CONTACT INFORMATION<br>Blake Revels<br>SIGNATURE | Diagnostics + Recovery |

Page 1 of 3

CDS-338793  Chain-of-Custody (continued)

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 1 | 2/20/23 | PRINTED NAME & CONTACT INFORMATION: Blake Revels <br> SIGNATURE: [signed] | PRINTED NAME & CONTACT INFORMATION: Victor Pasminsky <br> SIGNATURE: [signed] | |
| 1 | 4/04/23 | PRINTED NAME & CONTACT INFORMATION: Victor Pasminsky <br> SIGNATURE: [signed] | PRINTED NAME & CONTACT INFORMATION: <br> SIGNATURE: | Ship Back |
| | | PRINTED NAME & CONTACT INFORMATION: <br> SIGNATURE: | PRINTED NAME & CONTACT INFORMATION: <br> SIGNATURE: | |
| | | PRINTED NAME & CONTACT INFORMATION: <br> SIGNATURE: | PRINTED NAME & CONTACT INFORMATION: <br> SIGNATURE: | |
| | | PRINTED NAME & CONTACT INFORMATION: <br> SIGNATURE: | PRINTED NAME & CONTACT INFORMATION: <br> SIGNATURE: | |
| | | PRINTED NAME & CONTACT INFORMATION: <br> SIGNATURE: | PRINTED NAME & CONTACT INFORMATION: <br> SIGNATURE: | |
| | | PRINTED NAME & CONTACT INFORMATION: <br> SIGNATURE: | PRINTED NAME & CONTACT INFORMATION: <br> SIGNATURE: | |

CDS-338793    Chain-of-Custody (continued)

| FINAL DISPOSAL ACTION |
|---|
| RELEASE TO OWNER OR OTHER (NAME/ORGANIZATION) |
| DESTROY |
| OTHER (Specify) |

**FINAL DISPOSAL AUTHORITY**
ON THIS DOCUMENT PERTAINING TO THE INQUIRY/INVESTIGATION INVOLVING;

ITEM(S) (IS)(ARE) NO LONGER REQUIRED AS EVIDENCE AND MAY BE DOSPOSED AS INDICATED ABOVE. *If articles must be retained do not sign, but explain in separate correspondence.*

| (Typed or Printed Name & Organization) | (Signature) | (Date) |
|---|---|---|

**WITNESS TO DESTRUCTION EVIDENCE**

THE ARTICLES LISTED AT ITEM NUMBERS_____ (WAS) (WERE). DESTROYED BY THE EVIDENCE CUSTODIAN IN MY PRESENCE, ON THE DATE INDICATED ABOVE

| (Typed or Printed Name & Organization) | (Signature) | (Date) |
|---|---|---|