IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

|  |  |
|---|---|
| 7 IL PROPERTIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 2:21-cv-226-RWS |
| ) | |
| GARY KNIGHT, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR EXTENSION OF DEADLINE**

Gary Knight and 7 IL Properties, LLC (hereafter, "7 IL") hereby jointly file this Motion for an Extension of the Deadlines for which to file their cross motions for summary judgment, as follows:

(1) On June 21, 2023, this Court Granted, by Consent Order [Doc. 57], the Parties' last request to extend discovery in this matter.

(2) Per the Consent Order, discovery was to be completed on or before July 31, 2023.

(3) Discovery was, in fact, completed on July 31, 2023, with the last depositions (those of 7 IL Properties, LLC and John Thatcher) being taken on July 31, 2023.

(4) Per the Consent Order, "[a]ll motion, conference, and other deadline dates that are calculated by reference to the end of the discovery period [were thereby] extended accordingly."

(5) This incorporated the deadline for filing motions for summary judgment, as per this Court's Scheduling Order [Doc. 14], which incorporates the Joint Preliminary Report and Discovery Plan [Doc. 13] (hereafter, the "Plan").

(6) Per the Scheduling Order, and Section 7.b of the incorporated Plan, motions for summary judgment must be filed no later than thirty (30) days after the close of discovery.

(7) This sets the deadline for motions for summary judgment to no later than August 30, 2023.

(8) Because the depositions of 7 IL Properties and Mr. Thatcher were not taken until July 31, 2023, the errata sheets for these depositions are not due until August 30, 2023.

(9) Moreover, counsel for both Parties have numerous briefing and court appearance engagements prior to August 30, 2023 (many of which are or have been before this Court in other matters).

(10) The Parties jointly request that this Court extend the deadline for filing a motion for summary judgment for forty-five (45) days, through and including October 13, 2023.

WHEREFORE, this Court should Grant this Joint Motion and extend the deadline for filing a motion for summary judgment for forty-five (45) days, through and including October 13, 2023.

Respectfully submitted, this 23rd day of August, 2023.

| FGP LAW, LLC | FREEMAN MATHIS & GARY, LLP |
|---|---|
| /s/ Frank G. Podesta | Brian S. Goldberg w/ express consent |
| Frank G. Podesta | Brian S. Goldberg |
| GA Bar No. 496530 | GA Bar No. 128007 |
| fpodesta@fgplaw.com | brian.goldberg@fmglaw.com |
| | |
| 555 Sun Valley Drive | 100 Galleria Parkway, S.E. |
| Suite N-3 | Suite 1600 |
| Roswell, Georgia 30076 | Atlanta, Georgia 30339 |
| 678.677.5143 (voice) | (770) 818-0000 (voice) |
| 678.222.0123 (facsimile) | (770) 937-9960 (facsimile) |
| *Attorneys for Gary Knight* | *Attorneys for 7 IL Properties, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Joint Motion for Extension of Deadline** was prepared using 14 Point Times New Roman Font, and that on August 23, 2023, I filed the foregoing with the Clerk of Court, and served via same on all counsel of record via this Court's CM/ECF Electronic Filing System.

Respectfully submitted, this 23rd day of August, 2023.

                                    FGP LAW, LLC

                                    /s/ Frank G. Podesta
                                    Frank G. Podesta
                                    GA Bar No. 496530
                                    fpodesta@fgplaw.com