IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| 7 IL PROPERTIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 2:21-cv-226-RWS |
| ) | |
| GARY KNIGHT, ) | |
| ) | |
| Defendant. ) | |
| _____) | _____ |

## ORDER EXTENDING DEADLINE FOR FILING MOTIONS FOR SUMMARY JUDGMENT

This matter came before this Court on the Parties' Joint Motion to Extend the Deadlines for filing motions for summary judgment.

The Parties have requested additional time to file their motions due to a substantial caseload and because the errata sheets for the last depositions will not be ready until the current deadline. For these reasons, and for good cause shown:

IT IS HEREBY ORDERED that the deadline for filing a motion for summary judgment in this matter is extended for forty-five (45) days, through and including October 13, 2023.

SO ORDERED, this _____ day of August, 2023.

_____
Hon. Richard W. Story, Senior Judge
United States District Court