BHGRE Metro Brokers - Blue Ridge

Dee McBee 770-655-5266

## 92 FISH TRAP ROAD — Blue Ridge GA 30513

| | |
|---|---|
| List Price: 825,000 | Type: **Residential** |
| Mls#: **305740**   DOM: 0 | Status: **Contingent** |
| Area: Ar 6 Fannin, Sub 2 | Year Built: 2007 |
| Tax IDs: 0050 091A1F | |

Selling Broker Commission: 2.5    Variable Com: **No**

| | | | |
|---|---|---|---|
| Beds: **4** | Master: **Main Floor, Uppe** | SQ Ft Above: **1,680**   Below: **1,120** | LLot: **80**   District: **8** |
| Full Baths: **3** | Partial Baths: | Total: **2,800** Source: **County Tax Rec** | Section: **2**   Lot: **10** |
| # Beds UP: **1** | Main: **1** Lower: **2** | Water Name: **Toccoa River** | Deed Bk: **1129**   Deed Pg: **381** |
| Acreage: **1.53** | Additional Acreage: **No** | Subd: **Toccoa Heights** | Plat Bk: **C149**   Plat Pg: **6** |
| Plat/Survey Available: **Yes** Fireplaces: **4** | | Distance to Town: **5-10 Miles** | County: **Fannin** |
| Restriction/Covent: **Yes** Garage Spaces: | | Fees/Dues: **No**   /Annual | Township: **Blue Ridge** |
| Special Condition: | | Schools: | |

Limited Service Will Not Provide:

| | | |
|---|---|---|
| View: **Mountain, Year Round, River** | | Heating: **Central, Electric, See Remarks** |
| Terrain: **Level, Gentle, Rolling** | | Cooling: **Central Electric** |
| Frontage: **Road, River** | | Roof: **Metal** |
| Road: **Gravel** | | Basement: **Finished, Full, Slab** |
| Driveway: **Gravel** | | Parking: **Driveway** |
| Water: **Private Well** | | Windows: **Wood** |
| Sewer: **Septic** | | Laundry: **Basement** |
| Style: **Cabin, Country/Rustic** | | Floors: **Concrete Slab, Wood** |
| Construction: **Frame, Poured Concrete, Permanent Found** | | Amenities: **River Access** |
| Exterior Finish: **Log Siding** | | Financing Terms: **Cash Finance** |
| Completion: **Resale** | | Closing Info: **Possession At Closing** |

Appliances: **Refrigerator, Range, Microwave, Dishwasher, Washer, Dryer**
Interior: **Hi-speed Internet, Satellite Dish, Cathedral Ceilings, Wood**
Exterior: **Out Buildings/Workshop, Private Location, Exterior Fireplace, Hot Tub, Firepit Area**
Rooms: **Living Room, Dining Room, Kitchen, Laundry Room, Bonus Room, Eat In Kitchen**

From Walmart in Blue Ridge, North on Hwy 5 for 7.4M to a R on Kyle Rd. After 0.8M it becomes Chase Mountain Rd, continue 1M to a L on Toccoa Heights Rd. for 0.1M to a R on Fish Trap Rd. Home is at end of road on R.

Sold before listed.

| | | | |
|---|---|---|---|
| Owner: **Seller** | | Phone: | Show: **Call Agent** |
| List Agent: **Brian White** | | Phone: **770-561-1020** Co-List: | Ph: |
| List Office: **Ansley Atlanta Real Estate** | **ANSBR** | Phone: **404-480-4663** Fax: | Brokerage #:**75011** |
| Agency: **Exclusive Right of Sale** | | Email: **brian@ansleyre.com** | Agent lic#: **200818** |

This information is deemed reliable but is not guaranteed. All square footage is estimate only. Square footage can be measured in different ways. Square footage should be independently verified by the consumer.

4/8/2021 11:58:19 AM

**EXHIBIT**

**F**

dotloop signature verification: ‹.ၮ.un')ၮၮ‹2‹¹・′›ၮ′"ၮ′L



**Better Homes**
REAL ESTATE
metrobrokers

# PURCHASE AND SALE AGREEMENT

Offer Date: 04/02/2021


*Georgia*REALTORS®

2021 Printing

## A. KEY TERMS AND CONDITIONS

1. **Purchase and Sale.** The undersigned buyer(s) ("Buyer") agree to buy and the undersigned seller(s) ("Seller") agree to sell the real property described below including all fixtures, improvements and landscaping therein ("Property") on the terms and conditions set forth in this Agreement.

   a. **Property Identification: Address:** 92 FISH TRAP ROAD

   City BLUE RIDGE , County FANNIN , Georgia, Zip Code 30513

   MLS Number: ___ Tax Parcel I.D. Number: 0050 091A1F

   b. **Legal Description:** The legal description of the Property is *[select one of the following below]*:
   - ☐ (1) attached as an exhibit hereto;
   - ☐ (2) Condominium (attach F204 Condominium Resale Purchase and Sale Exhibit)
   - ☑ (3) the same as described in Deed Book 1129 , Page 381 , et. seq., of the land records of the above county; OR
   - ☐ (4) Land Lot(s) ___ of the ___ District, ___ Section/ GMD,
     Lot 10 , Block ___ , Unit ___ , Phase/Section 2
     of TOCCOA HEIGHTS ___ Subdivision/Development, according
     to the plat recorded in Plat Book C149 , Page 6 , et. seq., of the land records of the above county.

2. **Purchase Price of Property to be Paid by Buyer.** $ 850,000.00

3. **Closing Costs.** Seller's Contribution at Closing: $ N/A

4. **Closing Date and Possession.**
   Closing Date shall be 06/01/2021 with possession of the Property transferred to Buyer
   ☑ at Closing OR ☐ ___ days after Closing at ___ o'clock ☐ AM ☐ PM (attach F219 Temporary Occupancy Agreement).

5. **Holder of Earnest Money ("Holder").** (If Holder is Closing Attorney, F510 must be attached as an exhibit hereto, and F511 must be signed by Closing Attorney.) BHGRE METRO BROKERS

6. **Closing Attorney/Law Firm.** HAMILTON WILSON

7. **Earnest Money.** Earnest Money shall be paid by ☑ check ☐ ACH ☐ cash or ☐ wire transfer of immediately available funds as follows:
   - ☐ a. $ ___ as of the Offer Date.
   - ☑ b. $5,000.00 within 5 days from the Binding Agreement Date.
   - ☐ c. ___ .

8. **Inspection and Due Diligence.**
   a. **Due Diligence Period:** Property is being sold subject to a Due Diligence Period of 14 days from the Binding Agreement Date.
   b. **Option Payment for Due Diligence Period:** In consideration of Seller granting Buyer the option to terminate this Agreement, Buyer:
   (1) has paid Seller $10.00 in nonrefundable option money, the receipt and sufficiency of which is hereby acknowledged; plus
   (2) shall pay Seller additional option money of $ ___ by ☐ check or ☐ wire transfer of immediately available funds either ☐ as of the Offer Date; OR ☐ within ___ days from the Binding Agreement Date. Any additional option money paid by Buyer to Seller ☐ shall (subject to lender approval) or ☐ shall not be applied toward the purchase price at closing and shall not be refundable to Buyer unless the closing fails to occur due to the default of the Seller.

9. **Lead-Based Paint.** To the best of Seller's knowledge, the residential dwelling(s) on the Property (including any portion thereof or painted fixture therein) ☐ was (attach F316 Lead-Based Paint Exhibit) OR ☑ was not built prior to 1978.

10. **Brokerage Relationships in this Transaction.**
    a. **Buyer's Broker is** Better Homes & Gardens Real Estate Metro Brokers - Corporate **and is:**
    (1) ☐ representing Buyer as a client.
    (2) ☑ working with Buyer as a customer.
    (3) ☐ acting as a dual agent representing Buyer and Seller.
    (4) ☐ acting as a designated agent where:

    ___ has been assigned to exclusively represent Buyer.

    b. **Seller's Broker is** ANSLEY REAL ESTATE **and is:**
    (1) ☑ representing Seller as a client.
    (2) ☐ working with Seller as a customer.
    (3) ☐ acting as a dual agent representing Buyer and Seller.
    (4) ☐ acting as a designated agent where:

    ___ has been assigned to exclusively represent Seller.

    c. **Material Relationship Disclosure:** The material relationships required to be disclosed by either Broker are as follows:

11. **Time Limit of Offer** ___ set forth herein expires at 6 o'clock P .m. on the date 04/05/2021 .
    4/5/21

Buyer(s) Initials ___ 04/01/21   Seller(s) Initials ___

THIS FORM IS COPYRIGHTED AND MAY ONLY BE USED IN REAL ESTATE TRANSACTIONS IN WHICH Dee McBee IS INVOLVED AS A REAL ESTATE LICENSEE. UNAUTHORIZED USE OF THE FORM MAY RESULT IN LEGAL SANCTIONS BEING BROUGHT AGAINST THE USER AND SHOULD BE REPORTED TO THE GEORGIA ASSOCIATION OF REALTORS® AT (770) 451-1831.
Copyright© 2021 by Georgia Association of REALTORS®, Inc.   F201, Purchase and Sale Agreement, Page 1 of 8, 01/01/21

## B. CORRESPONDING PARAGRAPHS FOR SECTION A

### 1. Purchase and Sale.

a. **Warranty:** Seller warrants that at the time of closing Seller will convey good and marketable title to said Property by limited warranty deed subject only to: (1) zoning; (2) general utility, sewer, and drainage easements of record as of the Binding Agreement Date and upon which the improvements (other than any driveway or walkway) do not encroach; (3) declarations of condominium and declarations of covenants, conditions and restrictions of record on the Binding Agreement Date; and (4) leases and other encumbrances specified in this Agreement. Buyer agrees to assume Seller's responsibilities in any leases specified in this Agreement.

b. **Examination:** Buyer may examine title and obtain a survey of the Property and furnish Seller with a written statement of title objections at or prior to the closing. If Seller fails or is unable to satisfy valid title objections at or prior to the closing or any unilateral extension thereof, which would prevent the Seller from conveying good and marketable title to the Property, then Buyer, among its other remedies, may terminate the Agreement without penalty upon written notice to Seller. Good and marketable title as used herein shall mean title which a title insurance company licensed to do business in Georgia will insure at its regular rates, subject only to standard exceptions.

c. **Title Insurance:** Buyer hereby directs any mortgage lender involved in this transaction to quote the cost of title insurance based upon the presumption that Buyer will be obtaining an enhanced title insurance policy since such a policy affords Buyer greater coverage.

### 2. Purchase Price to be Paid by Buyer. The Purchase Price shall be paid in U.S. Dollars at closing by wire transfer of immediately available funds, or such other form of payment acceptable to the closing attorney.

### 3. Closing Costs.

a. **Seller's Contribution at Closing:** At closing, Seller shall make the referenced Seller's Monetary Contribution which Buyer may use to pay any cost or expense of Buyer related to this transaction. Buyer acknowledges that Buyer's mortgage lender(s) may not allow the Seller's Monetary Contribution, or the full amount thereof, to be used for some costs or expenses. In such event, any unused portion of the Seller's Monetary Contribution shall remain the property of the Seller. The Seller shall pay the fees and costs of the closing attorney: (1) to prepare and record title curative documents and (2) for Seller not attending the closing in person.

b. **Items Paid by Buyer:** At closing, Buyer shall pay: (1) Georgia property transfer tax; (2) the cost to search title and tax records and prepare the limited warranty deed; and (3) all other costs, fees and charges to close this transaction, except as otherwise provided herein.

c. **Prorations:** Ad valorem property taxes, community association fees, solid waste and governmental fees and utility bills for which service cannot be terminated as of the date of closing shall be prorated as of the date of closing. In the event ad valorem property taxes are based upon an estimated tax bill or tax bill under appeal, Buyer and Seller shall, upon the issuance of the actual tax bill or the appeal being resolved, promptly make such financial adjustments between themselves as are necessary to correctly prorate the tax bill. In the event there are tax savings resulting from a tax appeal, third party professional costs to handle the appeal may be deducted from the savings for that tax year before re-prorating. Any pending tax appeal for the year in which the Property is sold shall be deemed assigned to Buyer at closing. The liability to the county in which the Property is located for ad valorem real property taxes for the year in which the Property is sold shall be assumed by Buyer upon the Closing of the Property. Buyer agrees to indemnify Seller against any and all claims of the county for unpaid ad valorem real property taxes for the year in which the Property is sold.

### 4. Closing Date and Possession.

a. **Right to Extend the Closing Date:** Buyer or Seller may unilaterally extend the closing date for eight (8) days upon notice to the other party given prior to or on the date of closing if: (1) Seller cannot satisfy valid title objections (excluding title objections that: (a) can be satisfied through the payment of money or by bonding off the same; and (b) do not prevent Seller from conveying good and marketable title, as that term is defined herein, to the Property); (2) Buyer's mortgage lender (even in "all cash" transactions where Buyer is obtaining a mortgage loan) or the closing attorney is delayed and cannot fulfill their respective obligations by the date of closing, provided that the delay is not caused by Buyer; or (3) Buyer has not received required estimates or disclosures and Buyer is prohibited from closing under federal regulations. The party unilaterally extending the closing date shall state the basis for the delay in the notice of extension. If the right to unilaterally extend the closing date is exercised once by either the Buyer or Seller, the right shall thereafter terminate.

b. **Keys and Openers:** At Closing, Seller shall provide Buyer with all keys, door openers, codes and other similar equipment pertaining to the Property.

### 5. Holder of Earnest Money. The earnest money shall be deposited into Holder's escrow/trust account (with Holder being permitted to retain the interest if the account is interest bearing) not later than: (a) five (5) banking days after the Binding Agreement Date hereunder or (b) five (5) banking days after the date it is actually received if it is received after the Binding Agreement Date. If Buyer writes a check or pays with an ACH for earnest money and the same is deposited into Holder's escrow/trust account, Holder shall not return the earnest money until the check or ACH has cleared the account on which the check was written or from which the ACH was sent. In the event any earnest money check is dishonored by the bank upon which it is drawn, or earnest money is not timely paid, Holder shall promptly give notice of the same to Buyer and Seller. Buyer shall have three (3) banking days from the date of receiving the notice to cure the default and if Buyer does not do so, Seller may within seven (7) days thereafter terminate this Agreement upon notice to Buyer. If Seller fails to terminate the Agreement timely, Seller's right to terminate based on the default shall be waived.

### 6. Closing Attorney/Law Firm. Buyer shall have the right to select the closing attorney to close this transaction, and hereby selects the closing attorney referenced herein. In all cases where an individual closing attorney is named in this Agreement but the closing attorney is employed by or an owner, shareholder, or member in a law firm, the law firm shall be deemed to be the closing attorney. If Buyer's mortgage lender refuses to allow that closing attorney to close this transaction, Buyer shall select a different closing attorney acceptable to the mortgage lender. The closing attorney shall represent the mortgage lender in any transaction in which the Buyer obtains mortgage financing (including transactions where the method of payment referenced herein is "all cash"). In transactions where the Buyer does not obtain mortgage financing, the closing attorney shall represent the Buyer.

## 7. Earnest Money.

a. **Entitlement to Earnest Money:** Subject to the paragraph below, Buyer shall be entitled to the earnest money upon the: (1) failure of the parties to enter into a binding agreement; (2) failure of any unexpired contingency or condition to which this Agreement is subject; (3) termination of this Agreement due to the default of Seller; or (4) termination of this Agreement in accordance with a specific right to terminate set forth in the Agreement. Otherwise, the earnest money shall be applied towards the purchase price of the Property at closing or if other funds are used to pay the purchase price then the earnest money shall be returned to Buyer.

b. **Disbursement of Earnest Money:** Holder shall disburse the earnest money upon: (1) the closing of Property; (2) a subsequent written agreement of Buyer and Seller; (3) an order of a court or arbitrator having jurisdiction over any dispute involving the earnest money; or (4) the failure of the parties to enter into a binding agreement (where there is no dispute over the formation or enforceability of the Agreement). In addition, Holder may disburse the earnest money upon a reasonable interpretation of the Agreement, provided that Holder first gives all parties at least ten (10) days notice stating to whom and why the disbursement will be made. Any party may object to the proposed disbursement by giving written notice of the same to Holder within the ten (10) day notice period. Objections not timely made in writing shall be deemed waived. If Holder receives an objection and, after considering it, decides to disburse the earnest money as originally proposed, Holder may do so and send notice to the parties of Holder's action. If Holder decides to modify its proposed disbursement, Holder shall first send a new ten (10) day notice to the parties stating the rationale for the modification and to whom the disbursement will now be made. Holder shall disburse the earnest money to Seller by check in the event Holder: (1) makes a reasonable interpretation of the Agreement that the Agreement has been terminated due to Buyer's default; and (2) sends the required ten (10) day notice of the proposed disbursement to Buyer and Seller. The above-referenced check shall constitute liquidated damages in full settlement of all claims of Seller against Buyer and the Brokers in this transaction. Holder may require Seller to sign a W-9 before issuing a check to Seller for liquidated damages of $600 or more. Such liquidated damages are a reasonable pre-estimate of Seller's actual damages, which damages the parties agree are difficult to ascertain and are not a penalty.

c. **Interpleader:** If an earnest money dispute cannot be resolved after a reasonable time, Holder may interplead the earnest money into a court of competent jurisdiction if Holder is unsure who is entitled to the earnest money. Holder shall be reimbursed for and may deduct its costs, expenses and reasonable attorney's fees from any funds interpleaded. The prevailing defendant in the interpleader lawsuit shall be entitled to collect its attorney's fees, court costs and the amount deducted by Holder to cover Holder's costs and expenses from the non-prevailing defendant.

d. **Hold Harmless:** All parties hereby covenant and agree to: (1) indemnify and hold Holder harmless from and against all claims, injuries, suits and damages arising out of the performance by Holder of its duties; (2) not to sue Holder for any decision of Holder to disburse earnest money in accordance with this Agreement.

## 8. Inspection and Due Diligence.

a. **Right to Inspect Property:** Upon prior notice to Seller, Buyer and/or Buyer's representatives shall have the right to enter the Property at Buyer's expense and at reasonable times (including immediately prior to closing) to inspect, examine, test, appraise and survey Property. This right to enter shall include the time period after the end of any Due Diligence Period to, among other things, and without limitation, meet contractors and vendors, measure for renovations and confirm that any agreed upon repairs have been made and the Property otherwise remains in the same condition. Seller shall cause all utilities, systems and equipment to be on so that Buyer may complete all inspections. Buyer agrees to hold Seller and all Brokers harmless from all claims, injuries and damages relating to the exercise of these rights and shall promptly restore any portion of the Property damaged or disturbed from testing or other evaluations to a condition equal to or better than the condition it was in prior to such testing or evaluation. If Buyer is concerned that the Property may have been used as a laboratory for the production of methamphetamine, or as a dumpsite for the same, Buyer should review the National Clandestine Laboratory Register – Georgia at www.dea.gov.

b. **Duty to Inspect Neighborhood:** In every neighborhood there are conditions which different buyers may find objectionable. Buyer shall have the sole duty to become familiar with neighborhood conditions that could affect the Property such as landfills, quarries, power lines, airports, cemeteries, prisons, stadiums, odor and noise producing activities, crime and school, land use, government and transportation maps and plans. It shall be Buyer's sole duty to become familiar with neighborhood conditions of concern to Buyer. If Buyer is concerned about the possibility of a registered sex offender residing in a neighborhood in which Buyer is interested, Buyer should review the Georgia Violent Sex Offender Registry available on the Georgia Bureau of Investigation Website at www.gbi.georgia.gov.

c. **Warranties Transfer:** Seller agrees to transfer to Buyer, at closing, subject to Buyer's acceptance thereof (and at Buyer's expense, if there is any cost associated with said transfer), Seller's interest in any existing manufacturer's warranties, service contracts, termite treatment and/or repair guarantee and/or other similar warranties which, by their terms, may be transferable to Buyer.

d. **Property Sold "As-Is" Unless this Agreement is Subject to Due Diligence Period:**

(1) **General:** Unless the Property is being sold subject to a Due Diligence Period referenced herein, the Property shall be sold "as-is" with all faults. Even if the Property is sold "as-is" Seller is required under Georgia law to disclose to the Buyer latent or hidden defects in the Property which Seller is aware and which could not have been discovered by the Buyer upon a reasonable inspection of the property. The inclusion of a Due Diligence Period herein shall: (a) during its term make this Agreement an option contract in which Buyer may decide to proceed or not proceed with the purchase of the Property for any or no reason; and (b) be an acknowledgement by Seller that Buyer has paid separate valuable consideration of $10 for the granting of the option.

(2) **Purpose of Due Diligence Period:** During the Due Diligence Period, Buyer shall determine whether or not to exercise Buyer's option to proceed or not proceed with the purchase of the Property. If Buyer has concerns with the Property, Buyer may during the Due Diligence Period seek to negotiate an amendment to this Agreement to address such concerns.

(3) **Notice of Decision Not To Proceed:** Buyer shall have elected to exercise Buyer's option to purchase the Property unless prior to the end of any Due Diligence Period, Buyer notifies Seller of Buyer's decision not to proceed by delivering to Seller a notice of termination of this Agreement. In the event Buyer does not terminate this Agreement prior to the end of the Due Diligence Period, then: (a) Buyer shall have accepted the Property "as-is" subject to the terms of this Agreement; and (b) Buyer shall no longer have any right to terminate this Agreement based upon the Due Diligence Period.

e. **Repairs:** All agreed upon repairs and replacements shall be performed in a good and workmanlike manner prior to closing.

**9. Lead-Based Paint.** If any portion of a residential dwelling on the Property was built prior to 1978, the Lead-Based Paint Exhibit (F316) is hereby attached as an exhibit to this Agreement. The term "residential dwelling" includes any painted fixture or material used therein that was built or manufactured prior to 1978.

**10. Brokerage Relationships in this Transaction.**

    **a. Agency Disclosure:** No Broker in this transaction shall owe any duty to Buyer or Seller greater than what is set forth in their brokerage engagements and the Brokerage Relationships in Real Estate Transactions Act, O.C.G.A. § 10-6A-1 et. seq.;

        **(1) No Agency Relationship:** Buyer and Seller acknowledge that, if they are not represented by Brokers in a client relationship, they are each solely responsible for protecting their own interests, and that Broker's role is limited to performing ministerial acts for that party.

        **(2) Consent to Dual Agency:** If Broker is acting as dual agent in this transaction, Buyer and Seller consent to the same and acknowledge having been advised of the following:

            i. **Dual Agency Disclosure:** *[Applicable only if Broker is acting as a dual agent in this transaction.]*

                (a) As a dual agent, Broker is representing two clients whose interests are or at times could be different or even adverse;

                (b) Broker will disclose all adverse material facts relevant to the transaction and actually known to the dual agent to all parties in the transaction except for information made confidential by request or instructions from each client which is not otherwise required to be disclosed by law;

                (c) Buyer and Seller do not have to consent to dual agency and the consent of Buyer and Seller to dual agency has been given voluntarily and the parties have read and understand their brokerage engagement agreements.

                (d) Notwithstanding any provision to the contrary contained herein Buyer and Seller each hereby direct Broker while acting as a dual agent to keep confidential and not reveal to the other party any information which could materially and adversely affect their negotiating position.

            ii. **Designated Agency Disclosure:** If Broker in this transaction is acting as a designated agent, Buyer and Seller consent to the same and acknowledge that each designated agent shall exclusively represent the party to whom each has been assigned as a client and shall not represent in this transaction the client assigned to the other designated agent.

    **b. Brokerage:** Seller has agreed to pay Seller's Broker(s) a commission pursuant to a separate brokerage engagement agreement entered into between the parties and incorporated herein by reference ("Seller Brokerage Engagement Agreement"). The Seller's Broker has agreed to share that commission with the Buyer's Broker. The closing attorney is hereby authorized and directed to pay the Broker(s) at closing, their respective portions of the commissions out of the proceeds of the sale. If the sale proceeds are insufficient to pay the full commission, the party owing the commission shall pay any shortfall at closing. The acceptance by the Broker(s) of a partial real estate commission at the closing shall not relieve the party owing the same from paying the remainder after the closing (unless the Broker(s) have expressly agreed in writing to accept the amount paid in full satisfaction of the Broker(s) claim to a commission). The Brokers herein are signing this Agreement to reflect their role in this transaction and consent to act as Holder if either of them is named as such. This Agreement and any amendment thereto shall be enforceable even without the signature of any Broker referenced herein. The broker(s) are express third-party beneficiaries to this Agreement.

    **c. Disclaimer:** Buyer and Seller have not relied upon any advice or representations of Brokers other than what is included in this Agreement. Brokers shall have no duty to inspect the Property or to advise Buyer or Seller on any matter relating to the Property which could have been revealed through a survey, appraisal, title search, Official Georgia Wood Infestation Report, utility bill review, septic system inspection, well water test, tests for radon, asbestos, mold, methamphetamine, and lead-based paint; moisture test of stucco or synthetic stucco, inspection of the Property by a professional, construction expert, structural engineer or environmental engineer; review of this Agreement and transaction by an attorney, financial planner, mortgage consultant or tax consultant; and consulting appropriate governmental officials to determine, among other things and without limitation, the zoning of Property, the propensity of the Property to flood, flood zone certifications, whether any condemnation action is pending or has been filed or other nearby governmental improvements are planned. Buyer and Seller acknowledge that Broker does not perform or have expertise in any of the above tests, inspections, and reviews or in any of the matters handled by the professionals referenced above. Buyer and Seller should seek independent expert advice regarding any matter of concern to them relative to the Property and this Agreement. Buyer and Seller acknowledge that Broker shall not be responsible to monitor, supervise, or inspect any construction or repairs to Property and such tasks clearly fall outside the scope of real estate brokerage services. If Broker has written any special stipulations herein, the party for whom such special stipulations were written: a) confirms that each such stipulation reflects the party's complete understanding as to the substance and form of the special stipulations; b) hereby adopts each special stipulation as the original work of the party; and c) hereby agrees to indemnify and hold Broker who prepared the stipulation harmless from any and all claims, causes of action, suits, and damages arising out of or relating to such special stipulation. Buyer acknowledges that when and if Broker answers a question of Buyer or otherwise describes some aspect of the Property or the transaction, Broker is doing so based upon information provided by Seller rather than the independent knowledge of Broker (unless Broker makes an independent written disclosure to the contrary).

**11. Time Limit of Offer.** The Time Limit of the Offer shall be the date and time referenced herein when the Offer expires unless prior to that date and time both of the following have occurred: (a) the Offer has been accepted by the party to whom the Offer was made; and (b) notice of acceptance of the Offer has been delivered to the party who made the Offer.

## C. OTHER TERMS AND CONDITIONS

**1. Notices.**

    **a. Generally:** All notices given hereunder shall be in writing, legible and signed by the party giving the notice. In the event of a dispute regarding notice, the burden shall be on the party giving notice to prove delivery. The requirements of this notice paragraph shall apply even prior to this Agreement becoming binding. Notices shall only be delivered: (1) in person; (2) by courier, overnight delivery service or by certified or registered U.S. mail (hereinafter collectively "Delivery Service"); or (3) by e-mail or facsimile. The person delivering or sending the written notice signed by a party may be someone other than that party.

**b. Delivery of Notice:** A notice to a party shall be deemed to have been delivered and received upon the earliest of the following to occur: (1) the actual receipt of the written notice by a party; (2) in the case of delivery by a Delivery Service, when the written notice is delivered to an address of a party set forth herein (or subsequently provided by the party following the notice provisions herein), provided that a record of the delivery is created; (3) in the case of delivery electronically, on the date and time the written notice is electronically sent to an e-mail address or facsimile number of a party herein (or subsequently provided by the party following the notice provisions herein). Notice to a party shall not be effective unless the written notice is sent to an address, facsimile number or e-mail address of the party set forth herein (or subsequently provided by the party following the notice provisions herein).

**c. When Broker Authorized to Accept Notice for Client:** Except where the Broker is acting in a dual agency capacity, the Broker and any affiliated licensee of the Broker representing a party in a client relationship shall be authorized agents of the party and notice to any of them shall for all purposes herein be deemed to be notice to the party. Notice to an authorized agent shall not be effective unless the written notice is sent to an address, facsimile number or e-mail address of the authorized agent set forth herein (or subsequently provided by the authorized agent following the notice provisions herein). Except as provided for herein, the Broker's staff at a physical address set forth herein of the Broker or the Broker's affiliated licensees are authorized to receive notices delivered by a Delivery Service. The Broker, the Broker's staff and the affiliated licensees of the Broker shall not be authorized to receive notice on behalf of a party in any transaction in which a brokerage engagement has not been entered into with the party or in which the Broker is acting in a dual agency capacity. In the event the Broker is practicing designated agency, only the designated agent of a client shall be an authorized agent of the client for the purposes of receiving notice.

**2. Default.**

**a. Remedies of Seller:** In the event this Agreement fails to close due to the default of Buyer, Seller's sole remedy shall be to retain the earnest money as full liquidated damages. Seller expressly waives any right to assert a claim for specific performance. The parties expressly agree that the earnest money is a reasonable pre-estimate of Seller's actual damages, which damages the parties agree are difficult to ascertain. The parties expressly intend for the earnest money to serve as liquidated damages and not as a penalty.

**b. Remedies of Buyer:** In the event this Agreement fails to close due to the default of Seller, Buyer may either seek the specific performance of this Agreement or terminate this Agreement upon notice to Seller and Holder, in which case all earnest money deposits and other payments Buyer has paid towards the purchase of the Property shall be returned to Buyer following the procedures set forth elsewhere herein.

**c. Rights of Broker:** In the event this Agreement is terminated or fails to close due to the default of a party hereto, the defaulting party shall pay as liquidated damages to every broker involved in this Agreement the commission the broker would have received had the transaction closed. For purposes of determining the amount of liquidated damages to be paid by the defaulting party, all written agreements establishing the amount of commission to be paid to any broker involved in this transaction are incorporated herein by reference. The liquidated damages referenced above are a reasonable pre-estimate of the Broker(s) actual damages and are not a penalty.

**d. Attorney's Fees:** In any litigation or arbitration arising out of this Agreement, including but not limited to breach of contract claims between Buyer and Seller and commission claims brought by a broker, the non-prevailing party shall be liable to the prevailing party for its reasonable attorney's fees and expenses.

**3. Risk of Damage to Property.** Seller warrants that at the time of closing the Property and all items remaining with the Property, if any, will be in substantially the same condition (including conditions disclosed in the Seller's Property Disclosure Statement or Seller's Disclosure of Latent Defects and Fixtures Checklist) as of the Offer Date, except for changes made to the condition of Property pursuant to the written agreement of Buyer and Seller. At time of possession, Seller shall deliver Property clean and free of trash, debris, and personal property of Seller not identified as remaining with the Property. Notwithstanding the above, if the Property is destroyed or substantially destroyed prior to closing, Seller shall promptly give notice to Buyer of the same and provide Buyer with whatever information Seller has regarding the availability of insurance and the disposition of any insurance claim. Buyer or Seller may terminate this Agreement without penalty not later than fourteen (14) days from receipt of the above notice. If Buyer or Seller do not terminate this Agreement, Seller shall cause Property to be restored to substantially the same condition as on the Offer Date. The date of closing shall be extended until the earlier of one year from the original date of closing, or seven (7) days from the date that Property has been restored to substantially the same condition as on the Offer Date and a new certificate of occupancy (if required) is issued.

**4. Other Provisions.**

**a. Condemnation:** Seller shall: (1) immediately notify Buyer if the Property becomes subject to a condemnation proceeding; and (2) provide Buyer with the details of the same. Upon receipt of such notice, Buyer shall have the right, but not the obligation for 7 days thereafter, to terminate this Agreement upon notice to Seller in which event Buyer shall be entitled to a refund of all earnest money and other monies paid by Buyer toward the Property without deduction or penalty. If Buyer does not terminate the Agreement within this time frame, Buyer agrees to accept the Property less any portion taken by the condemnation and if Buyer closes, Buyer shall be entitled to receive any condemnation award or negotiated payment for all or a portion of the Property transferred or conveyed in lieu of condemnation.

**b. Consent to Share Non-Public Information:** Buyer and Seller hereby consent to the closing attorney preparing and distributing an American Land Title Association ("ALTA") Estimated Settlement Statement-Combined or other combined settlement statement to Buyer, Seller, Brokers and Brokers' affiliated licensees working on the transaction reflected in this Agreement for their various uses.

**c. Duty to Cooperate:** All parties agree to do all things reasonably necessary to timely and in good faith fulfill the terms of this Agreement. Buyer and Seller shall execute and deliver such certifications, affidavits, and statements required by law or reasonably requested by the closing attorney, mortgage lender and/or the title insurance company to meet their respective requirements.

**d. Electronic Signatures:** For all purposes herein, an electronic or facsimile signature shall be deemed the same as an original signature; provided, however, that all parties agree to promptly re-execute a conformed copy of this Agreement with original signatures if requested to do so by, the buyer's mortgage lender or the other party.

e. **Entire Agreement, Modification and Assignment:** This Agreement constitutes the sole and entire agreement between all of the parties, supersedes all of their prior written and verbal agreements and shall be binding upon the parties and their successors, heirs and permitted assigns. No representation, promise or inducement not included in this Agreement shall be binding upon any party hereto. This Agreement may not be amended or waived except upon the written agreement of Buyer and Seller. Any agreement to terminate this Agreement or any other subsequent agreement of the parties relating to the Property must be in writing and signed by the parties. This Agreement may not be assigned by Buyer except with the written approval of Seller which may be withheld for any reason or no reason. Any assignee shall fulfill all the terms and conditions of this Agreement.

f. **Extension of Deadlines:** No time deadline under this Agreement shall be extended by virtue of it falling on a Saturday, Sunday or federal holiday except for the date of closing.

g. **GAR Forms:** The Georgia Association of REALTORS®, Inc. ("GAR") issues certain standard real estate forms. These GAR forms are frequently provided to the parties in real estate transactions. No party is required to use any GAR form. Since these forms are generic and written with the interests of multiple parties in mind, they may need to be modified to meet the specific needs of the parties using them. If any party has any questions about his or her rights and obligations under any GAR form, he or she should consult an attorney. Provisions in the GAR Forms are subject to differing interpretations by our courts other than what the parties may have intended. At times, our courts may strike down or not enforce provisions in our GAR Forms, as written. No representation is made that the GAR Forms will protect the interests of any particular party or will be fit for any specific purpose. The parties hereto agree that the GAR forms may only be used in accordance with the licensing agreement of GAR. While GAR forms may be modified by the parties, no GAR form may be reproduced with sections removed, altered or modified unless the changes are visible on the form itself or in a stipulation, addendum, exhibit or amendment thereto.

h. **Governing Law and Interpretation:** This Agreement may be signed in multiple counterparts each of which shall be deemed to be an original and shall be interpreted in accordance with the laws of Georgia. No provision herein, by virtue of the party who drafted it, shall be interpreted less favorably against one party than another. All references to time shall mean the time in Georgia. If any provision herein is to be unenforceable, it shall be severed from this Agreement while the remainder of the Agreement shall, to the fullest extent permitted by law, continue to have full force and effect as a binding contract.

i. **No Authority to Bind:** No Broker or affiliated licensee of Broker, by virtue of this status, shall have any authority to bind any party hereto to any contract, provisions herein, amendments hereto, or termination hereof. However, if authorized in this Agreement, Broker shall have the right to accept notice on behalf of a party. Additionally, any Broker or real estate licensee involved in this transaction may perform the ministerial act of filling in the Binding Agreement Date. In the event of a dispute over the Binding Agreement Date, it may only be resolved by the written agreement of the Buyer and Seller.

j. **Notice of Binding Agreement Date:** The Binding Agreement Date shall be the date when a party to this transaction who has accepted an offer or counteroffer to buy or sell real property delivers notice of that acceptance to the party who made the offer or counteroffer in accordance with the Notices section of the Agreement. Notice of the Binding Agreement Date may be delivered by either party (or the Broker working with or representing such party) to the other party. If notice of accurate Binding Agreement Date is delivered, the party receiving notice shall sign the same and immediately return it to the other party.

k. **Statute of Limitations:** All claims of any nature whatsoever against Broker(s) and/or their affiliated licensees, whether asserted in litigation or arbitration and sounding in breach of contract and/or tort, must be brought within two (2) years from the date any claim or cause of action arises. Such actions shall thereafter be time-barred.

l. **Survival of Agreement:** The following shall survive the closing of this Agreement: (1) the obligation of a party to pay a real estate commission; (2) any warranty of title; (3) all written representations of Seller in this Agreement regarding the Property or neighborhood in which the Property is located; (4) the section on condemnation; (5) the obligations of the parties regarding ad valorem real property taxes; and (6) any obligations which the parties herein agree shall survive the closing or may be performed or fulfilled after the Closing.

m. **Terminology:** As the context may require in this Agreement: (1) the singular shall mean the plural and vice versa; and (2) all pronouns shall mean and include the person, entity, firm, or corporation to which they relate. The letters "N.A." or "N/A", if used in this Agreement, shall mean "Not Applicable", except where the context would indicate otherwise.

n. **Time of Essence:** Time is of the essence of this Agreement.

**6. Definitions.**

a. **Banking Day:** A "Banking Day" shall mean a day on which a bank is open to the public for carrying out substantially all of its banking functions. For purposes herein, a "Banking Day" shall mean Monday through Friday excluding federal holidays.

b. **Binding Agreement Date:** The "Binding Agreement Date" shall be the date when a party to this transaction who has accepted an offer or counteroffer to buy or sell real property delivers notice of that acceptance to the party who made the offer or counteroffer in accordance with the Notices section of the Agreement. Once that occurs, this Agreement shall be deemed a Binding Agreement.

c. **Broker:** In this Agreement, the term "Broker" shall mean a licensed Georgia real estate broker or brokerage firm and its affiliated licensees unless the context would indicate otherwise.

d. **Business Day:** A "Business Day" shall mean a day on which substantially all businesses are open for business. For all purposes herein, a "Business Day" shall mean Monday through Friday excluding federal holidays.

e. **Material Relationship:** A material relationship shall mean any actually known personal, familial, social, or business relationship between the broker or the broker's affiliated licensees and any other party to this transaction which could impair the ability of the broker or affiliated licensees to exercise fair and independent judgment relative to their client.

dotloop signature verification: [illegible]

6. **WARNING TO BUYERS AND SELLERS:** BEWARE OF CYBER-FRAUD. Fraudulent e-mails attempting to get the buyer and/or seller to wire money to criminal computer hackers are increasingly common in real estate transactions. Specifically, criminals are impersonating the online identity of the actual mortgage lender, closing attorney, real estate broker or other person or companies involved in the real estate transaction. In that role, the criminals send fake wiring instructions attempting to trick buyers and/or sellers into wiring them money related to the real estate transaction, including, for example, the buyer's earnest money, the cash needed for the buyer to close, and/or the seller's proceeds from the closing. These instructions, if followed, will result in the money being wired to the criminals. In many cases, the fraudulent email is believable because it is sent from what appears to be the email address/domain of the legitimate company or person responsible for sending the buyer or seller wiring instructions. The buyer and/or seller should verify wiring instructions sent by email by independently looking up and calling the telephone number of the company or person purporting to have sent them. Buyers and sellers should never call the telephone number provided with wiring instructions sent by email since they may end up receiving a fake verification from the criminals. Buyer and sellers should be on special alert for: 1) emails directing the buyer and/or seller to wire money to a bank or bank account in a state other than Georgia; and 2) emails from a person or company involved in the real estate transaction that are slightly different (often by one letter, number, or character) from the actual email address of the person or company.

7. **LIMIT ON BROKER'S LIABILITY.** BUYER AND SELLER ACKNOWLEDGE THAT BROKER(S):
   a. **SHALL, UNDER NO CIRCUMSTANCES, HAVE ANY LIABILITY GREATER THAN THE AMOUNT OF THE REAL ESTATE COMMISSION PAID HEREUNDER TO BROKER (EXCLUDING ANY COMMISSION AMOUNT PAID TO A COOPERATING REAL ESTATE BROKER, IF ANY) OR, IF NO REAL ESTATE COMMISSION IS PAID TO BROKER, THAN A SUM NOT TO EXCEED $100; AND**
   b. **NOTWITHSTANDING THE ABOVE, SHALL HAVE NO LIABILITY IN EXCESS OF $100 FOR ANY LOSS OF FUNDS AS THE RESULT OF WIRE OR CYBER FRAUD.**

8. **Exhibits and Addenda.** All exhibits and/or addenda attached hereto, listed below, or referenced herein are made a part of this Agreement. If any such exhibit or addendum conflicts with any preceding paragraph (including any changes thereto made by the parties), said exhibit or addendum shall control:

   ☑ All Cash Sale Exhibit (F401) "A____"
   ☐ Back-up Agreement Contingency Exhibit (F604) "____"
   ☐ Closing Attorney Acting as Holder of Earnest Money Exhibit (F510) "____"
   ☐ Community Association Disclosure Exhibit (F322) "____"
   ☐ Condominium Resale Purchase and Sale Exhibit (F204) "____"
   ☐ Conventional Loan Contingency Exhibit (F404) "____"
   ☐ FHA Loan Contingency Exhibit (F407) "____"
   ☐ Lead-Based Paint Exhibit (F316) "____"
   ☐ Lease Purchase and Sale Exhibit (F207) (to be used with F916) "____"
   ☐ Lease for Lease/Purchase Agreement (F916) (to be used with F207) "____"
   ☐ Legal Description Exhibit (F807 or other) "____"
   ☐ Loan Assumption Exhibit (F416) "____"
   ☐ Sale or Lease of Buyer's Property Contingency Exhibit (F601) "____"
   ☑ Seller's Property Disclosure Statement Exhibit (F301, F302, F304, F307 or F310) "B____"
   ☑ Survey of Property as Exhibit "C____"
   ☐ Temporary Occupancy Agreement for Seller after Closing Exhibit (F219) "____"
   ☐ USDA-RD Loan Contingency Exhibit (F413) "____"
   ☐ VA Loan Contingency Exhibit (F410) "____"
   ☐ Other _____
   ☐ Other _____

**SPECIAL STIPULATIONS:** The following Special Stipulations, if conflicting with any exhibit, addendum, or preceding paragraph (including any changes thereto made by the parties), shall control:

1. SELLER WILL PROVIDE SELLER'S DISCLOSURE WITHIN 5 DAYS OF BINDING AGREEMENT TO BE SIGNED BY BUYER AND BE EXHIBIT "B" OF THIS CONTRACT.

☐ **Additional Special Stipulations are attached.**

**By signing this Agreement, Buyer and Seller acknowledge that they have each read and understood this Agreement and agree to its terms.**

## Buyer Acceptance and Contact Information

*JOHN H THATCHER, Mang. Mem.*  dotloop verified 04/01/21 4:59 PM EDT WMKN-WCB8-LACK-LBEU
**1 Buyer's Signature**

JOHN H THATCHER, Mang. Mem.
Print or Type Name _____ Date

503 N MAIN STREET, STE 429, PUEBLO, CO 81003
Buyer's Address for Receiving Notice

719-248-8652
Buyer's Phone Number: ☐ Cell ☐ Home ☐ Work

7lllnvestors@gmail.com
Buyer's E-mail Address

**2 Buyer's Signature**

GARY KNIGHT
Print or Type Name _____ Date

Buyer's Address for Receiving Notice

Buyer's Phone Number: ☐ Cell ☐ Home ☐ Work

Buyer's E-mail Address

☐ Additional Signature Page (F267) is attached.

## Seller Acceptance and Contact Information

*Gary Knight*
**1 Seller's Signature**

Print or Type Name _____ Date

Seller's Address for Receiving Notice

Seller's Phone Number: ☐ Cell ☐ Home ☐ Work

Seller's E-mail Address

**2 Seller's Signature**

Print or Type Name _____ Date

Seller's Address for Receiving Notice

Seller's Phone Number: ☐ Cell ☐ Home ☐ Work

Seller's E-mail Address

☐ Additional Signature Page (F267) is attached.

## Buyer's Broker/Affiliated Licensee Contact Information

Better Homes & Gardens Real Estate Metro Brokers - Corporate
Buyer Brokerage Firm

*Dee McBee*  dotloop verified 04/01/21 4:16 PM EDT W54B-CJC7-2M5O-WCI
Broker/Affiliated Licensee Signature     Date

Dee McBee                                    274384
Print or Type Name          GA Real Estate License #

706-946-3800
Licensee's Phone Number          Fax Number

dee.mcbee@metrobrokers.com
Licensee's E-mail Address
NE GA BOARD
REALTOR® Membership

801-A East Main Street, Blue Ridge, GA 30513
Broker's Address

706-946-3800          706-632-0486
Broker's Phone Number          Fax Number

MTBR28          H-6179
MLS Office Code          Brokerage Firm License Number

## Seller's Broker/Affiliated Licensee Contact Information

ANSLEY REAL ESTATE
Seller Brokerage Firm

*Brian White*
Broker/Affiliated Licensee Signature     Date

Brian White                                    200818
Print or Type Name          GA Real Estate License #

770-561-1020
Licensee's Phone Number          Fax Number

brian@ansleyre.com
Licensee's Email Address

REALTOR® Membership

Broker's Address

Broker's Phone Number          Fax Number

MLS Office Code          Brokerage Firm License Number

**Binding Agreement Date:** The Binding Agreement Date in this transaction is the date of _____ 4/5/21
and has been filled in by          Brian White

Copyright© 2021 by Georgia Association of REALTORS®, Inc.

dotloop signature verification: dotloop.com/my/verification



# ALL CASH SALE
# (NO FINANCING CONTINGENCY)
# EXHIBIT "A____"



**2021 Printing**

This Exhibit is part of the Agreement with an Offer Date of 04/02/2021 _____ for the purchase and sale of that certain Property known as: **92 FISH TRAP ROAD** _____ , **BLUE RIDGE** _____ Georgia **30513** .

1. **All Cash Sale.** While Buyer has sufficient liquid assets to purchase the Property in this transaction for "all cash", Buyer:

    A. ☐ reserves the right to pay all or a portion of the purchase price by obtaining an institutional first mortgage secured by a deed to secure debt on the Property; AND/OR

    ☐ reserves the right to pay all or a portion of the purchase price by obtaining a non-institutional first mortgage or other loan (including a private "hard-money" loan).

    **OR**

    B. ☑ shall not have the right to obtain a mortgage financing to pay for all or a portion of the purchase price of the Property. The Buyer is not obtaining a loan; therefore, the Buyer has no right to unilaterally extend the closing date for eight (8) days for reasons of mortgage lender delay.

2. **Verification of Funds.** Within **5**____ days from the Binding Agreement Date Buyer shall be obligated to provide or cause to be provided to Seller information describing in specific detail all of the sources of Buyer's funds to purchase the Property ("Required Information"). The Required Information shall consist of at least one of the following:

    A. A letter or letters from a trust, stock brokerage firm and/or financial institution holding funds, stocks, bonds and/or other assets (hereinafter collectively referred to as "Assets") of or on behalf of Buyer and dated subsequent to the Binding Agreement Date stating that Buyer has funds of at least an amount specified in the letter and/or Assets on deposit with the institution of a value specified in the letter, that are sufficient to allow Buyer to complete the purchase of the Property;

    B. An account statement or statements from the trust, stock brokerage firm and/or financial institution(s) holding funds and/or Assets confirming a specific amount of funds and/or Assets on deposit with the institution. Such account statement must be for the regular time period that such statements are issued immediately preceding the Binding Agreement Date.

3. **Authorization and Security.** Buyer does hereby authorize Seller and Listing Broker to communicate with any person providing information regarding Buyer's source of funds to purchase the Property to verify such information and to answer any questions Seller or Listing Broker may have regarding the source of Buyer's funds to purchase the Property. In providing any account statement to Seller, Buyer shall be entitled to delete or otherwise shield account numbers, social security numbers, telephone numbers and other information the release of which could jeopardize the security of the account or put the Buyer at greater risk of identity theft.

4. **Seller's Right to Terminate.** In the event Buyer fails to provide Seller with the Required Information within the timeframe set forth above, Seller shall notify Buyer of the default and give Buyer three (3) days from the date of the delivery of the notice to cure the same. If Buyer does not timely cure the default, Seller may terminate this Agreement within seven (7) days thereafter due to Buyer's default upon notice to Buyer. In the event Seller does not terminate this Agreement within that timeframe, the right to terminate on this basis shall be waived.

5. **Appraisal Contingency.** In addition to the other rights of Buyer set forth herein, this Agreement ☐ shall or ☑ shall not be subject to the Property appraising for at least the purchase price. Buyer shall have the rights set forth in this exhibit in the event the Property does not appraise for at least the purchase price in accordance with the terms and conditions set forth below:

    A. Type of Appraisal: The appraisal shall be a "certified appraisal" of the Property (as that term is defined in O.C.G.A. § 43-39A-2) performed by a licensed or certified appraiser (as those terms are defined in the rules and regulations of the Georgia Real Estate Appraiser's Board) and include a statement that the appraiser performed an "independent appraisal assignment" (as that term is defined in O.C.G.A. § 43-39A-2(13)) with respect to the Property.

    B. Selection of Appraiser: The appraiser shall be selected by *[Select one. The sections not selected shall not be a part of this Agreement.]*: ☐ Buyer, ☐ Seller, OR ☐ Other (_____); and all parties agree that this appraiser shall only perform a single certified appraisal of the Property.

THIS FORM IS COPYRIGHTED AND MAY ONLY BE USED IN REAL ESTATE TRANSACTIONS IN WHICH **Dee McBee** IS INVOLVED AS A REAL ESTATE LICENSEE. UNAUTHORIZED USE OF THE FORM MAY RESULT IN LEGAL SANCTIONS BEING BROUGHT AGAINST THE USER AND SHOULD BE REPORTED TO THE GEORGIA ASSOCIATION OF REALTORS® AT (770) 451-1831.

Copyright© 2021 by Georgia Association of REALTORS®, Inc. F401, All Cash Sale Exhibit, Page 1 of 2, 01/01/21

**C. Rights of Buyer If Property Does Not Appraise:** If any appraisal performed pursuant to and in accordance with this exhibit is for less than the purchase price of the Property, the Buyer shall have the right to request within N/A____ days from the Binding Agreement Date that Seller reduce the sales price of the Property to a price not less than the appraisal price by submitting an Amendment to Sales Price ("ATSP") to Seller along with a complete copy of the appraisal which is for less than the purchase price. In the event that Buyer does not submit an ATSP within the time frame referenced above, Buyer shall be deemed to have waived Buyer's right to request a reduction in the sales price and this Agreement shall no longer be subject to an appraisal contingency. The time limit of the offer for the Seller to accept or reject the ATSP shall run through the earlier of: (1) three (3) days from the date that the ATSP is delivered to Seller; or (2) the time of closing (excluding any extensions of the closing resulting from the unilateral extension of the closing date).

If Seller does not accept the ATSP, Buyer shall have the right, but not the obligation, to terminate this Agreement without penalty upon notice to Seller, provided that such notice is given within three (3) days of the earlier of: (a) the date that Buyer receives notice that Seller has not accepted the ATSP; or (b) the last date Seller could have accepted the ATSP. In neither circumstance shall the Buyer's right to terminate extend beyond the time of closing.

**D. Buyer Not Obligated to Seek Price Reduction:** Nothing herein shall require Buyer to seek any reduction in the sales price of the Property. If Buyer does not seek a reduction in the sales price, Buyer shall be obligated to purchase the Property for the price agreed to by the parties in the Agreement.

Buyer's Initials: ___ *GHT* 04/01/21 4:59 PM EDT dotloop verified ___    Seller's Initials: ___ GK ___

**Copyright© 2021 by Georgia Association of REALTORS®, Inc.**    F401, All Cash Sale Exhibit, Page 2 of 2, 01/01/21

# SELLER'S PROPERTY DISCLOSURE STATEMENT
## EXHIBIT " __B__ "



**2020 Printing**

This Seller's Property Disclosure Statement ("Statement") is an exhibit to the Purchase and Sale Agreement with an Offer Date of _____ for the Property (known as or located at: **92 Fish Trap Rd.** _____ **Blue Ridge** _____, Georgia, _____ **30513** _____ ). This Statement is intended to make it easier for Seller to fulfill Seller's legal duty to disclose hidden defects in the Property of which Seller is aware. Seller is obligated to disclose such defects even when the Property is being sold "as-is."

**A.** **INSTRUCTIONS TO SELLER IN COMPLETING THIS STATEMENT.**
In completing this Statement, Seller agrees to:
**(1)** answer all questions in reference to the Property and the improvements thereon;
**(2)** answer all questions fully, accurately and to the actual knowledge and belief of all Sellers;
**(3)** provide additional explanations to all "yes" answers in the corresponding Explanation section below each group of questions, unless the "yes" answer is self-evident;
**(4)** promptly revise the Statement if there are any material changes in the answers to any of the questions prior to closing and provide a copy of the same to the Buyer and any Broker involved in the transaction.

**B.** **HOW THIS STATEMENT SHOULD BE USED BY BUYER.** Caveat emptor or "buyer beware" is the law in Georgia. Buyer should conduct a thorough inspection of the Property. If Seller has not occupied the Property recently, Seller's knowledge of the Property's condition may be limited. Buyer is expected to use reasonable care to inspect the Property and confirm that is suitable for Buyer's purposes. If an inspection of the Property reveals problems or areas of concern that would cause a reasonable Buyer to investigate further, Buyer should investigate further. A "yes" or "no" answer to a question means "yes" or "no" to the actual knowledge and belief of all Sellers of the Property.

**C.** **SELLER DISCLOSURES.**

| 1. | **GENERAL:** | YES | NO |
|---|---|---|---|
| (a) | What year was the main residential dwelling constructed? ____2006____ | | |
| (b) | Is the Property vacant? | | ✖ |
| | If yes, how long has it been since the Property has been occupied? _____ | | |
| (c) | Is the Property or any portion thereof leased? | | ✖ |
| (d) | Has the Property been designated as historic or in a historic district where permission must be received to make modifications and additions? | | ✖ |
| **EXPLANATION:** | | | |
| | | | |
| | | | |

| 2. | **COVENANTS, FEES, and ASSESSMENTS:** | YES | NO |
|---|---|---|---|
| (a) | Is the Property subject to a recorded Declaration of Covenants, Conditions, and Restrictions ("CC&Rs") or other similar restrictions? | ✖ | |
| (b) | Is the Property part of a condominium or community in which there is a community association? **IF YES, SELLER TO COMPLETE AND PROVIDE BUYER WITH A "COMMUNITY ASSOCIATION DISCLOSURE EXHIBIT" GAR F322.** | | |
| **EXPLANATION:** | | | |
| | | | |
| | | | |

| 3. | **LEAD-BASED PAINT:** | YES | NO |
|---|---|---|---|
| (a) | Was any part of the residential dwelling on the Property or any painted component, fixture, or material used therein constructed or manufacture prior to 1978? **IF YES, THE "LEAD-BASED PAINT EXHIBIT" GAR F316 MUST BE EXECUTED BY THE PARTIES AND THE "LEAD-BASED PAINT PAMPHLET" GAR CB04 MUST BE PROVIDED TO THE BUYER.** | | ✖ |

THIS FORM IS COPYRIGHTED AND MAY ONLY BE USED IN REAL ESTATE TRANSACTIONS IN WHICH _____ Christopher White _____ IS INVOLVED AS A REAL ESTATE LICENSEE. UNAUTHORIZED USE OF THE FORM MAY RESULT IN LEGAL SANCTIONS BEING BROUGHT AGAINST THE USER AND SHOULD BE REPORTED TO THE GEORGIA ASSOCIATION OF REALTORS® AT (770) 451-1831.

| 4. | STRUCTURAL ITEMS, ADDITIONS AND ALTERATIONS: | YES | NO |
|---|---|---|---|
| (a) | Has there been any settling, movement, cracking or breakage of the foundations or structural supports of the improvements? | | X |
| (b) | Have any structural reinforcements or supports been added? | | X |
| (c) | Have there been any additions, structural changes, or any other major alterations to the original improvements or Property, including without limitation pools, carports or storage buildings? | | X |
| (d) | Has any work been done where a required building permit was not obtained? | | X |
| (e) | Are there violations of building codes, housing codes, or zoning regulations (not otherwise grandfathered)? | | X |
| (f) | Have any notices alleging such violations been received? | | X |
| (g) | Is any portion of the main dwelling a mobile, modular or manufactured home? | | X |
| (h) | Was any dwelling or portion thereof (excluding mobile, modular and manufactured dwelling) moved to the site from another location? | | X |

**EXPLANATION:**



| 5. | SYSTEMS and COMPONENTS: | YES | NO |
|---|---|---|---|
| (a) | Approximate age of HVAC system(s): _____3_____ years | | |
| (b) | Is any heated and cooled portion of the main dwelling not served by a central heating and cooling system? | | X |
| (c) | Is any portion of the heating and cooling system in need of repair or replacement? | | X |
| (d) | Does any dwelling or garage have aluminum wiring other than in the primary service line? | | X |
| (e) | Are any fireplaces decorative only or in need of repair? | | X |
| (f) | Have there been any reports of damaging moisture behind exterior walls constructed of synthetic stucco? | | X |
| (g) | Are any systems/components subject to a lease or rental payment plan (i.e. HVAC, security system, appliances, solar systems, etc.)? | | X |

**EXPLANATION:**



| 6. | SEWER/PLUMBING RELATED ITEMS: | YES | NO |
|---|---|---|---|
| (a) | What is the drinking water source: ☐ public   ☐ private   ☒ well | | |
| (b) | If the drinking water is from a well, has there ever been a test the results of which indicate that the water is not safe to drink? | | X |
| (c) | What is the sewer system: ☐ public   ☐ private   ☒ septic tank | | |
| (d) | If the Property is served by a septic system, how many bedrooms was the septic system approved for by local government authorities? _____4_____ | | |
| (e) | Is the main dwelling served by a sewage pump? | | X |
| (f) | Has any septic tank or cesspool on Property ever been professionally serviced? | X | |
| | If yes, please give the date of last service: _____being serviced on 4.19.2021_____ | | |
| (g) | Are there any leaks, backups, or other similar problems with any portion of the plumbing, water, or sewage systems or damage therefrom? | | X |
| (h) | Is there presently any polybutylene plumbing, other than the primary service line? | | X |
| (i) | Has there ever been any damage from a frozen water line, spigot, or fixture? | | X |

**EXPLANATION:**

| 7. | ROOFS, GUTTERS, and DOWNSPOUTS: | YES | NO |
|---|---|---|---|
| (a) | Approximate age of roof on main dwelling: ___14___ years. | | |
| (b) | Has any part of the roof been repaired during Seller's ownership? | | ✖ |
| (c) | Are there any roof leaks or other problems with the roof, roof flashing, gutters, or downspouts? | | ✖ |

**EXPLANATION:**

<br>

| 8. | FLOODING, DRAINING, MOISTURE, and SPRINGS: | YES | NO |
|---|---|---|---|
| (a) | Is there now or has there been any water intrusion in the basement, crawl space or other parts of any dwelling or garage or damage therefrom? | | ✖ |
| (b) | Have any repairs been made to control water intrusion in the basement, crawl space, or other parts of any dwelling or garage? | | ✖ |
| (c) | Is any part of the Property or any improvements thereon presently located in a Special Flood Hazard Area? | | ✖ |
| (d) | Has there ever been any flooding? | | ✖ |
| (e) | Are there any streams that do not flow year round or underground springs? | | ✖ |
| (f) | Are there any dams, retention ponds, storm water detention basins, or other similar facilities? | | ✖ |

**EXPLANATION:**

<br>

| 9. | SOIL AND BOUNDARIES: | YES | NO |
|---|---|---|---|
| (a) | Are there any landfills (other than foundation backfill), graves, burial pits, caves, mine shafts, trash dumps or wells (in use or abandoned)? | | ✖ |
| (b) | Is there now or has there ever been any visible soil settlement or movement? | | ✖ |
| (c) | Are there presently any encroachments, unrecorded easements or boundary line disputes with a neighboring property owner? | | ✖ |
| (d) | Do any of the improvements encroach onto a neighboring property? | | ✖ |

**EXPLANATION:**

<br>

| 10. | TERMITES, DRY ROT, PESTS, and WOOD DESTROYING ORGANISMS: | YES | NO |
|---|---|---|---|
| (a) | Is there any damage resulting from animals (such as squirrels, mice, possum or raccoons); insects (such as termites, bees and ants); or by fungi or dry rot? | | ✖ |
| (b) | Is there presently a bond, warranty or service contract for termites or other wood destroying organisms by a licensed pest control company? | | ✖ |
| | If yes, is it transferable?                    What is the cost? $_____ | | |
| | If yes, company name/contact: _____ | | |
| | Coverage: ☐ re-treatment and repair      ☐ re-treatment      ☐ periodic inspections only | | |
| | Expiration Date _____      Renewal Date _____ | | |
| (c) | Is there a cost to maintain the bond, warranty or service contract? | | |
| | If yes, what is the annual cost? $_____ | | |

**EXPLANATION:**

| 11. | ENVIRONMENTAL, HEALTH, and SAFETY CONCERNS: | YES | NO |
|---|---|---|---|
| (a) | Are there any underground tanks or toxic or hazardous substances such as asbestos? | | ✘ |
| (b) | Has Methamphetamine ("Meth") ever been produced on the Property? | | ✘ |
| (c) | Have there ever been adverse test results for radon, lead, mold or any other potentially toxic or environmentally hazardous substances? | | ✘ |

**EXPLANATION:**

| 12. | LITIGATION and INSURANCE: | YES | NO |
|---|---|---|---|
| (a) | Is there now or has there been any litigation therein alleging negligent construction or defective building products? | | ✘ |
| (b) | Has there been any award or payment of money in lieu of repairs for defective building products or poor construction? | | ✘ |
| (c) | Has any release been signed regarding defective products or poor construction that would limit a future owner from making any claims? | | ✘ |
| (d) | During Seller's ownership have there been any insurance claims for more than 10% of the value of the Property? | | ✘ |
| (e) | Is the Property subject to a threatened or pending condemnation action? | | ✘ |
| (f) | How many insurance claims have been filed during Seller's ownership? _____0_____ | | |

**EXPLANATION:**

| 13. | OTHER HIDDEN DEFECTS: | YES | NO |
|---|---|---|---|
| (a) | Are there any other hidden defects that have not otherwise been disclosed? | | ✘ |

**EXPLANATION:**

| 14. | AGRICULTURAL DISCLOSURE: | YES | NO |
|---|---|---|---|
| (a) | Is Property within, partially within, or adjacent to any property zoned or identified on an approved county land use plan as agricultural or forestry use? | | ✘ |

It is the policy of this state and this community to conserve, protect, and encourage the development and improvement of farm and forest land for the production of food, fiber, and other products, and also for its natural and environmental value. This notice is to inform prospective property owners or other persons or entities leasing or acquiring an interest in real property that property in which they are about to acquire an interest lies within, partially within, or adjacent to an area zoned, used, or identified for farm and forest activities and that farm and forest activities occur in the area. Such farm and forest activities may include intensive operations that cause discomfort and inconveniences that involve, but are not limited to, noises, odors, fumes, dust, smoke, insects, operations of machinery during any 24-hour period, storage and disposal of manure, and the application by spraying or otherwise of chemical fertilizers, soil amendments, herbicides, and pesticides. One or more of these inconveniences may occur as the result of farm or forest activities which are in conformance with existing laws and regulations and accepted customs and standards.

**ADDITIONAL EXPLANATIONS** (If needed):

## D. FIXTURES CHECKLIST

**Directions on HOW TO USE:** It is often unclear what constitutes a fixture which remains with the Property versus personal property which does not remain with the Property. **To avoid disputes, Seller shall have the right to remove all items on the checklist below that are left blank. THE ITEMS ON THE CHECKLIST BELOW THAT ARE CHECKED OR MARKED SHALL REMAIN WITH THE PROPERTY.** All items remaining with Property shall include remotes and/or all accessories necessary for use. Unless otherwise indicated, if an item is left blank, the Seller may remove all of that item from the Property. For example, if "Refrigerator" is left blank, Seller may remove all Refrigerators on the Property. This checklist is intended to supersede the common law of fixtures with regard to the items below. The common law of fixtures shall apply to all items not on this checklist. Seller shall remove all items left blank below prior to closing or the transfer of possession, whichever is later. Seller shall lose the right to remove those items not timely removed but shall remain liable for the cost of Buyer having to dispose of such items provided that Buyer disposes of them within 30 days after Closing. In removing items, Seller shall use reasonable care to prevent and repair damage to the area where the item was removed.

Items identified as remaining with the Property shall mean those specific items as they existed in the Property as of the Offer Date. No such item shall be removed from the Property unless it is broken or destroyed. In the event such item is removed, it shall be replaced with a substantially identical item, if reasonably available. If not reasonably available, it shall be replaced with a substantially similar item of equal quality and value, or better. The same or newer model of the item being replaced in the same color and size and with the same functions or better shall be considered substantially identical. This section entitled "Fixtures Checklist" shall survive Closing.

### Appliances
- ☒ Clothes Dryer
- ☒ Clothes Washing Machine
- ☒ Dishwasher
- ☐ Garage Door Opener
- ☐ Garbage Disposal
- ☐ Ice Maker
- ☒ Microwave Oven
- ☐ Oven
- ☐ Refrigerator w/o Freezer
- ☒ Refrigerator/Freezer
- ☐ Free Standing Freezer
- ☒ Stove
- ☐ Surface Cook Top
- ☐ Trash Compactor
- ☐ Vacuum System
- ☐ Vent Hood
- ☐ Warming Drawer
- ☐ Wine Cooler

### Home Media
- ☐ Amplifier
- ☐ Cable Jacks
- ☐ Cable Receiver
- ☐ Cable Remotes
- ☐ Intercom System
- ☐ Internet HUB
- ☐ Internet Wiring
- ☐ Satellite Dish
- ☐ Satellite Receiver
- ☐ Speakers
- ☐ Speaker Wiring
- ☒ Switch Plate Covers

- ☐ Television (TV)
- ☐ TV Antenna
- ☐ TV Mounts/Brackets
- ☐ TV Wiring

### Interior Fixtures
- ☒ Ceiling Fan
- ☒ Chandelier
- ☐ Closet System
- ☒ Fireplace (FP)
- ☐ FP Gas Logs
- ☐ FP Screen/Door
- ☒ FP Wood Burning Insert
- ☒ Light Bulbs
- ☒ Light Fixtures
- ☐ Mirrors
  - ☐ Wall Mirrors
  - ☐ Vanity (hanging) Mirrors
- ☐ Shelving Unit & System
- ☐ Shower Head/Sprayer
- ☐ Storage Unit/System
- ☐ Window Blinds (and Hardware)
- ☐ Window Shutters (and Hardware)
- ☐ Window Draperies (and Hardware)
- ☐ Unused Paint

### Landscaping / Yard
- ☐ Arbor
- ☐ Awning
- ☐ Basketball Post and Goal

- ☐ Birdhouses
- ☐ Boat Dock
- ☐ Fence - Invisible
- ☐ Dog House
- ☐ Flag Pole
- ☐ Gazebo
- ☐ Irrigation System
- ☐ Landscaping Lights
- ☐ Mailbox
- ☐ Out/Storage Building
- ☐ Porch Swing
- ☐ Statuary
- ☐ Stepping Stones
- ☐ Swing Set
- ☐ Tree House
- ☐ Trellis
- ☐ Weather Vane

### Recreation
- ☐ Aboveground Pool
- ☐ Gas Grill
- ☐ Hot Tub
- ☐ Outdoor Furniture
- ☐ Outdoor Playhouse
- ☐ Pool Equipment
- ☐ Pool Chemicals
- ☐ Sauna

### Safety
- ☐ Alarm System (Burglar)
- ☐ Alarm System (Smoke/Fire)
- ☒ Security Camera
- ☐ Carbon Monoxide Detector
- ☐ Doorbell
- ☐ Door & Window Hardware

- ☐ Fire Sprinkler System
- ☐ Gate
- ☐ Safe (Built-In)
- ☐ Smoke Detector
- ☐ Window Screens

### Systems
- ☐ A/C Window Unit
- ☐ Air Purifier
- ☐ Whole House Fan
- ☐ Attic Ventilator Fan
- ☐ Ventilator Fan
- ☐ Car Charging Station
- ☐ Dehumidifier
- ☐ Generator
- ☐ Humidifier
- ☐ Propane Tank
- ☐ Propane Fuel in Tank
- ☐ Fuel Oil Tank
- ☐ Fuel Oil in Tank
- ☐ Sewage Pump
- ☐ Solar Panel
- ☐ Sump Pump
- ☐ Thermostat
- ☐ Water Purification System
- ☐ Water Softener System
- ☐ Well Pump

### Other
- ☐ _____
- ☐ _____
- ☐ _____
- ☐ _____

**Clarification Regarding Multiple Items.** Items identified above as remaining with Property where Seller is actually taking one or more of such items shall be identified below. For example, if "Refrigerator" is marked as staying with the Property, but Seller is taking the extra refrigerator in the basement, the extra refrigerator and its location shall be described below. This section shall control over any conflicting or inconsistent provisions contained elsewhere herein.

_____
_____
_____

**Items Needing Repair.** The following items remaining with Property are in need of repair or replacement:

_____
_____
_____
_____

**RECEIPT AND ACKNOWLEDGEMENT BY BUYER**

Buyer acknowledges receipt of this Seller's Property Disclosure Statement.

_____
**1 Buyer's Signature**

_____
Print or Type Name

_____
Date

_____
**2 Buyer's Signature**

_____
Print or Type Name

_____
Date

☐ **Additional Signature Page (F267) is attached.**

**SELLER'S REPRESENTATION REGARDING THIS STATEMENT**

Seller represents that the questions in this Statement have been answered to the actual knowledge and belief of all Sellers of the Property

_Gary M Knight_
**1 Seller's Signature**

**Gary M Knight**
Print or Type Name

Apr 7, 2021
Date

_____
**2 Seller's Signature**

_____
Print or Type Name

_____
Date

☐ **Additional Signature Page (F267) is attached.**



EXHIBIT "C"
FINAL PLAT FOR
TOCCOA HEIGHTS
LAND LOT 80 8TH DISTRICT 2ND SECTION
FANNIN COUNTY, GA
OCT. 12, 2001
SCALE: 1"=100'
21.38 TOTAL ACRES
LEGEND
EDGE OF TOCCOA RIVER IS R
TRANSPORTATION
RAILROAD
TOCCOA HEIGHTS RD.
FISH TRAP RD.
JONES (FUTURE DEV.)
1.07 ACRES
1.32 ACRES
2.10 ACRES
1.71 ACRES
1.94 ACRES
1.48 ACRES
1.42 ACRES
1.45 ACRES
1.63 ACRES
1.44 ACRES
2.05 ACRES
2.59 ACRES
0.36± ACRE
0.13± ACRE
0.05± ACRE
0.05± ACRE
0.03± ACRE
0.02± ACRE
0.03± ACRE
0.04± ACRE
0.11± ACRE
0.13± ACRE
0.21± ACRE
COURSE BEARING DISTANCE
SHEET 2 OF 2
LANE S. BISHOP AND ASSOCIATES

# INSTRUCTIONS TO CLOSING ATTORNEY



**2021 Printing**

RE: Purchase and Sale Agreement between _____ **7IL Properties LLC** _____ ("Buyer") and
_____ **Gary Knight** _____ ("Seller") dated _____ **4.5.21** _____

for Property located at _____ **92 Fish Trap Blue Ridge GA 30513** _____.

For and in consideration of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the undersigned Buyer's Broker and Seller's Broker hereby confirm the real estate commissions to which they will be entitled upon the closing of the above-referenced transaction and direct the closing attorney to pay these amounts at closing from the sales proceeds.

1. **Commissions Paid By Seller.**
   **A.** The total real estate commission to be paid by the Seller in this transaction is set forth below ("Sellers Total Commission"):

   _____ 5% of $825,000.00 _____ % of the purchase price;

   $ _____ $41,250.00 _____ ;

   _____ (other)

   **B.** The Seller's Broker agrees to share this commission with the Buyer's Broker by paying the Buyer's Broker the following:

   _____ % of the purchase price;

   $ _____ $20,625.00 _____ ;

   _____ (other)

2. **Commissions Paid By Buyer.**
   **A.** In addition to the Seller's Total Commission, the real estate commission to be paid by the Buyer in this transaction is set forth below ("Buyer's Total Commission"):

   _____ % of the purchase price;

   $ _____ ;

   _____ (other)

   **B.** The Buyer's Broker agrees to share this commission with the Seller's Broker by paying the Seller's Broker the following:

   _____ % of the purchase price;

   $ _____ ;

   _____ (other)

3. **General.**
   **A.** Neither Broker shall have a claim for a commission against the other Broker in the event the closing does not occur.
   **B.** Notwithstanding the above, signing this Agreement shall not, unless otherwise specifically provided for herein, waive or limit the right of the Buyer's Broker or Seller's Broker to challenge, after the closing, either the entitlement to, or the amount of any commission paid or not paid hereunder, or to assert any claim or seek arbitration regarding the same.

THIS FORM IS COPYRIGHTED AND MAY ONLY BE USED IN REAL ESTATE TRANSACTIONS IN WHICH _____ Christopher White _____ IS INVOLVED AS A REAL ESTATE LICENSEE. UNAUTHORIZED USE OF THE FORM MAY RESULT IN LEGAL SANCTIONS BEING BROUGHT AGAINST THE USER AND SHOULD BE REPORTED TO THE GEORGIA ASSOCIATION OF REALTORS® AT (770) 451-1831.

Copyright© 2021 by Georgia Association of REALTORS®, Inc.          F255, Instructions to Closing Attorney, Page 1 of 2, 01/01/21

## 4. Further Directions to Closing Attorney.

The Seller's Broker, the Buyer's Broker and their respective affiliated licensees hereby direct the closing attorney to disclose on the settlement statement for the above-referenced transaction the following referral fees and rebates they have or will be paid or have received or will receive in said transaction.

### A. Seller's Broker.

| Fees and Rebates: | Service for Which Fee or Rebate is Being: |
|---|---|
| Paid By Seller's Broker or Affiliated Licensees of Seller's Broker *[Identify Amount Paid and To Whom]:* | Paid |
| Received By Seller's Broker or Affiliated Licensees of Seller's Broker Other Than for Real Estate Commission *[Identify Amount Received and By Whom]:* | Received |

### B. Buyer's Broker.

| Fees and Rebates: | Service for Which Fee or Rebate is Being: |
|---|---|
| Paid By Buyer's Broker or Affiliated Licensees of Buyer's Broker *[Identify Amount Paid and To Whom]:* | Paid |
| Received by Buyer's Broker or Affiliated Licensees of Buyer's Broker Other Than Real Estate Commission *[Identify Amount Received and By Whom]:* | Received |

**SPECIAL STIPULATIONS:** The following Special Stipulations, if conflicting with any preceding paragraph or any exhibit or addendum hereto shall control:

☐ **Additional Special Stipulations are attached.**

Better Homes and Garden

_____
Buyer Brokerage Firm

*Dee McBee*          May 18, 2021
**Broker/Affiliated Licensee Signature**     Date

Broker's Phone#_____

Broker's FAX#_____

_____
REALTOR® Membership

Ansley Real Estate

_____
Seller Brokerage Firm

*Brian White*          May 18, 2021
**Broker/Affiliated Licensee Signature**     Date

Broker's Phone#_____

Broker's  FAX#_____

_____
REALTOR® Membership

Copyright© 2021 by Georgia Association of REALTORS®, Inc.

dotloop signature verification: [illegible]

# AMENDMENT TO AGREEMENT
## AMENDMENT # 1

Date: _____ 4.5.21 _____



2021 Printing

Whereas, the undersigned parties have entered into a certain Agreement between _____ **John Thatcher** _____

_____ ("Buyer") and _____ **Gary Knight** _____ ("Seller"),

with a Binding Agreement Date of _____ **4.5.21** _____ for the purchase and sale of real property located at:

_____ **92 Fish Trap** _____, **Blue Ridge**, **Georgia** **30513** ; and

Whereas, the undersigned parties desire to amend the aforementioned Agreement, it being to the mutual benefit of all parties to do so;

Now therefore, for and in consideration of the sum of Ten Dollars ($10.00) and other valuable considerations paid by each to the other, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree to modify and amend the aforementioned Agreement as follows: [Note: The following language is furnished by the parties and is particular to this transaction.]

All parties acknowledge and agree river easements and community well (water) maintenance agreements to be drafted

by Georgia licensed attorney prior to or at closing

☐ **Additional pages are attached.**

It is agreed by the parties hereto that all of the other terms and conditions of the aforementioned Agreement shall remain in full force and effect other than as modified herein. Upon execution by all parties, this Amendment shall be attached to and form a part of said Agreement.

**By signing this Amendment, Buyer and Seller acknowledge that they have each read and understood this Amendment and agree to its terms.**

_JOHN H THATCHER, Mang. Mem._ 　dotloop verified
04/05/21 4:42 PM EDT
1UYH-Y4AD-BNRI-3FKQ

**1 Buyer's Signature**

_Gary Knight_

**1 Seller's Signature**

_____

**2 Buyer's Signature**

_____

**2 Seller's Signature**

☐ **Additional Signature Page (F267) is attached.**

☐ **Additional Signature Page (F267) is attached.**

**BHGRE Metro Brokers**

Buyer Brokerage Firm

_Dee McBee_ 　dotloop verified
04/05/21 4:21 PM EDT
SBVR-HV6T-ERFK-BF23

**Broker/Affiliated Licensee Signature**

**Ansley Real Estate**

Seller Brokerage Firm

_Brian White_

**Broker/Affiliated Licensee Signature**

**NEG BOARD**

**REALTOR® Membership**

**NEG**

**REALTOR® Membership**

**Acceptance Date.** The above Amendment is hereby accepted, _____ o'cl._ _____ on the date of
_____ 04/05/2021 _____, ("Acceptance Date"). This Amendment will become binding upon the parties when notice of the acceptance of the Amendment has been received by offeror. The offeror shall promptly notify offeree when acceptance has been received.

THIS FORM IS COPYRIGHTED AND MAY ONLY BE USED IN REAL ESTATE TRANSACTIONS IN WHICH _____ Christopher White _____ IS INVOLVED AS A REAL ESTATE LICENSEE. UNAUTHORIZED USE OF THE FORM MAY RESULT IN LEGAL SANCTIONS BEING BROUGHT AGAINST THE USER AND SHOULD BE REPORTED TO THE GEORGIA ASSOCIATION OF REALTORS® AT (770) 451-1831.

Copyright© 2021 by Georgia Association of REALTORS®, Inc.　　　　　　　　　　　F701, Amendment to Agreement, 01/01/21




Date: 04/07/2021MTB

Re: 92 FISH TRAP ROAD, BLUE RIDGE, GA 30513

DPN# MTBR28

**To Whom It May Concern:**

Metro Brokers is holding, in our escrow account the sum of $5,000.00 that was transferred from 279 SPYGLASS HILL to 92 FISJ TRAP ROAD on 04/07/2021 as earnest money funds for the purchase of property by the above referenced purchasers, known as: JOHN H THATCHER, Mang. Mem.

These funds are to be applied at closing to monies owed to Metro Brokers on conjunction with the sale of this property.

Best Regards,

*Katrina Alexander*

Accounting/Contract Processor

Date: 04/07/2021MTB

Re: 92 FISH TRAP ROAD, BLUE RIDGE, GA 30513

DPN# MTBR28

To Whom It May Concern:

Metro Brokers is holding, in our escrow account the sum of $5,000.00 _____ that was transferred from 279 SPYGLASS HILL _____ to 92 FISJ TRAP ROAD _____ on 04/07/2021 _____ as earnest money funds for the purchase of property by the above referenced purchasers, known as: JOHN H THATCHER, Mang. Mem. _____

These funds are to be applied at closing to monies owed to Metro Brokers on conjunction with the sale of this property.

Best Regards,

Katrina Cooper
Accounting/Contract Processor

dotloop signature verification:




# AMENDMENT TO AGREEMENT
## AMENDMENT # 2

**Date:** 04/06/2021



2021 Printing

**Whereas,** the undersigned parties have entered into a certain Agreement between JOHN H THATCHER, Mang. Mem.

_____ ("Buyer") and Gary Knight _____ ("Seller").

with a Binding Agreement Date of _____ for the purchase and sale of real property located at:

92 FISH TRAP ROAD _____ , BLUE RIDGE _____ , Georgia 30513 ___ ; and

**Whereas,** the undersigned parties desire to amend the aforementioned Agreement, it being to the mutual benefit of all parties to do so;

Now therefore, for and in consideration of the sum of Ten Dollars ($10.00) and other valuable considerations paid by each to the other, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree to modify and amend the aforementioned Agreement as follows: [Note: The following language is furnished by the parties and is particular to this transaction.]

BOTH PARTIES AGREE THAT THE PURCHASE PRICE INCLUDES ALL FURNITURE AND FURNISHINGS IN THIS CABIN AS SEEN ON MARCH 31, 2021.

☐ **Additional pages are attached.**

It is agreed by the parties hereto that all of the other terms and conditions of the aforementioned Agreement shall remain in full force and effect other than as modified herein. Upon execution by all parties, this Amendment shall be attached to and form a part of said Agreement.

**By signing this Amendment, Buyer and Seller acknowledge that they have each read and understood this Amendment and agree to its terms.**

_JOHN H THATCHER Mang. Mem._     dotloop verified<br>04/06/21 9:41 PM EDT<br>BHUJ-RGTN-KNIQ-CGMP                _Gary Knight_

**1 Buyer's Signature**                                  **1 Seller's Signature**

_____                     _____

**2 Buyer's Signature**                                    **2 Seller's Signature**

☐ **Additional Signature Page (F267) is attached.**       ☐ **Additional Signature Page (F267) is attached.**

Better Homes & Gardens Real Estate Metro Brokers - Corporate     ANSLEY REAL ESTATE
**Buyer Brokerage Firm**                                **Seller Brokerage Firm**

_Doe McBee_    dotloop verified<br>04/06/21 11:17 AM EDT<br>GBJT-WXKA-VZFP-3FEO            _Brina White_

**Broker/Affiliated Licensee Signature**                 **Broker/Affiliated Licensee Signature**

NEG BOR                                         NEG BOR
**REALTOR® Membership**                               **REALTOR® Membership**

**Acceptance Date.** The above Amendment is hereby accepted, 4:55 _____ o'clocḷp _____ ⁿ the date of 04/07/2021 _____ , ("Acceptance Date"). This Amendment will become binding upon the parties when notice of the acceptance of the Amendment has been received by offeror. The offeror shall promptly notify offeree when acceptance has been received.

THIS FORM IS COPYRIGHTED AND MAY ONLY BE USED IN REAL ESTATE TRANSACTIONS IN WHICH Doe McDee    IS INVOLVED AS A REAL ESTATE LICENSEE. UNAUTHORIZED USE OF THE FORM MAY RESULT IN LEGAL SANCTIONS BEING BROUGHT AGAINST THE USER AND SHOULD BE REPORTED TO THE GEORGIA ASSOCIATION OF REALTORS® AT (770) 451-1831.

Copyright© 2021 by Georgia Association of REALTORS®, Inc.                F701, Amendment to Agreement, 01/01/21

dotloop signature verification: [illegible]

# AMENDMENT TO AGREEMENT
## AMENDMENT # __1__

Date: _____ 4.5.21



2021 Printing

Whereas, the undersigned parties have entered into a certain Agreement between _____ **John Thatcher**

_____ ("Buyer") and _____ **Gary Knight** _____ ("Seller"),

with a Binding Agreement Date of _____ **4.5.21** _____ for the purchase and sale of real property located at:
_____ **92 Fish Trap** _____, **Blue Ridge** , Georgia **30513** ; and

Whereas, the undersigned parties desire to amend the aforementioned Agreement, it being to the mutual benefit of all parties to do so;

Now therefore, for and in consideration of the sum of Ten Dollars ($10.00) and other valuable considerations paid by each to the other, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree to modify and amend the aforementioned Agreement as follows: [Note: The following language is furnished by the parties and is particular to this transaction.]

All parties acknowledge and agree river easements and community well (water) maintenance agreements to be drafted

by Georgia licensed attorney prior to or at closing

☐ Additional pages are attached.

It is agreed by the parties hereto that all of the other terms and conditions of the aforementioned Agreement shall remain in full force and effect other than as modified herein. Upon execution by all parties, this Amendment shall be attached to and form a part of said Agreement.

**By signing this Amendment, Buyer and Seller acknowledge that they have each read and understood this Amendment and agree to its terms.**

*JOHN H THATCHER Mang. Mem.*
dotloop verified
04/05/21 4:42 PM EDT
1UYH-Y4AD-8NRI-3FKQ

**1 Buyer's Signature**

*Gary Knight*
**1 Seller's Signature**

**2 Buyer's Signature**

**2 Seller's Signature**

☐ Additional Signature Page (F267) is attached.

☐ Additional Signature Page (F267) is attached.

**BHGRE Metro Brokers**
Buyer Brokerage Firm

**Ansley Real Estate**
Seller Brokerage Firm

*DeeMcBee*
dotloop verified
04/05/21 4:21 PM EDT
S6VR-HV6T-ER7X-8723

**Broker/Affiliated Licensee Signature**

*Brian White*
**Broker/Affiliated Licensee Signature**

**NEG BOARD**
**REALTOR® Membership**

**NEG**
**REALTOR® Membership**

**Acceptance Date.** The above Amendment is hereby accepted, _____ o'cl_____ _____ on the date of
04/05/2021 _____, ("Acceptance Date"). This Amendment will become binding upon the parties when notice of the acceptance of the Amendment has been received by offeror. The offeror shall promptly notify offeree when acceptance has been received.

THIS FORM IS COPYRIGHTED AND MAY ONLY BE USED IN REAL ESTATE TRANSACTIONS IN WHICH ___ **Christopher White** ___ IS INVOLVED AS A REAL ESTATE LICENSEE. UNAUTHORIZED USE OF THE FORM MAY RESULT IN LEGAL SANCTIONS BEING BROUGHT AGAINST THE USER AND SHOULD BE REPORTED TO THE GEORGIA ASSOCIATION OF REALTORS® AT (770) 451-1831.

Copyright© 2021 by Georgia Association of REALTORS®, Inc.

F761, Amendment to Agreement, 01/01/21

dotloop signature verification:



# AMENDMENT TO AGREEMENT
## AMENDMENT # 2

**Date:** 04/06/2021



**2021 Printing**

**Whereas,** the undersigned parties have entered into a certain Agreement between JOHN H THATCHER, Mang. Mem.

_____("Buyer") and Gary Knight _____("Seller"),

with a Binding Agreement Date of _____ for the purchase and sale of real property located at:

92 FISH TRAP ROAD _____, BLUE RIDGE _____, Georgia 30513 ____; and

**Whereas,** the undersigned parties desire to amend the aforementioned Agreement, it being to the mutual benefit of all parties to do so;

Now therefore, for and in consideration of the sum of Ten Dollars ($10.00) and other valuable considerations paid by each to the other, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree to modify and amend the aforementioned Agreement as follows: [Note: The following language is furnished by the parties and is particular to this transaction.]

BOTH PARTIES AGREE THAT THE PURCHASE PRICE INCLUDES ALL FURNITURE AND FURNISHINGS IN THIS CABIN AS SEEN ON MARCH 31, 2021.

☐ **Additional pages are attached.**

It is agreed by the parties hereto that all of the other terms and conditions of the aforementioned Agreement shall remain in full force and effect other than as modified herein. Upon execution by all parties, this Amendment shall be attached to and form a part of said Agreement.

**By signing this Amendment, Buyer and Seller acknowledge that they have each read and understood this Amendment and agree to its terms.**

| | |
|---|---|
| *JOHN H THATCHER Mang. Mem.*    dotloop verified<br>04/06/21 9:41 PM EDT<br>8NUX-RSTX-XNQ-GDNP | *Gary Knight* |
| **1 Buyer's Signature** | **1 Seller's Signature** |
| | |
| **2 Buyer's Signature** | **2 Seller's Signature** |

☐ **Additional Signature Page (F267) is attached.**      ☐ **Additional Signature Page (F267) is attached.**

Better Homes & Gardens Real Estate Metro Brokers - Corporate    ANSLEY REAL ESTATE
Buyer Brokerage Firm      Seller Brokerage Firm

*Dee McBee*    dotloop verified<br>04/06/21 11:17 AM EDT<br>GBJ-WXVA-V25P-8PFO      *Brian White*
**Broker/Affiliated Licensee Signature**      **Broker/Affiliated Licensee Signature**

NEG BOR      NEG BOR
**REALTOR® Membership**      **REALTOR® Membership**

**Acceptance Date.** The above Amendment is hereby accepted, 4:55 _____ o'clocp ____ n the date of 04/07/2021 _____, ("Acceptance Date"). This Amendment will become binding upon the parties when notice of the acceptance of the Amendment has been received by offeror. The offeror shall promptly notify offeree when acceptance has been received.

THIS FORM IS COPYRIGHTED AND MAY ONLY BE USED IN REAL ESTATE TRANSACTIONS IN WHICH Dee McBee IS INVOLVED AS A REAL ESTATE LICENSEE. UNAUTHORIZED USE OF THE FORM MAY RESULT IN LEGAL SANCTIONS BEING BROUGHT AGAINST THE USER AND SHOULD BE REPORTED TO THE GEORGIA ASSOCIATION OF REALTORS® AT (770) 451-1831.

Copyright© 2021 by Georgia Association of REALTORS®, Inc.      F701, Amendment to Agreement, 01/01/21

dotloop signature verification: [illegible]



# AMENDMENT TO ADDRESS CONCERNS WITH PROPERTY AMENDMENT #3

**[TO BE USED ONLY IF CONTRACT IS SUBJECT TO A DUE DILIGENCE PERIOD]**

Date: 04/19/2021



**2021 Printing**

Whereas, the undersigned parties have entered into a certain Agreement between **JOHN H THATCHER, Mang. Mem.**

_____ ("Buyer") and **Gary Knight** _____ ("Seller"), with a

Binding Agreement Date of **04/05/2021** _____ for the purchase and sale of real property located at:

**92 FISH TRAP ROAD** _____, **BLUE RIDGE** _____, Georgia **30513** ("Agreement").

Whereas, the undersigned parties desire to amend the aforementioned Agreement, it being to the mutual benefit of all parties to do so. This Amendment shall become effective on the date when the party who has accepted the Amendment delivers notice of that acceptance to the party who proposed the Amendment in accordance with the Notice section of the Agreement.

This Amendment is intended to set forth the agreement of the parties relative to concerns raised by Buyer during the Due Diligence Period. If this Amendment does not become effective during the Due Diligence Period, it shall become null and void and of no legal force and effect.

In consideration of Seller agreeing to address certain concerns of Buyer with Property, all parties agree that if this Amendment is signed by Buyer and Seller and delivered to both parties, the remainder of Buyer's Due Diligence Period ☑ shall OR ☐ shall not terminate.

Now therefore, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree to modify and amend the Agreement to address the following concerns existing with the Property and for such other purposes as are set forth below:

[The following language is furnished by the parties and is particular to this transaction]

Both parties agree that seller will complete all repairs prior to closing that he has indicated that he will repair on the Inspection Summary Report dated 4/12/21 by Titus Pugh and shared to all parties. Report summary is attached to this Amendment:

Comment 1 and 2 - Fixed
Comment 6 - will fix
Comment 11 - Accept to fix
Comment 12 - Accept to fix
Comment 13 - Accept to fix
Comment 14 - previously repaired
Comment 16 - Accept to fix
Comment 24 - No but have redirected water
Comment 25 - Accept to fix
Comment 29 - Accept to fix
Comment 30 - Accept to fix
Comment 31 - Accept to fix
Comment 33 - Accept to fix
Comment 35 - Accept to fix
Comment 36 - Accept to fix
Comment 37 - Accept to fix
Comment 39 - Accept to fix
Comment 40 - Accept to fix
Comment 41 - Accept to fix
Comment 44 - Fixed
Comment 45 - Accept to fix
Comment 47 - Accept to fix
Comment 50 - Accept to fix
Comment 52 - Accept to fix
Comment 54 - Accept to fix
Comment 55 - Accept to fix
Comment 57 - Accept to fix

THIS FORM IS COPYRIGHTED AND MAY ONLY BE USED IN REAL ESTATE TRANSACTIONS IN WHICH **Dee McBee** IS INVOLVED AS A REAL ESTATE LICENSEE. UNAUTHORIZED USE OF THE FORM MAY RESULT IN LEGAL SANCTIONS BEING BROUGHT AGAINST THE USER AND SHOULD BE REPORTED TO THE GEORGIA ASSOCIATION OF REALTORS® AT (770) 451-1831.

Copyright© 2021 by Georgia Association of REALTORS®, Inc.          F704, Amendment to Address Concerns with Property, Page 1 of 2, 01/01/21

☐ **Additional pages are attached.**

It is agreed by the parties hereto that all of the other terms and conditions of the aforementioned Agreement shall remain in full force and effect other than as modified herein. Upon execution by all parties, this Amendment shall be attached to and form a part of said Agreement.

**By signing this Amendment, Buyer and Seller acknowledge that they have each read and understood this Amendment and agree to its terms.**

| | |
|---|---|
| *JOHN H THATCHER Mang. Mem.*     dotloop verified 04/19/21 10:13 AM MDT A8YN-LW8G-MLNM-ORSO | *Garry Knight* |
| **1 Buyer's Signature** | **1 Seller's Signature** |

| | |
|---|---|
| | |
| **2 Buyer's Signature** | **2 Seller's Signature** |

☐ Additional Signature Page (F267) is attached.        ☐ Additional Signature Page (F267) is attached.

Better Homes & Gardens Real Estate Metro Brokers - Corporate    ANSLEY REAL ESTATE
**Buyer Brokerage Firm**                                      **Seller Brokerage Firm**

| | |
|---|---|
| *Dee McBee*     dotloop verified 04/19/21 9:44 AM EDT 78ST-4PRQ-JPD4-EU0Q | *Brian White* |
| **Broker/Affiliated Licensee Signature** | **Broker/Affiliated Licensee Signature** |

NEG BOR                                               NEG BOR
**REALTOR® Membership**                                  **REALTOR® Membership**

**Acceptance Date.** The above Amendment is hereby accepted, 8 :lop ne date of 04/19/2021 , ("Acceptance Date"). This Amendment will become binding upon the parties when notice of the acceptance of the Amendment has been received by offeror. The offeror shall promptly notify offeree when acceptance has been received.

# Report Summary

> This summary page is not the entire report. The complete report may include additional information of interest or concern to you. It is strongly recommended that you promptly read the complete report. For information regarding the negotiability of any item in this report under the real estate purchase contract, contact your real estate agent or an attorney.

### Site Grading

1) Erosion taking place beside the condenser possibly from gutters not functioning properly.


**Figure 2-1**


**Figure 2-2**

2) **Erosion** taking place at the footer level on the left side from the downspout pipe. **Consult a licensed contractor.**

*Fixed*
*- mulched*
*- Diverted water - cut in Ditch*
*- Cleaned Gutter*

(Report Summary continued)



Figure 3-1



Figure 3-2

**3) The ground should slope away from the structure 6 inches in 10 feet at a minimum.**



Figure 4-1



NO

(Report Summary continued)

## Vegetation

**4)** Trees should be cut back to prevent build up of debris on the roof to prevent moisture intrusion into the structure. This also can be a safety concern. Consult a licensed contractor.



Figure 5-1



Figure 5-2

**5)** The vegetation should be trimmed where it's not touching the home. This is to prevent moisture and insect intrusion.



Figure 6-1



(Report Summary continued)

## Retaining Walls

6) Crack in retaining wall possibly from backfilling.



Figure 7-1

ACCEPT
-WILL FILL

## Steps/Stoops

7) Front steps showing signs of moisture intrusion and wood rot. Consult a licensed contractor.



Figure 8-1



Figure 8-2

NO

(Report Summary continued)



**Figure 12-1**



**Figure 12-2**

**11) Missing bolts and double joist hangers on main level porch framing. Consult a licensed contractor.**



**Figure 13-1**

ACCEPT

(Report Summary continued)

## Exterior Covering

**12)** Siding is in contact with the ground. **Consult a licensed contractor. Behind the A/C condenser.**



ACCEPT

Figure 14-1

**13)** OSB and siding is rotten at ground level at the chimney. **Consult a licensed contractor.**





Figure 15-2

ACCEPT/REPAIR

Figure 15-1

**14)** Evidence of beam installation at the **gable ends fixed glass. This area should be kept sealed from the exterior. All holes** and **cracks should be sealed to prevent moisture intrusion into the structure. Consult a licensed contractor.**

NO - Previously Repaired

(Report Summary continued)



**Figure 17-1**



**Figure 17-2**

## Windows

15) Exterior window sills should be sloped to the exterior to prevent moisture intrusion. This is only on the fixed glass on the bed/ bath side of the home. Consult a licensed contractor.



**Figure 18-1**



NO

(Report Summary continued)

## Balconies

**16)** No bolts present on 2 nd level balcony. **Consult a licensed contractor.**





**Figure 19-1**

**17) Double** hanger missing on 2 nd level **balcony framing. Consult a licensed contractor.**





**Figure 20-1**

(Report Summary continued)

## Railings

18) No railing on the top of the retaining walls. This is a safety hazard. Consult a licensed contractor.



NO

Figure 21-1

19) Railing at the main entrance is showing signs of moisture intrusion and wood damage.



Figure 22-1



Figure 22-2



(Report Summary continued)



Figure 22-3

## Exterior

20) Main level Exterior fireplace brick panels are damaged. These can be replaced. Consult a licensed contractor.



Figure 25-1





Figure 25-2

(Report Summary continued)



Figure 25-3

21) The basement level porch fireplace has damaged base.



Figure 26-1

(Report Summary continued)

## Roof Covering

22) Roofing screws need to be replaced every 10 years. These need replaced. Consult a licensed contractor.



Figure 27-1

NO



Figure 27-2

## Vent Stacks

23) Plastic / rubber vent stack boots are only good for 10 years. These need to be replaced.



Figure 28-1



NO

Figure 28-2

(Report Summary continued)

## Chimney

24) Evidence of moisture intrusion and wood rot at the base of support post for the chimney. Consult a licensed contractor.



**Figure 29-1**



**Figure 29-2**

NO - DID RE- DIRECT WATER

25) Support cables for long metal chimney have broken.



**Figure 30-1**

ACCEPT

(Report Summary continued)

## Flashings

**26) Weatherstripping is not installed between the flashing and roof or the ridge cap and roof to prevent blowback. Consult a licensed contractor.**



**Figure 31-1**



**Figure 31-2**

(Report Summary continued)

## Soffit and Fascia

27) Soffit and facia needs cleaned/sealed/ stained. Some of it.



**Figure 32-1**

NO - STAINED WHOLE HOUSE SUMMER of 2020

28) Carpenter ants damage. Consult **exterminator**.



**Figure 33-1**

NO

(Report Summary continued)

## Gutters & Downspouts

29) All downspouts should be diverted with adapters and pipe away from the structure to prevent moisture intrusion into the structure or washing out post piers / foundation. Consult a licensed contractor.





Figure 34-1

30) All dow                          d with adapters and pipe away from the structure to prevent mo.                          structure or washing out post piers / foundation. Consult a li



Figure 35-1



Figure 35-2



(Report Summary continued)



Figure 35-3

31) Gutters an... ... ...se... to be cleaned to prevent moisture intrusion into roof structure ...... ...e, and foundation.



Figure 36-1



Figure 36-2

ACCEPT
- GUTTERS
AREA WERE CLEANED

(Report Summary continued)

## Floor Structure

32) Cracks present in the basement slab.





**Figure 40-1**



**Figure 40-2**

## Service Panel Manufacturer

33) Missing connector in the right service panel. Consult a licensed electrician.



**Figure 42-1**



## Smoke Detectors



34) Carbon monoxide detectors need to be installed on every level.



(Report Summary continued)

## Electrical

**35) Outlet at main entrance outside isn't GFCI protected. Consult a licensed contractor.**



ACCEPT

**Figure 46-1**

**36) Outlets on the front porch do not work. Consult a licensed electrician.**



**Figure 47-1**



**Figure 47-2**

ACCEPT

(Report Summary continued)



**Figure 47-3**

**37) Outlet a** the ⟨illegible⟩ ⟨illegible⟩ GFCi **protected. Consult a licensed electrician.**



**Figure 48-1**

ACCEPT

**38) Recirculating tub outlet isn't GFCI protected. Consult a licensed electrician.**

NO

(Report Summary continued)



**Figure 49-1**

**39)** Lots of [illegible] \C closet. Consult a licensed electrician.



**Figure 50-1**



**Figure 50-2**

ACCEPT

**40)** Outlet at basement entry to living area doesn't work. Consult a licensed electrician.

ACCEPT

(Report Summary continued)



**Figure 51-1**

## Filter T

41) Washa... the side of the unit that needs cleaned.



**Figure 55-1**

(Report Summary continued)

## Plumbing: Water Heater

42) Water over 120 degrees could cause injury.



Figure 62-1

## Shower

43) Shower near ...............ell. Consult a licensed plumber. Shelving that is supported by the ........... can damage plumbing.




Figure 66-1



**Figure 67-1**

## Bath Tub
**45) Missing** drain stop



**Figure 69-1**

(Report Summary continued)

## Shower

**46)** Shower head is loose in the wall. **Consult a licensed plumber. Shelving that is supported by the shower head can damage plumbing.**





**Figure 70-1**

(Report Summary continued)

## Ventilation Type

**47)** Ventilator needs cleaned.



**Figure 71-1**



## Cabinets

**48)** Possible pest activity underneath **kitchen cabinets. Consult a licensed exterminator.**



**Figure 73-1**



**Figure 73-2**



(Report Summary continued)

## Dishwasher

**49) No high loop installed in dishwasher drain line. Consult a licensed plumber.**



Figure 75-1

NO

## Dryer Venting

**50) Dryer vent extraction needs cleaned.**



Figure 76-1



Figure 76-2

ACCEPT

(Report Summary continued)

## Walls

51) Evidence of a past leak/ pest activity. Moisture meter doesn't indicate a current leak. Upstairs hallway above the bedroom door.



Figure 78-1



Figure 78-2



(Report Summary continued)

## Window Types

52) Broken latch on basement double window.





**Figure 79-1**

## Interior Doc

53) Missing closet door, Main level bedroom.





**Figure 80-1**

54) 2 nd level bedroom door needs adjusted to work properly.



(Report Summary continued)



Figure 82-1

55) Loft bathroom door needs adjusted to work properly.



Figure 83-1

(Report Summary continued)

## Fireplace

56) Damaged section of the base of the fireplace. Consult a licensed contractor.



Figure 85-1

NO

## Interior

57) Loose interior railing in unit. Consult a licensed contractor.



Figure 87-1

ACCEPT

58) Missing ... )set.

NO

(Report Summary continued)



Figure 88-1

**59)** Evidence of a p    l        ement bathroom possibly from the above tub. Moisture meter doe   't   dic  e   current leak. Consult a licensed plumber.



Figure 89-1

NO

**60)** Basement               rear corner has evidence of a past leak. Consult a licensed plumber.

(Report Summary continued)



Figure 90-1



DocuSign Envelope ID: 1506C3E4-E1AC-4F13-90BF-9D1FEFA256F0



# AMENDMENT TO AGREEMENT
## AMENDMENT # 4

**Date:** 05/06/2021



**2021 Printing**

**Whereas**, the undersigned parties have entered into a certain Agreement between JOHN H THATCHER, Mang. Mem.

("Buyer") and Gary Knight                                                                                   ("Seller"),
with a Binding Agreement Date of 05/05/2021                          for the purchase and sale of real property located at:
92 FISH TRAP ROAD                               , BLUE RIDGE            , Georgia 30513            ; and

**Whereas**, the undersigned parties desire to amend the aforementioned Agreement, it being to the mutual benefit of all parties to do so;

Now therefore, for and in consideration of the sum of Ten Dollars ($10.00) and other valuable considerations paid by each to the other, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree to modify and amend the aforementioned Agreement as follows: [Note: The following language is furnished by the parties and is particular to this transaction.]
Both parties agree that the buyer name shall change from JOHN H THATCHER, Mang, Mem. to:

7 IL PROPERTIES, LLC, a Colorado Limited Liability Company

☐ **Additional pages are attached.**

It is agreed by the parties hereto that all of the other terms and conditions of the aforementioned Agreement shall remain in full force and effect other than as modified herein. Upon execution by all parties, this Amendment shall be attached to and form a part of said Agreement.

**By signing this Amendment, Buyer and Seller acknowledge that they have each read and understood this Amendment and agree to its terms.**

| | |
|---|---|
| *JOHN H THATCHER, Mang. Mem.*      dotloop verified 05/06/21 3:47 PM EDT IACA-IKXR-OO4K-4MEV | *Gary knight*      DocuSigned by: |
| **1 Buyer's Signature** | **1 Seller's Signature** |

| | |
|---|---|
| | |
| **2 Buyer's Signature** | **2 Seller's Signature** |

☐ **Additional Signature Page (F267) is attached.**      ☐ **Additional Signature Page (F267) is attached.**

Better Homes & Gardens Real Estate Metro Brokers - Corporate        ANSLEY REAL ESTATE
**Buyer Brokerage Firm**                                                **Seller Brokerage Firm**

| | |
|---|---|
| *Dee McBee*      dotloop verified 05/06/21 9:31 AM EDT ESUN-IBEY-CZQY-K0OW | *Brian White*      dotloop verified 05/07/21 9:38 AM EDT XKBG-6WHM-EHQV-JIQJ |
| **Broker/Affiliated Licensee Signature** | **Broker/Affiliated Licensee Signature** |

NEG BOR                                                               NEG BOR
**REALTOR® Membership**                                              **REALTOR® Membership**

**Acceptance Date.**    The above Amendment is hereby accepted, _____ o'clock _____.m. on the date of
5/8/2021
_____, ("Acceptance Date"). This Amendment will become binding upon the parties when notice of the acceptance of the Amendment has been received by offeror. The offeror shall promptly notify offeree when acceptance has been received.

THIS FORM IS COPYRIGHTED AND MAY ONLY BE USED IN REAL ESTATE TRANSACTIONS IN WHICH Dee McBee          IS INVOLVED AS A REAL ESTATE LICENSEE. UNAUTHORIZED USE OF THE FORM MAY RESULT IN LEGAL SANCTIONS BEING BROUGHT AGAINST THE USER AND SHOULD BE REPORTED TO THE GEORGIA ASSOCIATION OF REALTORS® AT (770) 451-1831.

Copyright© 2021 by Georgia Association of REALTORS®, Inc.                          F701, Amendment to Agreement, 01/01/21

# AMENDMENT TO AGREEMENT
## AMENDMENT # __5__

**Date:** _____5/20/21_____



**2021 Printing**

**Whereas,** the undersigned parties have entered into a certain Agreement between _____**7IL Properties LLC**_____

_____ ("Buyer") and _____**Gary Knight**_____ ("Seller"),

with a Binding Agreement Date of _____**4/5/21**_____ for the purchase and sale of real property located at:

_____**92 Fish Trap Rd**_____, _____**Blue Ridge**_____, Georgia ___**30513**___ ; and

**Whereas,** the undersigned parties desire to amend the aforementioned Agreement, it being to the mutual benefit of all parties to do so;

Now therefore, for and in consideration of the sum of Ten Dollars ($10.00) and other valuable considerations paid by each to the other, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree to modify and amend the aforementioned Agreement as follows: [Note: The following language is furnished by the parties and is particular to this transaction.]

"Seller reserves the right to include this transaction via an assignment of Seller's rights as part of an IRC, Section 1031

tax deferred exchange for the benefit of Seller, at no cost, expense or liability to Buyer. Buyer further agrees to execute

any and all documents (subject to the reasonable approval of Buyer's counsel) as are reasonably necessary in

connection therewith, provided that the close of this transaction for the conveyance of Seller's property shall not be

contingent upon or subject to the completion of such exchange. Buyer understands and acknowledges that Seller is

participating in the 1031 Tax Deferred Exchange Program]. Seller agrees to indemnify and hold Buyer free and

harmless from any cost, expense or liability, including attorney's fees resulting from Buyer's participation in such

exchange."

☐ **Additional pages are attached.**

It is agreed by the parties hereto that all of the other terms and conditions of the aforementioned Agreement shall remain in full force and effect other than as modified herein. Upon execution by all parties, this Amendment shall be attached to and form a part of said Agreement.

### By signing this Amendment, Buyer and Seller acknowledge that they have each read and understood this Amendment and agree to its terms.

_JOHN H THATCHER Mang. Mem._  
dotloop verified  
05/20/21 2:11 PM MDT  
AE11-EHA2-GSB9-4Q5M  
**1 Buyer's Signature**

_Gary Knight_  
**1 Seller's Signature**

_____  
**2 Buyer's Signature**

_____  
**2 Seller's Signature**

☐ **Additional Signature Page (F267) is attached.**

☐ **Additional Signature Page (F267) is attached.**

**BHGRE METRO BROKERS**  
Buyer Brokerage Firm

Ansley Real Estate  
Seller Brokerage Firm

_Dee McBee_  
dotloop verified  
05/20/21 3:41 PM EDT  
ARXO-ILFW-X8ZK-WZVU  
**Broker/Affiliated Licensee Signature**

_Brian White_  
**Broker/Affiliated Licensee Signature**

NEG BOR  
**REALTOR® Membership**

NEF  
**REALTOR® Membership**

**Acceptance Date.** The above Amendment is hereby accepted, _____ o'clock _____.m. on the date of _____, ("Acceptance Date"). This Amendment will become binding upon the parties when notice of the acceptance of the Amendment has been received by offeror. The offeror shall promptly notify offeree when acceptance has been received.

THIS FORM IS COPYRIGHTED AND MAY ONLY BE USED IN REAL ESTATE TRANSACTIONS IN WHICH ___Christopher White___ IS INVOLVED AS A REAL ESTATE LICENSEE. UNAUTHORIZED USE OF THE FORM MAY RESULT IN LEGAL SANCTIONS BEING BROUGHT AGAINST THE USER AND SHOULD BE REPORTED TO THE GEORGIA ASSOCIATION OF REALTORS® AT (770) 451-1831.

Copyright© 2021 by Georgia Association of REALTORS®, Inc.                    F701, Amendment to Agreement, 01/01/21