

## Items of concern on 253 River Heights (Outlaw Ridge
2 messages

**John Thatcher** <7ilinvestors@gmail.com>     Fri, Apr 2, 2021 at 1:20 PM
To: Gary@garyknight.com, Dee McBee <deemcbeerealtor@gmail.com>, Dan Harrison <dan@cotwrealestate.com>

Gary,

It was good to meet you the other day, you have some beautiful places. I have a few more items that have not been addressed or need more clarification:

The easement is too vague in indemnity agreements between the stairs on Outlaw Ridge and the trail access next door. I thought an attorney was going to write this.

The lots are not defined and a map would help in the future if there was a problem.

You mention a shared insurance policy on the track easement, I have in excess of 5 million of liability and don't want another policy.

I need a P/L on this property with matching tax returns on it.

A well share agreement and who is the payor on the well.

We need to finalize a contract on the management agreement for the nights yo9u currently have booked.

Thanks,

John Thatcher

---

**Dee McBee** <deemcbeerealtor@gmail.com>     Fri, Apr 2, 2021 at 1:44 PM
To: Brian White <brian@ansleyre.com>

Hi Brian,
This is the email that John Thatcher sent to Gary Knight. I wanted to explain part to you and possibly head off a problem:
When we were looking at the house, there were papers that indicated that the house brought in about $170k last year in short term rentals. This is one reason that John was interested in buying it for an investment.
John has asked for a P/L on the property and I believe that he is, for the most part, interested in the expenses for the year.
These are just my thoughts on this.
Cordially,
Dee
[Quoted text hidden]
--

DEE MCBEE

**Better Homes and Gardens Real Estate Metro Brokers**

Cell - 770-655-5266

deemcbeerealtor@gmail.com

realtorblueridge.com

EXHIBIT G

mountaincabinsforsaleblueridge.com

2460 East First Street Suite 6B

Blue Ridge, GA 30513