| # | From | To | CC | BCC | Priority | Direction | Subject | Body | Status | Message Type | SMSC | Device description | Folder | Location | Source | Timestamp Date | Timestamp p-Time |
|---|------|----|----|----|----------|-----------|---------|------|--------|--------------|------|---------------------|--------|----------|--------|----------------|------------------|
| 4878 | 7706555266 McBee Dee | | | | | Incoming | | I sent it to your email for signing! Please let me know when you have signed. Thanks so much | Read | SMS | | | Inbox | | Phone | 3/7/2021 | 3/7/2021 2:59:16 PM(UTC-7) |
| 4877 | | 7706555266 McBee Dee | | | | | | Great! | Sent | SMS | | | Sent | | Phone | 3/7/2021 | 3/7/2021 2:59:23 PM(UTC-7) |
| 4876 | | 7706555266 McBee Dee | | | | | | In syber space | Sent | SMS | | | Sent | | Phone | 3/7/2021 | 3/7/2021 3:08:12 PM(UTC-7) |
| 4875 | | 7706555266 McBee Dee | | | | | | Off again in space | Sent | SMS | | | Sent | | Phone | 3/7/2021 | 3/7/2021 3:27:45 PM(UTC-7) |
| 4874 | 7706555266 McBee Dee | | | | | Incoming | | Please let me know again when signed. Thanks so much | Read | SMS | | | Inbox | | Phone | 3/7/2021 | 3/7/2021 4:31:20 PM(UTC-7) |
| 4873 | 7706555266 McBee Dee | | | | | Incoming | | Please let me know again when signed. Thanks so much | Read | SMS | | | Inbox | | Phone | 3/7/2021 | 3/7/2021 4:36:10 PM(UTC-7) |
| 4872 | 7706555266 McBee Dee | | | | | Incoming | | Got it! You are the greatest | Read | SMS | | | Inbox | | Phone | 3/7/2021 | 3/7/2021 4:38:14 PM(UTC-7) |
| 4868 | | 7706555266 McBee Dee | | | | | | Any word? | Sent | SMS | | | Sent | | Phone | 3/7/2021 | 3/7/2021 6:15:28 PM(UTC-7) |
| 4867 | 7706555266 McBee Dee | | | | | Incoming | | Nope. But they have till Monday at 6 | Read | SMS | | | Inbox | | Phone | 3/8/2021 | 3/8/2021 7:15:24 AM(UTC-7) |
| 4725 | 7706555266 McBee Dee | | | | | Incoming | | Hi John. I am especially excited that you might get Old Gravel Road. May I have the bane and number of your 1031 Intermediary so that I can find out exactly how to do this? I will get with them as soon as possible to make this happen for you | Read | SMS | | | Inbox | | Phone | 3/12/202 1 | 3/12/202 1 2:46:43 PM(UTC-7) |
| 4724 | | 7706555266 McBee Dee | | | | | | Will do. | Sent | SMS | | | Sent | | Phone | 3/12/202 1 | 3/12/202 1 2:48:19 PM(UTC-7) |
| 4685 | 7706555266 McBee Dee | | | | | Incoming | | HiJohn. This is from agent from River Heights:<br><br>Seller has said he is firm on price- we just got 190 Toccoa Heights under contract at 300 per sqft- it was recently remodeled and he feels he could do the same with this property and sell for a lot more- at 899k and 30k for furniture and furnishings he feels this is a good value combined with his rental income | Read | SMS | | | Inbox | | Phone | 3/13/202 1 | 3/13/202 1 8:36:59 AM(UTC-7) |
| 4684 | | 7706555266 McBee Dee | | | | | | Ok, I agree but I want a survey with pins or permanent markers at boundaries, especially the river access. | Sent | SMS | | | Sent | | Phone | 3/13/2021 | 3/13/2021 8:38:14 AM(UTC-7) |
| 4674 | 7706555266 McBee Dee | | | | | Incoming | | I am assuming you will want the $30k added to the price of the home.?? Offer will be $929 to include all furniture and decorations? | Read | SMS | | | Inbox | | Phone | 3/13/2021 | 3/13/2021 8:54:53 AM(UTC-7) |
| 4673 | | 7706555266 McBee Dee | | | | | | Yes, exactly | Sent | SMS | | | Sent | | Phone | 3/13/2021 | 3/13/2021 8:55:06 AM(UTC-7) |

EXHIBIT
O

| ID | Contact | | Message | Direction | | Status | Folder | Type | Source | Date | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4660 | 7706555266 McBee Dee | | Just sent mountain high. You'll be so proud. I think I got it in your name | Incoming | | Read | Inbox | SMS | Phone | 3/13/2021 | 3/13/2021 8:58:59 PM(UTC-7) |
| 4659 | 7706555266 McBee Dee | | You should have 2 to sign | Incoming | | Read | Inbox | SMS | Phone | 3/13/2021 | 3/13/2021 9:02:27 PM(UTC-7) |
| 4658 | 7706555266 McBee Dee | | Did you get them? | Incoming | | Read | Inbox | SMS | Phone | 3/13/2021 | 3/13/2021 9:02:40 PM(UTC-7) |
| 4656 | 7706555266 McBee Dee | | Last one just sent to you | Incoming | | Read | Inbox | SMS | Phone | 3/13/2021 | 3/13/2021 9:07:00 PM(UTC-7) |
| 4655 | 7706555266 McBee Dee | | All sent to agents. Don't forget the proof of funds letter | Incoming | | Read | Inbox | SMS | Phone | 3/13/2021 | 3/13/2021 9:11:58 PM(UTC-7) |
| 4653 | 7706555266 McBee Dee | | Mountain High countered verbally at $440. He said she is making good on the rentals and is not very motivated to drop her price | Incoming | | Read | Inbox | SMS | Phone | 3/13/2021 | 3/13/2021 9:41:56 PM(UTC-7) |
| 4651 | 7706555266 McBee Dee | | Did you see this? Mountain High countered verbally at $440. He said she is making good on the rentals and is not very motivated to drop her price | Incoming | | Read | Inbox | SMS | Phone | 3/14/2021 | 3/14/2021 12:27:11 PM(UTC-6) |
| 4650 | 7706555266 McBee Dee | | It doesn't make since for me at that price. That means we still have money to spend. I can shop in the $1,000,000 range. | | | Sent | Sent | SMS | Phone | 3/14/2021 | 3/14/2021 12:28:36 PM(UTC-6) |
| 4647 | 7706555266 McBee Dee | | I'm on it | Incoming | | Read | Inbox | SMS | Phone | 3/14/2021 | 3/14/2021 12:33:45 PM(UTC-6) |
| 4629 | 7706555266 McBee Dee | | Good morning. Have you sent the $10,000 check for River Heights? I have alerted my office mgr to watch for it. Please let me know specifics. I sent info on the home inspector. His name is Titus Pugh. His wife is Samantha. Phone is 706-455-2882. | Incoming | | Read | Inbox | SMS | Phone | 3/16/2021 | 3/16/2021 2:51:42 PM(UTC-6) |
| 4625 | +17706555266 McBee Dee | | No who do I send it to? | | | Sent | Sent | SMS | Phone | 3/16/2021 | 3/16/2021 3:53:54 PM(UTC-6) |
| 4624 | 7706555266 McBee Dee | | Hi John I sent the info again to both of your emails. Let me know if you don't get it. Thanks so much | Incoming | | Read | Inbox | SMS | Phone | 3/16/2021 | 3/16/2021 3:57:16 PM(UTC-6) |
| 4538 | +17706555266 McBee Dee | | Give me a call | | | Sent | Sent | SMS | Phone | 3/19/2021 | 3/19/2021 10:17:24 AM(UTC-6) |
| 4533 | 7706555266 McBee Dee | | Check isn't here yet. Can you check tracking info. Thank you | Incoming | | Read | Inbox | SMS | Phone | 3/19/2021 | 3/19/2021 12:44:09 PM(UTC-6) |
| 4532 | 7706555266 McBee Dee | | I have my phone now | Incoming | | Read | Inbox | SMS | Phone | 3/19/2021 | 3/19/2021 12:44:10 PM(UTC-6) |

Plaintiff_000278

2

Texts b/w Dee McBee and John Thatcher

| ID | Contact | Direction | Message | Status | SMS | Folder | Type | Timestamp | Date |
|---|---|---|---|---|---|---|---|---|---|
| 4528 | 7706555266 McBee Dee | | See if you got the info. You should get text and email | Read | SMS | Inbox | Phone | 3/19/2021 12:44:13 PM(UTC-6) | 3/19/2021 |
| 4521 | 7706555266 McBee Dee | Incoming | Gary Knight. 678-549-3680 This is the owner. I have a call and text in to the agent to ask him about your contacting the owner but he has not responded by 2 hours | Read | SMS | Inbox | Phone | 3/19/2021 1:3:20:11 PM(UTC-6) | 3/19/2021 |
| 4520 | +17706555266 McBee Dee | | I will wait. | Sent | SMS | Sent | Phone | 3/19/2021 1:3:20:39 PM(UTC-6) | 3/19/2021 |
| 4508 | 7706555266 McBee Dee | Incoming | I got the agent and he thinks it is a great idea! Go for it. I think he just needs convincing regarding 1031, etc. | Read | SMS | Inbox | Phone | 3/20/2021 8:52:43 AM(UTC-6) | 3/20/2021 |
| 4507 | +17706555266 McBee Dee | | Will do | Sent | SMS | Sent | Phone | 3/20/2021 8:53:22 AM(UTC-6) | 3/20/2021 |
| 4491 | 7706555266 McBee Dee | Incoming | $10k earnest money okay? | Read | SMS | Inbox | Phone | 3/20/2021 12:43:45 PM(UTC-6) | 3/20/2021 |
| 4489 | +17706555266 McBee Dee | | Okay | Sent | SMS | Sent | Phone | 3/20/2021 1:13:45 PM(UTC-6) | 3/20/2021 |
| 4485 | 7706555266 McBee Dee | Incoming | It has been sent to you for signatures. Let me know if you need anything | Read | SMS | Inbox | Phone | 3/20/2021 1:15:07 PM(UTC-6) | 3/20/2021 |
| 4479 | 7706555266 McBee Dee | Incoming | Did you sign? Was everything okay? | Read | SMS | Inbox | Phone | 3/20/2021 6:36:50 PM(UTC-6) | 3/20/2021 |
| 4475 | +17706555266 McBee Dee | | Yes, I also talked with Gary and it is the realtor that is nervous on my letter. | Sent | SMS | Sent | Phone | 3/20/2021 9:15:25 PM(UTC-6) | 3/20/2021 |
| 4458 | +17706555266 McBee Dee | | I also need to see Profit and Loss on both properties for the last three years with tax returns on each property. | Sent | SMS | Sent | Phone | 3/22/2021 8:18:51 AM(UTC-6) | 3/22/2021 |
| 4457 | +17706555266 McBee Dee | | I thick the inspector called before 7 my time and I didn't turn my phone on | Sent | SMS | Sent | Phone | 3/22/2021 8:19:37 AM(UTC-6) | 3/22/2021 |
| 4456 | 7706555266 McBee Dee | Incoming | Old gravel road has not been a legitimate rental. Remember they said the son was letting people rent and they tore stuff up | Read | SMS | Inbox | Phone | 3/22/2021 8:39:11 AM(UTC-6) | 3/22/2021 |
| 4455 | 7706555266 McBee Dee | Incoming | I am going to extend the due diligence to 4/2 and then you can meet with Gary on 3/30 and make sure about everything. How about that? | Read | SMS | Inbox | Phone | 3/22/2021 8:46:00 AM(UTC-6) | 3/22/2021 |
| 4452 | 7706555266 McBee Dee | Incoming | Just sent the amendment for you to sign | Read | SMS | Read | Phone | 3/22/2021 9:08:54 AM(UTC-6) | 3/22/2021 |
| 4449 | 7706555266 McBee Dee | Incoming | Old Gravel road is not a county road. I'll see if I can get the name and number of the neighbor | Read | SMS | Inbox | Phone | 3/22/2021 9:41:16 AM(UTC-6) | 3/22/2021 |

Plaintiff_000279

Plaintiff_000280

| ID | Contact | Contact (alt) | Direction | Message | Status | Type | Folder | Channel | Date | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| 4422 | 7706555266 McBee Dee | | Incoming | Spyglass came back at 1.1 | Read | SMS | Inbox | Phone | 3/23/2021 | 3/23/202 1 4:05:40 PM(UTC-6) |
| 4380 | 7706555266 McBee Dee | | Incoming | Sending you a new amendment to sign. Gary Knight would only give us until the date of 4/1. At least that will give you the time to get here and make sure | Read | SMS | Inbox | Phone | 3/25/2021 | 3/25/202 1 12:23:13 PM(UTC-6) |
| 4371 | 7706555266 McBee Dee | | Incoming | We have the extension on River heights until 3/1 and Old Gravel until 3/2 | Read | SMS | Inbox | Phone | 3/25/2021 | 3/25/202 1 4:23:40 PM(UTC-6) |
| 4370 | | +1-770-655-5266 McBee Dee | | Good I will Gary in the morning to set up a time Tuesday afternoon. | Sent | SMS | Sent | Phone | 3/25/2021 | 3/25/202 1 5:38:06 PM(UTC-6) |
| 4353 | | +1-770-655-5266 McBee Dee | | Can you give me a call when you have time about meeting your handyman and tours next week. | Sent | SMS | Sent | Phone | 3/26/2021 | 3/26/202 1 9:25:24 AM(UTC-6) |
| 4236 | 7706555266 McBee Dee | | Incoming | 7069721601 | Read | SMS | Inbox | Phone | 3/29/2021 | 3/29/202 1 9:40:47 AM(UTC-6) |
| 4235 | 7706555266 McBee Dee | | Incoming | That number was not for you  Sorry | Read | SMS | Inbox | Phone | 3/29/2021 | 3/29/202 1 9:41:15 AM(UTC-6) |
| 4234 | | +1-770-655-5266 McBee Dee | | Ok | Sent | SMS | Sent | Phone | 3/29/2021 | 3/29/202 1 9:44:35 AM(UTC-6) |
| 4233 | 7706555266 McBee Dee | | Incoming | Tuesday morning we will see homes 3 or 4. You said you had a meeting at 3 on Tuesday. Wednesday between 10 and 11 to meet some handymen | Read | SMS | Inbox | Phone | 3/29/2021 | 3/29/202 1 9:52:01 AM(UTC-6) |
| 4181 | 7706555266 McBee Dee | | Incoming | 828-361-4080. Chuck. Lawn and firewood. Name from Greg | Read | SMS | Inbox | Phone | 3/31/2021 | 3/31/202 1 12:52:52 PM(UTC-6) |
| 4159 | 7706555266 McBee Dee | | Incoming | Please assign term for spyglass | Read | SMS | Inbox | Phone | 4/1/2021 | 4/1/2021 7:14:43 AM(UTC-6) |
| 4158 | | +1-770-655-5266 McBee Dee | | On it | Sent | SMS | Sent | Phone | 4/1/2021 | 4/1/2021 7:15:28 AM(UTC-6) |
| 4157 | 7706555266 McBee Dee | | Incoming | Also. Requested repairs | Read | SMS | Inbox | Phone | 4/1/2021 | 4/1/2021 7:23:38 AM(UTC-6) |
| 4156 | 7706555266 McBee Dee | | Incoming | Wait. Sign the second one | Read | SMS | Inbox | Phone | 4/1/2021 | 4/1/2021 7:23:59 AM(UTC-6) |
| 4155 | 7706555266 McBee Dee | | Incoming | Another one for the easement | Read | SMS | Inbox | Phone | 4/1/2021 | 4/1/2021 7:37:03 AM(UTC-6) |

| ID | Contact | Direction | Message | Status | Type | Folder | Via | Date | Time |
|---|---|---|---|---|---|---|---|---|---|
| 4154 | 7706555266 McBee Dee | Incoming | See if you got it | Read | SMS | Inbox | Phone | 4/1/2021 | 4/1/2021 7:59:03 AM(UTC-6) |
| 4153 | +1-770-655-5266 McBee Dee | | Just popped up | Sent | SMS | Sent | Phone | 4/1/2021 | 4/1/2021 7:59:15 AM(UTC-6) |
| 4144 | +1-770-655-5266 McBee Dee | | Sent two | Sent | SMS | Sent | Phone | 4/1/2021 | 4/1/2021 9:32:30 AM(UTC-6) |
| 4142 | 7706555266 McBee Dee | Incoming | See if this one for old gravel makes sense | Read | SMS | Inbox | Phone | 4/1/2021 | 4/1/2021 9:44:46 AM(UTC-6) |
| 4141 | +1-770-655-5266 McBee Dee | | Okay | Sent | SMS | Sent | Phone | 4/1/2021 | 4/1/2021 9:45:11 AM(UTC-6) |
| 4140 | +1-770-655-5266 McBee Dee | | Hopefully done | Sent | SMS | Sent | Phone | 4/1/2021 | 4/1/2021 9:49:57 AM(UTC-6) |
| 4138 | 7706555266 McBee Dee | Incoming | Nope. Resending | Read | SMS | Inbox | Phone | 4/1/2021 | 4/1/2021 10:01:23 AM(UTC-6) |
| 4136 | 7706555266 McBee Dee | Incoming | This from agent regarding floors: Loose Lay floor planks r easy to pull up he said (he's in flooring biz) still on phone | Read | SMS | Inbox | Phone | 4/1/2021 | 4/1/2021 10:14:22 AM(UTC-6) |
| 4135 | +1-770-655-5266 McBee Dee | | Low quality is | Sent | SMS | Sent | Phone | 4/1/2021 | 4/1/2021 10:15:54 AM(UTC-6) |
| 4129 | +1-770-655-5266 McBee Dee | | Also can you send links to Fish Trap and the English Manor ( Gargoyle House) | Sent | SMS | Sent | Phone | 4/1/2021 | 4/1/2021 10:32:36 AM(UTC-6) |
| 4128 | 7706555266 McBee Dee | Incoming | I sent gargoyle. Remember that fish trap has expired and old listing shows $749k and now it is $850k | Read | SMS | Inbox | Phone | 4/1/2021 | 4/1/2021 10:44:10 AM(UTC-6) |
| 4127 | +1-770-655-5266 McBee Dee | | Yes, what is the name he uses on his business and what is Gary businesses name. | Sent | SMS | Sent | Phone | 4/1/2021 | 4/1/2021 10:49:12 AM(UTC-6) |
| 4126 | 7706555266 McBee Dee | Incoming | Cabin rentals of Georgia A roiling river cabin | Read | SMS | Inbox | Phone | 4/1/2021 | 4/1/2021 10:52:21 AM(UTC-6) |
| 4125 | +1-770-655-5266 McBee Dee | | Thanks | Sent | SMS | Sent | Phone | 4/1/2021 | 4/1/2021 10:54:45 AM(UTC-6) |

Plaintiff_000281

Plaintiff_000282

| ID | Contact | Direction | Message | Status | Type | Folder | Source | Date | Time |
|---|---|---|---|---|---|---|---|---|---|
| 4124 | +1 770-655-5266 McBee Dee | | Can you freeze my cobbler that is in your frig? | Sent | SMS | Sent | Phone | 4/1/2021 | 10:55:06 AM(UTC-6) |
| 4122 | 7706555266 McBee Dee | Incoming | Nope. Sorry. I think it needs to be eaten. ♦♦♦♦ I'll try | Read | SMS | Inbox | Phone | 4/1/2021 | 10:55:50 AM(UTC-6) |
| 4119 | +1 770-655-5266 McBee Dee | | Then please eat it, I don't want it to go to waste. | Sent | SMS | Sent | Phone | 4/1/2021 | 10:56:18 AM(UTC-6) |
| 4116 | +1 770-655-5266 McBee Dee | | Just about to take off, text me quickly. | Sent | SMS | Sent | Phone | 4/1/2021 | 11:29:29 AM(UTC-6) |
| 4115 | 7706555266 McBee Dee | Incoming | Sign if you can | Read | SMS | Inbox | Phone | 4/1/2021 | 11:29:51 AM(UTC-6) |
| 4114 | +1 770-655-5266 McBee Dee | | Unless you are telling me how great the cobbler is. | Sent | SMS | Sent | Phone | 4/1/2021 | 11:30:02 AM(UTC-6) |
| 4113 | +1 770-655-5266 McBee Dee | | In Cyberspace | Sent | SMS | Sent | Phone | 4/1/2021 | 11:31:29 AM(UTC-6) |
| 4112 | 7706555266 McBee Dee | Incoming | One more | Read | SMS | Inbox | Phone | 4/1/2021 | 11:35:52 AM(UTC-6) |
| 4111 | 7706555266 McBee Dee | Incoming | Another | Read | SMS | Inbox | Phone | 4/1/2021 | 11:35:55 AM(UTC-6) |
| 4110 | +1 770-655-5266 McBee Dee | | Done | Sent | SMS | Sent | Phone | 4/1/2021 | 11:37:44 AM(UTC-6) |
| 4108 | 7706555266 McBee Dee | Incoming | Yay | Read | SMS | Inbox | Phone | 4/1/2021 | 2:56:12 PM(UTC-6) |
| 4107 | 7706555266 McBee Dee | Incoming | Paula did a great job!! 20 seconds in microwave. Yum | Read | SMS | Inbox | Phone | 4/1/2021 | 2:56:37 PM(UTC-6) |
| 4105 | 7706555266 McBee Dee | Incoming | 3 Things to sign: Exhibit 8 and C on pool house Offer on Forest Drive Offer on Fish Trap | Read | SMS | Inbox | Phone | 4/1/2021 | 2:56:41 PM(UTC-6) |
| 4094 | 7706555266 McBee Dee | Incoming | Sent it | Read | SMS | Inbox | Phone | 4/1/2021 | 5:05:42 PM(UTC-6) |

| ID | Contact | Number/Name | Priority | Direction | Message | Status | Type | Folder | Phone | Date | Date2 | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4087 | 7706555266 McBee Dee | | | | Don't forget. We need to either settle or opt out of old gravel road tomorrow. Have a good evening. | Read | SMS | Inbox | Phone | 4/1/2021 | | 4/1/2021 7:52:25 PM(UTC-6) |
| 4085 | | +1 770-655-5266 McBee Dee | | | Ok | Sent | SMS | Sent | Phone | 4/1/2021 | | 4/1/2021 8:48:17 PM(UTC-6) |
| 4053 | 7706555266 McBee Dee | 7197488652 Thatcher John H. | Low | Incoming | This from agent:

Hey there my seller will extend this until late Monday night so that my contractor can get us numbers on Monday. I am getting a waterproof company to go out and check the basement floors that is a separate issue and the seller is going to fix that. But as far as the summary report I can tell you were going to get numbers on all of those items but he's not going to agree to fix all of that stuff. But let's see what we come up with numbers can you send an amendment.? | Read | MMS | Inbox | Phone | 4/2/2021 | | 4/2/2021 10:33:44 AM(UTC-6) |
| 4052 | 7706555266 McBee Dee | | | Incoming | Pool house lady said she is getting another offer and that seller is pondering | Read | SMS | Inbox | Phone | 4/2/2021 | | 4/2/2021 10:59:37 AM(UTC-6) |
| 4051 | 7706555266 McBee Dee | | | Incoming | I sent the easement stuff | Read | SMS | Inbox | Phone | 4/2/2021 | | 4/2/2021 10:59:46 AM(UTC-6) |
| 4050 | | +1 770-655-5266 McBee Dee | | | What should I do? | Sent | SMS | Sent | Phone | 4/2/2021 | | 4/2/2021 11:00:55 AM(UTC-6) |
| 4049 | | +1 770-655-5266 McBee Dee | | | Working on the easement | Sent | SMS | Sent | Phone | 4/2/2021 | | 4/2/2021 11:01:04 AM(UTC-6) |
| 4048 | 7706555266 McBee Dee | | | Incoming | I will tell her to make sure we have a chance | Read | SMS | Inbox | Phone | 4/2/2021 | | 4/2/2021 11:01:53 AM(UTC-6) |
| 4047 | | +1 770-655-5266 McBee Dee | | | Thanks | Sent | SMS | Sent | Phone | 4/2/2021 | | 4/2/2021 11:02:05 AM(UTC-6) |
| 3964 | 7706555266 McBee Dee | | | Incoming | Sent you the counter on gargoyle. Still have not heard back from Brian about Gary's places. I asked him yesterday and he said he was waiting on Gary to respond | Read | SMS | Inbox | Phone | 4/4/2021 | | 4/4/2021 3:20:36 PM(UTC-6) |
| 3963 | | +1 770-655-5266 McBee Dee | | | I think that sounds good, let me run it up the chain of command. Can you have a termination agreement ready on River Heights ready in case nothing happens and you can not get a hold of me. I would like to have it signed and I your hands as back up. I hope not to use and don't want to threaten Gary with it. | Sent | SMS | Sent | Phone | 4/4/2021 | | 4/4/2021 5:18:47 PM(UTC-6) |
| 3962 | 7706555266 McBee Dee | | | Incoming | You got it. I'll do it first thing in the morning and have it ready. He doesn't seem to care  Will that work? | Read | SMS | Inbox | Phone | 4/4/2021 | | 4/4/2021 5:21:54 PM(UTC-6) |
| 3961 | | +1 770-655-5266 McBee Dee | | | I don't want that property without proper easements. | Sent | SMS | Sent | Phone | 4/4/2021 | | 4/4/2021 5:26:44 PM(UTC-6) |

Texts b/w Dee McBee and John Thatcher

| ID | Contact | Contact | Direction | Message | | Status | Type | Folder | Phone | Date | Time |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3960 | 7706555266 McBee Dee | | | I understand | | Read | SMS | Inbox | Phone | 4/4/2021 | 5:27:11 PM(UTC-6) |
| 3959 | 7706555266 McBee Dee | | Incoming | He has still not responded to Fish Trap | | Read | SMS | Inbox | Phone | 4/4/2021 | 5:37:47 PM(UTC-6) |
| 3958 | | +1-770-655-5266 McBee Dee | | Just remember if he doesn't respond we can always get peach cobbler from Paula | | Sent | SMS | Sent | Phone | 4/4/2021 | 5:38:54 PM(UTC-6) |
| 3957 | 7706555266 McBee Dee | | Incoming | Absolutely | | Read | SMS | Inbox | Phone | 4/4/2021 | 5:39:12 PM(UTC-6) |
| 3946 | 7706555266 McBee Dee | | Incoming | Please sign term and I will save until you tell me | | Read | SMS | Inbox | Phone | 4/5/2021 | 7:32:58 AM(UTC-6) |
| 3945 | 7706555266 McBee Dee | | Incoming | What about the Forest Drive | | Read | SMS | Inbox | Phone | 4/5/2021 | 7:41:56 AM(UTC-6) |
| 3924 | 7706555266 McBee Dee | | Incoming | Please sign three things for me. Dan said he had discussed everything with you. Let me know. | | Read | SMS | Inbox | Phone | 4/5/2021 | 2:32:31 PM(UTC-6) |
| 3923 | 7706555266 McBee Dee | | Incoming | Sign one more. Please. I missed the furniture thing | | Read | SMS | Inbox | Phone | 4/5/2021 | 2:56:09 PM(UTC-6) |
| 3920 | 7706555266 McBee Dee | | Incoming | Sent one more for signature | | Read | SMS | Inbox | Phone | 4/5/2021 | 4:46:31 PM(UTC-6) |
| 3918 | 7706555266 McBee Dee | | Incoming | Did you agree? | | Read | SMS | Inbox | Phone | 4/5/2021 | 4:59:20 PM(UTC-6) |
| 3917 | | +1-770-655-5266 McBee Dee | | Signed | | Sent | SMS | Sent | Phone | 4/5/2021 | 5:07:33 PM(UTC-6) |
| 3916 | 7706555266 McBee Dee | | Incoming | Sent it to Brian. Thank you | | Read | SMS | Inbox | Phone | 4/5/2021 | 5:09:15 PM(UTC-6) |
| 3915 | 7706555266 McBee Dee | | Incoming | Please call me re old gravel road | | Read | SMS | Inbox | Phone | 4/5/2021 | 7:00:36 PM(UTC-6) |
| 3914 | | +1-770-655-5266 McBee Dee | | Signed | | Sent | SMS | Sent | Phone | 4/5/2021 | 8:02:53 PM(UTC-6) |
| 3912 | 7706555266 McBee Dee | | Incoming | Get ready for the next one | | Read | SMS | Inbox | Phone | 4/5/2021 | 8:15:58 PM(UTC-6) |

Texts b/w Dee McBee and John Thatcher

| ID | Contact | Message | Direction | Status | Type | Folder | Method | Date | Time |
|---|---|---|---|---|---|---|---|---|---|
| 3900 | 7706555266 McBee Dee | I do need the $5,000 EM for gargoyle. I can use the $10,000 from Spyglass on Fish Trap. Is that okay? | Incoming | Read | SMS | Inbox | Phone | 4/6/2021 | 8:20:33 AM (UTC-6) |
| 3894 | 7706555266 McBee Dee | STOP. DON'T SEND THE MONEY. CALL ME | Incoming | Read | SMS | Inbox | Phone | 4/6/2021 | 10:28:22 AM (UTC-6) |
| 3876 | 7706555266 McBee Dee | If you agree, please sign the last amendment to address concerns | Incoming | Read | SMS | Inbox | Phone | 4/6/2021 | 5:47:53 PM (UTC-6) |
| 3870 | +1-770-655-5266 McBee Dee | Done | | Sent | SMS | Sent | Phone | 4/6/2021 | 6:09:28 PM (UTC-6) |
| 3869 | 7706555266 McBee Dee | Got it. Thanks. I will send it right now but the said she was going to a birthday dinner and it would be later | Incoming | Read | SMS | Inbox | Phone | 4/6/2021 | 6:10:22 PM (UTC-6) |
| 3865 | 7706555266 McBee Dee | I am so excited. Just got a call that we can still get the pool house. I am sending the new contract but it is separated into 3 sections. So that means that you have 4 things to sign for me. YAY!!! | Incoming | Read | SMS | Inbox | Phone | 4/6/2021 | 7:00:41 PM (UTC-6) |
| 3863 | 7706555266 McBee Dee | The last one regarding Fish Trap I sent earlier | Incoming | Read | SMS | Inbox | Phone | 4/6/2021 | 7:03:33 PM (UTC-6) |
| 3862 | 7706555266 McBee Dee | Just verifying furniture on Fish Trap | Incoming | Read | SMS | Inbox | Phone | 4/6/2021 | 7:04:37 PM (UTC-6) |
| 3804 | +1-770-655-5266 McBee Dee | Done | | Sent | SMS | Sent | Phone | 4/7/2021 | 2:47:22 PM (UTC-6) |
| 3803 | 7706555266 McBee Dee | I also need you initials on the last amendment for OGR | Incoming | Read | SMS | Inbox | Phone | 4/7/2021 | 2:48:12 PM (UTC-6) |
| 3802 | +1-770-655-5266 McBee Dee | Done | | Sent | SMS | Sent | Phone | 4/7/2021 | 3:44:35 PM (UTC-6) |
| 3798 | +1-770-655-5266 McBee Dee | Do I really have it under contract? | | Sent | SMS | Sent | Phone | 4/7/2021 | 6:01:24 PM (UTC-6) |
| 3797 | 7706555266 McBee Dee | I have not heard back from them. I am watching out | Incoming | Read | SMS | Inbox | Phone | 4/7/2021 | 6:02:10 PM (UTC-6) |
| 3781 | 7706555266 McBee Dee | Have sent several things to be signed | Incoming | Read | SMS | Inbox | Phone | 4/8/2021 | 9:03:36 AM (UTC-6) |
| 3772 | +1-770-655-5266 McBee Dee | You know own everything of mine I think. That means you have to pay for my youngest or know your youngest son's college. | | Sent | SMS | Sent | Phone | 4/8/2021 | 9:45:22 AM (UTC-6) |

Texts b/w Dee McBee and John Thatcher

| ID | Contact | | Message | Direction | | Status | Type | | Folder | Phone | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3771 | +1 770-655-5266 McBee Dee | | Now ◆◆◆ | | | Sent | SMS | | Sent | Phone | 4/8/2021 9:45:28 AM(UTC-6) |
| 3770 | 7706555266 McBee Dee | | | Incoming | | Read | SMS | | Inbox | Phone | 4/8/2021 9:45:51 AM(UTC-6) |
| 3769 | 7706555266 McBee Dee | | Can you talk? | Incoming | | Read | SMS | | Inbox | Phone | 4/8/2021 9:46:09 AM(UTC-6) |
| 3768 | +1 770-655-5266 McBee Dee | | I will call you. I am sitting in the tarmay. | | | Sent | SMS | | Sent | Phone | 4/8/2021 9:46:44 AM(UTC-6) |
| 3767 | 7706555266 McBee Dee | | K | Incoming | | Read | SMS | | Inbox | Phone | 4/8/2021 9:46:59 AM(UTC-6) |
| 3752 | +1 770-655-5266 McBee Dee | | Last one does let me sign | | | Sent | SMS | | Sent | Phone | 4/8/2021 10:34:46 AM(UTC-6) |
| 3730 | +1 770-655-5266 McBee Dee | | I am waiting for the April Fool's joke | | | Sent | SMS | | Sent | Phone | 4/8/2021 7:51:50 PM(UTC-6) |
| 3726 | 7706555266 McBee Dee | | I think I got everything. I can breathe again when you tell me that the money is wired. Hope you are good with Terry Wilson | Incoming | | Read | SMS | | Inbox | Phone | 4/9/2021 5:27:39 AM(UTC-6) |
| 3724 | +1 770-655-5266 McBee Dee | | I liked him. I will start the process around 11 your time. | | | Sent | SMS | | Sent | Phone | 4/9/2021 7:25:50 AM(UTC-6) |
| 3722 | 7706555266 McBee Dee | | Great. Thank you | Incoming | | Read | SMS | | Inbox | Phone | 4/9/2021 7:49:53 AM(UTC-6) |
| 3716 | 7706555266 McBee Dee / 7192488652 Thatcher John H. | Low | Here is her number | Incoming | | Read | MMS | | Inbox | Phone | 4/9/2021 9:03:30 AM(UTC-6) |
| 3699 | 7706555266 McBee Dee | | Let me know when I can breathe. Don't know if you were able to get Annie Boland the Drama Lama. All she wanted to do was have me tell her an amount. She said she was getting on a plane to go on vacation | Incoming | | Read | SMS | | Inbox | Phone | 4/9/2021 11:28:12 AM(UTC-6) |
| 3698 | +1 770-655-5266 McBee Dee | | She texted me and said the would call later | | | Sent | SMS | | Sent | Phone | 4/9/2021 11:28:41 AM(UTC-6) |
| 3651 | 7706555266 McBee Dee | | Guess what? The Eagle has landed!!!! | Incoming | | Read | SMS | | Inbox | Phone | 4/12/2021 6:02:58 AM(UTC-6) |

Plaintiff_000287

| ID | Contact | Direction | Message | Type | Read/Sent | Folder | Channel | Date | Timestamp |
|---|---|---|---|---|---|---|---|---|---|
| 3650 | +1 770-655-5266 McBee Dee | | Or has the Lamma been tamed. I call you in a minute. | SMS | Sent | Sent | Phone | 4/12/2021 | 4/12/202 1 6:05:21 AM(UTC-6) |
| 3639 | 7706555266 McBee Dee | Incoming | Spa and Deck did not have the check for $4708. 5772 Appalachian Hwy Blue Ridge, GA. 30513 | SMS | Read | Inbox | Phone | 4/12/2021 | 4/12/202 1 8:33:36 AM(UTC-6) |
| 3638 | +1 770-655-5266 McBee Dee | | Thanks will resend | SMS | Sent | Sent | Phone | 4/12/2021 | 4/12/202 1 8:33:57 AM(UTC-6) |
| 3630 | 7706555266 McBee Dee | Incoming | They sent the paperwork to the wrong atty. Terry Wilson already has it. You don't have to fill out anything for the atty Angela Delcorme. Just ignore it | SMS | Read | Inbox | Phone | 4/12/2021 | 4/12/202 1 10:57:40 AM(UTC-6) |
| 3621 | 7706555266 McBee Dee | | Thanks | SMS | Sent | | Phone | 4/12/2021 | 4/12/202 1 11:21:49 AM(UTC-6) |
| 3576 | 7706555266 McBee Dee | Incoming | Did you see the inspection reports? Do you want me to share them? We have until 4/18 to get info on what he will fix on Fish Trap. | SMS | Read | Inbox | Phone | 4/13/2021 | 4/13/202 1 11:05:50 AM(UTC-6) |
| 3454 | 7706555266 McBee Dee | Incoming | May I share the summary of the gargoyle house with the seller? | SMS | Read | Inbox | Phone | 4/16/2021 | 4/16/202 1 17:06:10 AM(UTC-6) |
| 3453 | +1 770-655-5266 McBee Dee | | Yes | SMS | Sent | Sent | Phone | 4/16/2021 | 4/16/202 17:07:30 AM(UTC-6) |
| 3375 | 7706555266 McBee Dee | Incoming | Please call. Today is last day for amendment for repairs. I sent both responses and am waiting on your approval. Good morning!! | SMS | Read | Inbox | Phone | 4/19/2021 | 4/19/202 1 6:27:05 AM(UTC-6) |
| 3372 | 7706555266 McBee Dee | Incoming | Did you see the one for gargoyle? Do I need to resend | SMS | Read | Inbox | Phone | 4/19/2021 | 4/19/202 1 10:23:53 AM(UTC-6) |
| 3051 | 7706555266 McBee Dee | Incoming | Don't forget to fill out and send the form back to the atty!! | SMS | Read | Inbox | Phone | 4/26/2021 | 4/26/202 1 8:03:00 AM(UTC-6) |
| 3036 | 7706555266 McBee Dee | Incoming | Aleia also needs your LLC Operating Agreement. Can you email copy to her??? | SMS | Read | Inbox | Phone | 4/26/2021 | 4/26/202 1 10:48:31 AM(UTC-6) |
| 3035 | +1 770-655-5266 McBee Dee | | Will do | SMS | Sent | Sent | Phone | 4/26/2021 | 4/26/202 1 10:50:51 AM(UTC-6) |
| 2945 | 7706555266 McBee Dee | Incoming | Please help this sweet lady at your attorneys office. Her name is Aleia and she has asked so very nicely for information. I would do it for you but do not know everything. I am going to email the form to you again and you will need to fill it out and send the LLC OPERATING AGREEMENT and 1031 contact info. Please HELP | SMS | Read | Inbox | Phone | 4/28/2021 | 4/28/202 1 9:29:30 AM(UTC-6) |

Texts b/w Dee McBee and John Thatcher

| ID | Name | Phone | Direction | Message | Status | Type | Folder | Source | Date | Time |
|---|---|---|---|---|---|---|---|---|---|---|
| 2568 | 7706555266 McBee Dee | | Incoming | I will be sending 5 for you to sign per Daryl changing buyer to the LLC | Read | SMS | Inbox | Phone | 5/6/2021 | 8:08:24 AM(UTC-6) |
| 2567 | 7706555266 McBee Dee | | Incoming | Please let me know you got them. | Read | SMS | Inbox | Phone | 5/6/2021 | 8:08:27 AM(UTC-6) |
| 2564 | | +1-770-655-5266 McBee Dee | | Signed two. | Sent | SMS | Sent | Phone | 5/6/2021 | 8:34:45 AM(UTC-6) |
| 2563 | 7706555266 McBee Dee | | Incoming | Keep going | Read | SMS | Inbox | Phone | 5/6/2021 | 8:35:17 AM(UTC-6) |
| 2562 | | +1-770-655-5266 McBee Dee | | Only two have shown up. I just landed in Dallas. | Sent | SMS | Sent | Phone | 5/6/2021 | 8:36:12 AM(UTC-6) |
| 2561 | 7706555266 McBee Dee | | Incoming | I'll find out which 2 are signed and resend the 3. Thanks and hold still | Read | SMS | Inbox | Phone | 5/6/2021 | 8:37:08 AM(UTC-6) |
| 2560 | | +1-770-655-5266 McBee Dee | | You have me for an hour until I take off again. | Sent | SMS | Sent | Phone | 5/6/2021 | 8:37:46 AM(UTC-6) |
| 2559 | 7706555266 McBee Dee | | Incoming | Great. I just sent 4 | Read | SMS | Inbox | Phone | 5/6/2021 | 8:40:32 AM(UTC-6) |
| 2558 | 7706555266 McBee Dee | | Incoming | Did you get them? | Read | SMS | Inbox | Phone | 5/6/2021 | 8:56:34 AM(UTC-6) |
| 2557 | | +1-770-655-5266 McBee Dee | | Only two | Sent | SMS | Sent | Phone | 5/6/2021 | 9:03:24 AM(UTC-6) |
| 2556 | | +1-770-655-5266 McBee Dee | | Will be able to close two next week? | Sent | SMS | Sent | Phone | 5/6/2021 | 9:03:41 AM(UTC-6) |
| 2550 | | +1-770-655-5266 McBee Dee | | No more have come through | Sent | SMS | Sent | Phone | 5/6/2021 | 9:33:18 AM(UTC-6) |
| 2486 | 7706555266 McBee Dee | | Incoming | Tentatively scheduled for 2:30 on Tuesday | Read | SMS | Inbox | Phone | 5/7/2021 | 1:07:41 PM(UTC-6) |
| 2417 | 7706555266 McBee Dee | | Incoming | Are you counting the zeros and can't answer the phone?? Do you want to do a walk through at the pool house? I know that Daryl is in communication with Terry. Still scheduled for 2:30 Tuesday as far as I know | Read | SMS | Inbox | Phone | 5/10/2021 | 8:11:53 AM(UTC-6) |
| 2414 | 7706555266 McBee Dee | | Incoming | Seller can meet you at the pool on Wednesday at 10 am | Read | SMS | Inbox | Phone | 5/10/2021 | 9:40:34 AM(UTC-6) |

Plaintiff_000288

| ID | Contact | Direction | Message | Type | Status | Method | Date/Time |
|---|---|---|---|---|---|---|---|
| 2413 | +1 770-655-5266 McBee Dee | | Great | SMS | Sent | Phone | 5/10/2021 9:46:38 AM(UTC-6) |
| 2412 | +1 770-655-5266 McBee Dee | | How do we start transferring the utilities | SMS | Sent | Phone | 5/10/2021 9:47:15 AM(UTC-6) |
| 2398 | 7706555266 McBee Dee | Incoming | How can I help? | SMS | Read | Inbox | Phone | 5/10/2021 11:06:59 AM(UTC-6) |
| 2397 | +1 770-655-5266 McBee Dee | | I think I just need to call to start the transfer. Are these the best people to use? | SMS | Sent | Phone | 5/10/2021 11:16:47 AM(UTC-6) |
| 2394 | 7706555266 McBee Dee | Incoming | You don't have a choice for electric. It is done by area. I called them and they are emailing you an application. | SMS | Read | Inbox | Phone | 5/10/2021 11:38:04 AM(UTC-6) |
| 2391 | +1 770-655-5266 McBee Dee | | Thanks ❖❖❖❖ | SMS | Sent | Phone | 5/10/2021 11:41:47 AM(UTC-6) |
| 2387 | 7706555266 McBee Dee | Incoming | Will everything be in the LLC? | SMS | Read | Inbox | Phone | 5/10/2021 11:46:39 AM(UTC-6) |
| 2385 | +1 770-655-5266 McBee Dee | | Yes | SMS | Sent | Phone | 5/10/2021 11:52:20 AM(UTC-6) |
| 2381 | 7706555266 McBee Dee | Incoming | You can use a card or check over the phone for Tristate. TDS will be the internet. I also use Freeman gas for propane. Did you see that the pool house has to have two electric accounts because the well is on one by itself? Deposit will be $417 for house and $70 for well | SMS | Read | Inbox | Phone | 5/10/2021 11:55:10 AM(UTC-6) |
| 2333 | 7706555266 McBee Dee | Incoming | Wilson Hamilton 316 Summit Street Blue Ridge, Ga 30513 | SMS | Read | Inbox | Phone | 5/11/2021 11:41:29 AM(UTC-6) |
| 2317 | 7706555266 McBee Dee | Incoming | Is it a great place to "live"?? Can we plan dinner tomorrow night? | SMS | Read | Inbox | Phone | 5/11/2021 4:36:37 PM(UTC-6) |
| 2316 | +1 770-655-5266 McBee Dee | | Sure! | SMS | Sent | Phone | 5/11/2021 4:50:57 PM(UTC-6) |
| 2314 | +1 770-655-5266 McBee Dee | | I may have spoken to soon, a couple of family friends may be coming up. I will let you know. | SMS | Sent | Phone | 5/11/2021 5:00:49 PM(UTC-6) |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2313 | 7706555266 McBee Dee | Incoming | | What are we??? | | Read | SMS | Inbox | Phone | 5/11/2021 | 5/11/2021 5:01:13 PM(UTC-6) |
| 2312 | +1 770-655-5266 McBee Dee | | | I forgot about them, I don't forget about you. | | Sent | SMS | Sent | Phone | 5/11/2021 | 5/11/2021 5:13:43 PM(UTC-6) |
| 2311 | 7706555266 McBee Dee | Incoming | | We will have opportunities for lunches and dinners. We will talk tomorrow. Have a wonderful evening in your pool house! l | | Read | SMS | Inbox | Phone | 5/11/2021 | 5/11/2021 5:15:03 PM(UTC-6) |
| 2294 | +1 770-655-5266 McBee Dee | | | Your on for dinner tomorrow. I hope to meet your husband. | | Sent | SMS | Sent | Phone | 5/11/2021 | 5/11/2021 7:42:36 PM(UTC-6) |
| 2293 | 7706555266 McBee Dee | Incoming | | Great | | Read | SMS | Inbox | Phone | 5/11/2021 | 5/11/2021 7:45:34 PM(UTC-6) |
| 2287 | | | | Can you resend the email that has the application for the electric. I must of deleted it. | | Sent | SMS | Sent | Phone | 5/12/2021 | 5/12/2021 7:14:14 AM(UTC-6) |
| 2279 | 7706555266 McBee Dee | Incoming | | Angela at Tristate has resent it to you. If you need me to call them it is 706-492-3251. Let me know if you need me to help | | Read | SMS | Inbox | Phone | 5/12/2021 | 5/12/2021 8:00:14 AM(UTC-6) |
| 2272 | 7706555266 McBee Dee | | | Carroll's is open tonight���� | | Read | SMS | | Phone | 5/12/2021 | 5/12/2021 9:27:17 AM(UTC-6) |
| 2261 | +1 770-655-5266 McBee Dee | | | Yum | | Sent | SMS | Sent | Phone | 5/12/2021 | 5/12/2021 9:37:53 AM(UTC-6) |
| 2259 | 7706555266 McBee Dee | Incoming | | You may not believe this but I missed a signature on a seller's disclosure. If you could please sign for me | | Read | SMS | Inbox | Phone | 5/12/2021 | 5/12/2021 10:25:56 AM(UTC-6) |
| 2257 | 7706555266 McBee Dee | Incoming | | Do you still want to go to Old Gravel? | | Read | SMS | Inbox | Phone | 5/12/2021 | 5/12/2021 10:46:25 AM(UTC-6) |
| 2256 | | | | If you have time | | Sent | SMS | Sent | Phone | 5/12/2021 | 5/12/2021 10:46:49 AM(UTC-6) |
| 2254 | 7706555266 McBee Dee | Incoming | | When is good? Shall I pick you up? | | Read | SMS | Inbox | Phone | 5/12/2021 | 5/12/2021 10:47:48 AM(UTC-6) |
| 2253 | +1 770-655-5266 McBee Dee | | | Will 3 work, Just picked up a printer at Walmart and other things to get stuff done. | | Sent | SMS | Sent | Phone | 5/12/2021 | 5/12/2021 10:49:27 AM(UTC-6) |

| ID | Contact | Direction | Message | Status | Folder | Type | Date/Time |
|---|---|---|---|---|---|---|---|
| 2252 | 7706555266 McBee Dee | | That is fine. See you then | Read | Inbox | Phone | 5/12/2021 10:50:03 AM/UTC-6 |
| 2210 | 7706555266 McBee Dee | Incoming | Gargoyle is good for tomorrow they just need a time so they can let us in. 3:30??? | Read | Inbox | Phone | 5/12/2021 6:42:22 PM/UTC-6 |
| 2209 | +1 770-655-5266 McBee Dee | | Great, I will swing by your office around 3? | Sent | Sent | Phone | 5/12/2021 6:43:06 PM/UTC-6 |
| 2208 | 7706555266 McBee Dee | Incoming | ♦♦♦♦that should work. I'll tell Mike | Read | Inbox | Phone | 5/12/2021 6:45:49 PM/UTC-6 |
| 2164 | 7706555266 McBee Dee | Incoming | I want to be your first guest. Where and when to send check? | Read | Inbox | Phone | 5/13/2021 4:28:03 PM/UTC-6 |
| 2163 | +1 770-655-5266 McBee Dee | | 503 N Main #429, Pueblo, CO 81003. 7IL Properties, LLC | Sent | Sent | Phone | 5/13/2021 4:29:12 PM/UTC-6 |
| 2162 | 7706555266 McBee Dee | Incoming | Is it okay if we go check out the house this weekend to see what we need to do for these customers that are so excited about coming? | Read | Inbox | Phone | 5/13/2021 4:37:19 PM/UTC-6 |
| 2159 | +1 770-655-5266 McBee Dee | | The code is 8645 for the gate | Sent | Sent | Phone | 5/13/2021 4:57:15 PM/UTC-6 |
| 1902 | 7706555266 McBee Dee | Incoming | I am mailing the check in the morning. I had to write it on David's business account and I don't think I am a signature on his account and he has been in FL for a week. We are looking forward to the pool at the pool house. Everyone is excited. I will put a notepad on the counter for any info. Did you see the closing schedule for Monday 6/17? | Read | Inbox | Phone | 5/20/2021 4:02:51 AM/UTC-6 |
| 1901 | +1 770-655-5266 McBee Dee | | Sounds good on the check. The pool guy has been out to start the opening of the pool. Internet pass words I will send you and I will send a receipt for the check if you tell me who to make it out to. I have not seen the closing times; I hope they are late in the afternoon so we can inspect the houses prior to signing. | Sent | Sent | Phone | 5/20/2021 7:30:10 AM/UTC-6 |
| 1879 | 7706555266 McBee Dee | Incoming | This is from the Llama | Read | Inbox | Phone | 5/20/2021 11:52:40 PM/UTC-6 |
| 1877 | +1 770-655-5266 McBee Dee | | That sounds good my contractors in full speed ahead mode. | | | | |
| | | | Away from her | Sent | Sent | Phone | 5/20/2021 12:03:17 PM/UTC-6 |
| 1876 | +1 770-655-5266 McBee Dee | Incoming | Did you see the email with afternoon closings. Aleia was able to change them for you | Read | Inbox | Phone | 5/20/2021 12:08:49 PM/UTC-6 |
| 1875 | 7706555266 McBee Dee | | Thank you | Sent | Sent | Phone | 5/20/2021 12:28:31 PM/UTC-6 |

| ID | Phone / Name | | Name | Message | Direction | Status | Type | Folder | Method | Date | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1842 | 7706555266 McBee Dee | | | Please let me know about this<br><br>Dee, the TDS billing cycle for 300 Forest ends on the 25th and Ron would like to not renew it for another month. Does John want to go ahead and pick it up from the 25th so there is no disruption in service for phone and Dish? | Incoming | Read | SMS | Inbox | Phone | 5/21/2021 | 5/21/202 1 8:09:52 AM(UTC-6) |
| 1841 | 7706555266 McBee Dee | | | From Mike:<br>Ron would like to let them know today one way or the other | Incoming | Read | SMS | Inbox | Phone | 5/21/2021 | 5/21/202 1 8:10:29 AM(UTC-6) |
| 1840 | | +1-770-655-5266 McBee Dee | | Can he call them and ask for a form to transfer. I can't do that the current customer has to. I am on hold with them now. | | Sent | SMS | Sent | Phone | 5/21/2021 | 5/21/202 1 8:24:19 AM(UTC-6) |
| 1835 | 7706555266 McBee Dee | | | I gave Mike your number if they need to talk to you about it | Incoming | Read | SMS | Inbox | Phone | 5/21/2021 | 5/21/202 1 8:32:19 AM(UTC-6) |
| 1820 | 7706555266 McBee Dee | | | Need 2 more signatures on the 2 that we had 5/31. Thanks | Incoming | Read | SMS | Inbox | Phone | 5/21/2021 | 5/21/202 1 12:42:38 PM(UTC-6) |
| 1802 | 7706555266 McBee Dee | | | Check was mailed yesterday. I think it will do for receipt. Thank you | Incoming | Read | SMS | Inbox | Phone | 5/22/2021 | 5/22/202 1 5:49:32 AM(UTC-6) |
| 1801 | | +1-770-655-5266 McBee Dee | | I was so worried about it, I will send you back a receipt. | | Sent | SMS | Sent | Phone | 5/22/2021 | 5/22/202 1 6:30:04 AM(UTC-6) |
| 1793 | | +1-770-655-5266 McBee Dee | | Can you tell the realtor for Gargoyle to have the owner cancel the TDS account we are moving it to a commercial account. | | Sent | SMS | Sent | Phone | 5/22/2021 | 5/22/202 1 9:06:27 AM(UTC-6) |
| 1788 | | +1-770-655-5266 McBee Dee | | Yes sir it will be. Sorry I missed half the week sick so ill get to it early this week | | Sent | SMS | Sent | Phone | 5/22/2021 | 5/22/202 1 9:31:33 AM(UTC-6) |
| 1787 | | +1-770-655-5266 McBee Dee | | From the pool guy | | Sent | SMS | Sent | Phone | 5/22/2021 | 5/22/202 1 9:31:44 AM(UTC-6) |
| 1732 | | +1-770-655-5266 McBee Dee | | Can you see if Gary has filled out the Utilities and Service form. | | Sent | SMS | Sent | Phone | 5/25/2021 | 5/25/202 1 9:27:42 AM(UTC-6) |
| 1731 | 7706555266 McBee Dee | | | Brian is getting it for us right now | Incoming | Read | SMS | Inbox | Phone | 5/25/2021 | 5/25/202 1 9:29:41 AM(UTC-6) |
| 1730 | | +1-770-655-5266 McBee Dee | | Great! | | Sent | SMS | Sent | Phone | 5/25/2021 | 5/25/202 1 9:33:18 AM(UTC-6) |
| 1658 | 7706555266 McBee Dee | | | I have kept after him and he said he is waiting on Gary but will try to have it to me today. Knight's Landing has been put temporarily off market. Interesting??? | Incoming | Read | SMS | Inbox | Phone | 5/26/2021 | 5/26/202 1 7:38:00 AM(UTC-6) |

Plaintiff_000293

| ID | Name | Message | Direction | Status | | Type | | Folder | Source | Date | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1657 | +1 770-655-5266 McBee Dee | Interesting | | Sent | | SMS | | Sent | Phone | 5/26/2021 | 5/26/202 1 7:41:47 AM(UTC-6) |
| 1656 | +1 770-655-5266 McBee Dee | I would be interested in taking Knights Landing if I could get off of Fish Trap. | | Sent | | SMS | | Sent | Phone | 5/26/2021 | 5/26/202 1 8:10:37 AM(UTC-6) |
| 1655 | 7706555266 McBee Dee | I think you need a lot more information. According to Terry, someone is suing him over something with that property | Incoming | Read | | SMS | | Inbox | Phone | 5/26/2021 | 5/26/202 1 8:12:50 AM(UTC-6) |
| 1654 | +1 770-655-5266 McBee Dee | Great, I bet you it has to do with the Easement | | Sent | | SMS | | Sent | Phone | 5/26/2021 | 5/26/202 1 8:13:54 AM(UTC-6) |
| 1502 | 7706555266 McBee Dee | FYI, RIVER HEIGHTS will most likely still close on Tuesday depending on Terry's office getting the wording correct for the easement However, Fish Trap will maybe be on Thursday. There has been a problem getting Alpha Survey to finish their work. I am sending you some info from Thompson gas regarding Old Gravel. I am forwarding the Llama's email | Incoming | Read | | SMS | | Inbox | Phone | 5/28/2021 | 5/28/202 1 1:05:02 PM(UTC-6) |
| 1501 | +1 770-655-5266 McBee Dee | Still on phone for utilities | | Sent | | SMS | | Sent | Phone | 5/28/2021 | 5/28/202 1 1:49:11 PM(UTC-6) |
| 1498 | 7706555266 McBee Dee | I can't get anyone to answer. | Incoming | Read | | SMS | | Inbox | Phone | 5/28/2021 | 5/28/202 1 3:40:30 PM(UTC-6) |
| 1497 | 7706555266 McBee Dee | It must be a holiday | Incoming | Read | | SMS | | Inbox | Phone | 5/28/2021 | 5/28/202 1 3:40:45 PM(UTC-6) |
| 1496 | +1 770-655-5266 McBee Dee | No problem It's only 3:30 in the real world | | Sent | | SMS | | Sent | Phone | 5/28/2021 | 5/28/202 1 3:41:12 PM(UTC-6) |
| 1472 | 7706555266 McBee Dee | I can't make the waterfall work. Any advice | Incoming | Read | | SMS | | Inbox | Phone | 5/29/2021 | 5/29/2021 11:16:37 AM(UTC-6) |
| 1471 | 7706555266 McBee Dee | My daughter, Jolley, was determined | Incoming | Read | | SMS | | Inbox | Phone | 5/29/2021 | 5/29/2021 12:20:40 PM(UTC-6) |
| 1470 | +1 770-655-5266 McBee Dee | It is working? | | Sent | | SMS | | Sent | Phone | 5/29/2021 | 5/29/2021 12:24:06 PM(UTC-6) |
| 1469 | 7706555266 McBee Dee | Yes!! Breaker was tripped and almost no water | Incoming | Read | | SMS | | Inbox | Phone | 5/29/2021 | 5/29/2021 12:25:00 PM(UTC-6) |

Plaintiff_000294

Texts b/w Dee McBee and John Thatcher

| ID | Number/Name | Message | Direction | Priority | Status | Type | Folder | Phone | Date | Time |
|---|---|---|---|---|---|---|---|---|---|---|
| 1468 | 7706555266 McBee Dee | I was trying to send a picture but it won't send | Incoming | | Read | SMS | Inbox | Phone | 5/29/2021 | 12:27:29 PM(UTC-6) |
| 1467 | 7706555266 McBee Dee | It keeps tripping the breaker | Incoming | | Read | SMS | Inbox | Phone | 5/29/2021 | 12:44:23 PM(UTC-6) |
| 1466 | 7706555266 McBee Dee | It is okay just thought you needed to know. Welcome to rental management | Incoming | | Read | SMS | Inbox | Phone | 5/29/2021 | 12:45:35 PM(UTC-6) |
| 1465 | +1 770-655-5266 McBee Dee | Easier than cattle. You can't get hurt | | | Sent | SMS | Sent | Phone | 5/29/2021 | 12:48:11 PM(UTC-6) |
| 1395 | +1 770-655-5266 McBee Dee | Reading through the easement I don't see the easement for access to the river. | | | Sent | SMS | Sent | Phone | 5/31/2021 | 8:29:30 AM(UTC-6) |
| 1394 | 7706555266 McBee Dee | John. They didn't send it to me. Do you have Terry's contact info. I see he is working today as he has already emailed you. Let me know if dryly need his email or phone | Incoming | | Read | SMS | Inbox | Phone | 5/31/2021 | 8:32:11 AM(UTC-6) |
| 1352 | +17192488652 Thatcher John H. 9707128702 Harrison Dan +17706555266 McBee Dee | Is there an agreement in River Heights that mirrors the fish trap "Water Agreement". | Outgoing | | Sent | MMS | Sent | | 5/31/2021 | 1:54:02 PM(UTC-6) |
| 1351 | +17192488652 Thatcher John H. 9707128702 Harrison Dan +17706555266 McBee Dee | I can't forward it to Dan. I didn't want to start this war today. But there is no better than the present. | Outgoing | | Sent | MMS | Sent | | 5/31/2021 | 1:55:44 PM(UTC-6) |
| 1329 | 9707128702 Harrison Dan +17706555266 McBee Dee +17192488652 Thatcher John H. | I am up | Outgoing | | Sent | MMS | Sent | | 6/1/2021 | 4:36:10 AM(UTC-6) |
| 1328 | 7192488652 Thatcher John H. 9707128702 Harrison Dan | Great | Incoming | Low | Read | MMS | Inbox | | 6/1/2021 | 4:37:17 AM(UTC-6) |
| 1327 | 9707128702 Harrison Dan 7706555266 McBee Dee 7192488652 Thatcher John H. | https://www.realtor.com/realestateandhomes-search/Blue-Ridge_GA/beds-5-5 | Incoming | Low | Read | MMS | Inbox | | 6/1/2021 | 4:38:06 AM(UTC-6) |

Texts b/w Dee McBee and John Thatcher

| ID | Number/Name | Participants | Priority | Direction | Message | Status | Type | Folder | Phone | Date | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1326 | 9707128702 Harrison Dan | 7706555266 McBee Dee 7192488652 Thatcher John H. | Low | Incoming | Find river heights and your gazebo | Read | MMS | Inbox | | 6/1/2021 | 6/1/2021 4:38:53 AM(UTC-6) |
| 1281 | 7706555266 McBee Dee | 7192488652 Thatcher John H. | Low | Incoming | Ready to go again | Read | MMS | Inbox | | 6/2/2021 | 6/2/2021 6:51:46 AM(UTC-6) |
| 1280 | +1 770-655-5266 McBee Dee | | | | I will believe it when I see it | Sent | SMS | Sent | Phone | 6/2/2021 | 6/2/2021 6:59:50 AM(UTC-6) |
| 1259 | +1 770-655-5266 McBee Dee | | | | That is nicer than Outlaw Ridge. I think we need to ask about the lawsuit. I like your idea. | Sent | SMS | Sent | Phone | 6/2/2021 | 6/2/2021 10:46:17 AM(UTC-6) |
| 1258 | +1 770-655-5266 McBee Dee | | | | Send that to Dan. | Sent | SMS | Sent | Phone | 6/2/2021 | 6/2/2021 10:46:27 AM(UTC-6) |
| 1220 | 7706555266 McBee Dee | | | Incoming | Do you have a new letter about proof of funds? Please | Read | SMS | Inbox | Phone | 6/3/2021 | 6/3/2021 9:24:05 AM(UTC-6) |
| 1197 | 7192488652 Thatcher John H. | | Low | Incoming | | Read | MMS | Inbox | | 6/3/2021 | 6/3/2021 12:16:54 PM(UTC-6) |
| 1196 | 7706555266 McBee Dee | | Low | Incoming | | Read | MMS | Inbox | | 6/3/2021 | 6/3/2021 12:19:45 PM(UTC-6) |
| 1121 | +1 770-655-5266 McBee Dee | | | | I showed my mom the picture of the new house and she went pale. It worked as planned. | Sent | SMS | Sent | Phone | 6/4/2021 | 6/4/2021 10:18:25 AM(UTC-6) |

Texts b/w Dee McBee and John Thatcher

| # | Contact | | Message | Direction | Priority | Folder | Type | Status | Source | Timestamp |
|---|---------|---|---------|-----------|----------|--------|------|--------|--------|-----------|
| 1120 | 7706555266 McBee Dee | | Yay!!! | Incoming | | Inbox | SMS | Read | Phone | 6/4/2021 10:27:43 AM(UTC-6) |
| 1090 | 7706555266 McBee Dee | | Let me know when to schedule Titus | Incoming | | Inbox | SMS | Read | Phone | 6/4/2021 2:43:53 PM(UTC-6) |
| 400 | +1 770-655-5266 McBee Dee | | We forgot to buy a hammer last night. If there just was a little hardware store in Epworth in life would be good. | | | Sent | SMS | Sent | Phone | 6/15/2021 18:01:27 AM(UTC-6) |
| 398 | 7706555266 McBee Dee | | You should have taken Daddy's | Incoming | | Inbox | SMS | Read | Phone | 6/15/2021 18:39:23 AM(UTC-6) |
| 357 | 7706555266 McBee Dee | | I sent the amendment for you to sign that changes the close date to 7/13. Please let me know when you sign | Incoming | | Inbox | SMS | Read | Phone | 6/16/2021 17:54:29 AM(UTC-6) |
| 350 | 7706555266 McBee Dee | | Please call. I talked to Josie | | | Inbox | SMS | Read | Phone | 6/16/2021 18:59:49 AM(UTC-6) |
| 347 | 7706555266 McBee Dee | | Josie talked to her atty and evidently Gary has threatened to counter sue her. They think that if he gets wind of her selling that he will try to mess her up and counter sue fast. Her atty suggested that you all close fast. Give me your thoughts. He did say that her suit was assumable | Incoming | | Inbox | SMS | Read | Phone | 6/16/2021 19:21:04 AM(UTC-6) |
| 345 | +1 770-655-5266 McBee Dee | | How fast can we do it? | | | Sent | SMS | Sent | Phone | 6/16/2021 19:21:44 AM(UTC-6) |
| 344 | 7706555266 McBee Dee | | Is the money available now? I sent Daryl the contract the other day | Incoming | | Inbox | SMS | Read | Phone | 6/16/2021 19:32:45 AM(UTC-6) |
| 338 | 7706555266 McBee Dee | | She is checking with Terry. We will have to do a temporary occupancy, you know. Title search is out but they don't have it back yet | Incoming | | Inbox | SMS | Read | Phone | 6/16/2021 19:36:04 AM(UTC-6) |
| 335 | +1 770-655-5266 McBee Dee | | Fine | | | Sent | SMS | Sent | Phone | 6/16/2021 10:58:14 AM(UTC-6) |
| 334 | 7192488652 Thatcher John H. | | | Incoming | Low | Inbox | MMS | Read | Phone | 6/16/2021 11:01:13 AM(UTC-6) |
| 333 | 7706555266 McBee Dee | | That is Josie atty | Incoming | | Inbox | SMS | Read | Phone | 6/16/2021 11:01:23 AM(UTC-6) |
| 332 | +1 770-655-5266 McBee Dee | | Can I have Josie's number? | | | Sent | SMS | Sent | Phone | 6/16/2021 11:01:58 AM(UTC-6) |

Texts b/w Dee McBee and John Thatcher

| # | Contact A | Contact B | Contact C | Direction | Priority | Message | Type | Status | Folder | Phone | Date | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 331 | 7706555266 McBee Dee | 7197488652 Thatcher John H. | | | Low | Josie | MMS | Read | | | 6/16/2021 | 6/16/202 1 11:03:47 AM(UTC-6) |
| 330 | | | +1-770-655-5266 McBee Dee | | | Thanks | SMS | Sent | Sent | Phone | 6/16/2021 | 6/16/202 1 11:03:55 AM(UTC-6) |
| 257 | 7706555266 McBee Dee | | | Incoming | | He | SMS | Read | Inbox | Phone | 6/17/2021 | 6/17/202 1 6:56:46 AM(UTC-6) |
| 256 | 7706555266 McBee Dee | | | Incoming | | Have me the alarm code of 4455 and i am waiting to hear from him this morning | SMS | Read | Inbox | Phone | 6/17/2021 | 6/17/202 1 6:57:19 AM(UTC-6) |
| 254 | 7706555266 McBee Dee | | | Incoming | | Thank you so much | SMS | Read | Inbox | Phone | 6/17/2021 | 6/17/202 1 7:05:53 AM(UTC-6) |
| 253 | 7706555266 McBee Dee | | | Incoming | | 9519 | SMS | Read | Inbox | Phone | 6/17/2021 | 6/17/202 1 7:06:19 AM(UTC-6) |
| 252 | 7706555266 McBee Dee | | | Incoming | | I think I need to keep all this info for you in case you need me to help | SMS | Read | Inbox | Phone | 6/17/2021 | 6/17/202 1 7:07:47 AM(UTC-6) |
| 249 | 7706555266 McBee Dee | | | Incoming | | Can you talk | SMS | Read | Inbox | Phone | 6/17/2021 | 6/17/202 1 7:21:24 AM(UTC-6) |
| 243 | 7706555266 McBee Dee | | | Incoming | | Lisa in Terry's office said she is pushing to get it as quick as she can | SMS | Read | Inbox | Phone | 6/17/2021 | 6/17/202 1 18:17:17 AM(UTC-6) |
| 237 | 7706555266 McBee Dee | | | Incoming | | Thus can come on 6/28. Okay??? | SMS | Read | Inbox | Phone | 6/17/2021 | 6/17/202 1 19:23:11 AM(UTC-6) |
| 236 | | | +1-770-655-5266 McBee Dee | | | Yes | SMS | Sent | Sent | Phone | 6/17/2021 | 6/17/202 1 19:23:37 AM(UTC-6) |
| 234 | 7706555266 McBee Dee | | | Incoming | | Did you get amendment to sign? | SMS | Read | Inbox | Phone | 6/17/2021 | 6/17/202 1 9:44:46 AM(UTC-6) |
| 209 | | | +1-770-655-5266 McBee Dee | | | Crazy phone took me to Home Depot | SMS | Sent | Sent | Phone | 6/17/2021 | 6/17/202 1 3:40:50 PM(UTC-6) |
| 208 | | | +1-770-655-5266 McBee Dee | | | Be there in 10 | SMS | Sent | Sent | Phone | 6/17/2021 | 6/17/202 1 3:40:57 PM(UTC-6) |
| 207 | 7706555266 McBee Dee | | | Incoming | | We won't eat it all. Do you like Oink Onion? | SMS | Read | Inbox | Phone | 6/17/2021 | 6/17/202 1 3:41:45 PM(UTC-6) |

Plaintiff_000297

Texts b/w Dee McBee and John Thatcher

Plaintiff_000298

| # | Contact | Alt Phone | Message | Direction | Type | Status | Folder | Method | Date | Timestamp |
|---|---------|-----------|---------|-----------|------|--------|--------|--------|------|-----------|
| 206 | | +1 770-655-5266 McBee Dee | What are you and David drinking | | SMS | Sent | Sent | Phone | 6/17/2021 | 6/17/202 13:43:53 PM(UTC-6) |
| 205 | 7706555266 McBee Dee | | Yes and water | Incoming | SMS | Read | Inbox | Phone | 6/17/2021 | 6/17/202 13:44:16 PM(UTC-6) |
| 204 | 7706555266 McBee Dee | | Yea and water | Incoming | SMS | Read | Inbox | Phone | 6/17/2021 | 6/17/202 13:44:31 PM(UTC-6) |
| 193 | 7706555266 McBee Dee | | This is from Kim: She said $6k for 4 kayaks, trailer and flycraft with life vests and new helmets. Did John want a price for dining table and chairs? Those are her mothers but her mother would sell. She didn't give me a price. | Incoming | SMS | Read | Inbox | Phone | 6/17/2021 | 6/17/202 17:12:21 PM(UTC-6) |
| 192 | 7706555266 McBee Dee | | John, Your due diligence is over on the 25th. Are you okay that Titus can't be there until the 28th? | Incoming | SMS | Read | Inbox | Phone | 6/17/2021 | 6/17/202 17:13:37 PM(UTC-6) |
| 189 | | +1 770-655-5266 McBee Dee | Will they let me move it back? I still have David's tools. | | SMS | Sent | Sent | Phone | 6/17/2021 | 6/17/202 17:59:58 PM(UTC-6) |
| 170 | 7706555266 McBee Dee | | Please sign | Incoming | SMS | Read | Inbox | Phone | 6/18/2021 | 6/18/202 17:34:00 AM(UTC-6) |
| 169 | 7706555266 McBee Dee | | Sign!!! | Incoming | SMS | Read | Inbox | Phone | 6/18/2021 | 6/18/202 17:49:19 AM(UTC-6) |
| 164 | 7706555266 McBee Dee | | Good Job!!! | Incoming | SMS | Read | Inbox | Phone | 6/18/2021 | 6/18/202 19:40:38 AM(UTC-6) |