Exhibit: 3
Witness: Terry Wilson
Date: 07/21/2023
Reporter: Justin Hoffman

# Terry Wilson

**From:** Terry Wilson
**Sent:** Tuesday, April 13, 2021 8:31 AM
**To:** Kristin Chancey; Aleia Stanley
**Subject:** RE: 21-0425-CD 290 River Heights Road

He and I are supposed to have a phone call this morning, I'll note/task the file when he does. Thanks 😊

**From:** Kristin Chancey <kristin@wilsonhamilton.com>
**Sent:** Monday, April 12, 2021 4:39 PM
**To:** Aleia Stanley <aleia@wilsonhamilton.com>
**Cc:** Terry Wilson <terry@wilsonhamilton.com>
**Subject:** FW: 21-0425-CD 290 River Heights Road

He's referring to this file & 21-0403.

**From:** Gary Knight <gary@cabin-rentals-of-georgia.com>
**Sent:** Monday, April 12, 2021 3:59 PM
**To:** Kristin Chancey <kristin@wilsonhamilton.com>
**Subject:** Re: 21-0425-CD 290 River Heights Road

Hello Kristin,

I have reached out to Terry regarding this close as well as 253 River Heights. Both of these properties have easements, a well agreement and a railroad crossing agreement that need to be handled first thing as I need to get the language to the 2 buyers for their signoff.

Best Regards,

Gary Knight

gary@cabin-rentals-of-georgia.com
http://www.cabin-rentals-of-georgia.com
Office (706) 432.2140
801B E Main St.
Blue Ridge, Georgia 30513

> On Apr 12, 2021, at 3:29 PM, Kristin Chancey <kristin@wilsonhamilton.com> wrote:
>
> Hello,
>
> I am just following up in regards to this request, thank you! I am in need of this information/documentation at your earliest convenience.
>
> **Sincerely,**

1

**Kristin B. Chancey**
**Pre-Closer**
**kristin@wilsonhamilton.com**

&lt;image001.jpg&gt;
**Two Offices to Serve you Located at:**

**316 Summit Street**
**Blue Ridge, Georgia 30513**
**O 706-946-6808**
**F 706-946-6809**

**589 Highland Crossing**
**East Ellijay, Georgia 30540**

**Office Hours: Monday – Friday 8:15AM – 4:45PM EST (Excluding Holidays)**

**WIRE FRAUD ALERT:**
Do not accept wiring instructions or changes to wiring instructions via fax or email without calling the beneficiary of the wire, after independently verifying their phone number, to confirm the instructions or changes.

**PURSUANT TO O.C.G.A. SECTION 44-14-13, FUNDS FOR CLOSING MUST BE REMITTED AS FOLLOWS:**
$5,000.00 or less - Wire Transfer or Certified Check
$5,001.00 or over -Wire Transfer
Georgia's "Good Funds Law" is codified at O.C.G.A. § 44-14-13. Under Georgia's Good Funds Law, a closing attorney may not close and fund a transaction until the attorney has "collected funds" in their escrow account. "Collected funds" means "funds deposited, finally settled and credited to the settlement agent's escrow account." Collected funds do not include certified or cashier's checks.

**CONFIDENTIALITY NOTICE UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW**
**(Electronic Communications Privacy Act of 1986, 18 U.S.C. 2701(a) and 2702(a))**
This e-mail and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (706)946-6808 or by electronic mail, and delete this message and all copies and backups thereof. Thank you.


**From:** Kristin Chancey
**Sent:** Wednesday, April 7, 2021 11:36 AM
**To:** CROG <gary@cabin-rentals-of-georgia.com>
**Cc:** Brian White <brian@ansleyre.com>; Courtney Thomas <courtneythomas@ansleyatlanta.com>
**Subject:** 21-0425-CD 290 River Heights Road

Hello,

Congratulations on your upcoming sale!

Our firm has received a Purchase and Sale Agreement from your agent for property described as **290 River Heights Road** identifying us as the closing attorney. I will be the Pre-Closer and your main point of contact. We have opened a file and are initiating a Title Search. The file number is **21-0425-CD**.

Your order is being managed through our online portal called Closing Manager. You will receive an invitation to register via email and will be asked to create a password. Once registered and logged in, you will receive instructions on how to complete the Seller Information Sheet & Wire Fraud Disclosure that is required.

We have a tentative closing date scheduled for **May 7th**. Once all information is received and the file is complete, we will contact all parties to confirm a closing time. We do recommend that all parties attend the closing!

If you have any questions or concerns, please let me know.

We look forward to working with you!

Thank you!

**Sincerely,**

**Kristin B. Chancey**
**Pre-Closer**
**kristin@wilsonhamilton.com**

<image001.jpg>
Two Offices to Serve you Located at:

**316 Summit Street**
**Blue Ridge, Georgia 30513**
**O 706-946-6808**
**F 706-946-6809**

**589 Highland Crossing**
**East Ellijay, Georgia 30540**

**Office Hours: Monday – Friday 8:15AM – 4:45PM EST (Excluding Holidays)**

**WIRE FRAUD ALERT:**
Do not accept wiring instructions or changes to wiring instructions via fax or email without calling the beneficiary of the wire, after independently verifying their phone number, to confirm the instructions or changes.

**PURSUANT TO O.C.G.A. SECTION 44-14-13, FUNDS FOR CLOSING MUST BE REMITTED AS FOLLOWS:**
$5,000.00 or less - Wire Transfer or Certified Check
$5,001.00 or over -Wire Transfer
Georgia's "Good Funds Law" is codified at O.C.G.A. § 44-14-13. Under Georgia's Good Funds Law, a closing attorney may not close and fund a transaction until the attorney has "collected funds" in their escrow account. "Collected funds" means "funds deposited, finally settled and credited to the settlement agent's escrow account." Collected funds do not include certified or cashier's checks.

**CONFIDENTIALITY NOTICE UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW**
**(Electronic Communications Privacy Act of 1986, 18 U.S.C. 2701(a) and 2702(a))**
This e-mail and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (706)946-6808 or by electronic mail, and delete this message and all copies and backups thereof. Thank you.

<Seller Information Sheet.docx><Seller Wire Fraud Disclosure.pdf>

# Terry Wilson

**From:** Terry Wilson
**Sent:** Wednesday, June 2, 2021 7:52 AM
**To:** gary@cabin-rentals-of-georgia.com
**Cc:** Brian White
**Subject:** RE: 253 River Heights
**Attachments:** Recorded Water Easement.pdf; Recorded Easement.pdf; easement amendment 21-0425.pdf

Good Morning Gary:

The attached are the easement and water agreement from the sale of Lot 16 (290 River Heights). These run with the land, so will continue to be in place after the sale. Also attached is the unsigned amendment to add the time limitation for the use of the easement. I'll send the ones for Fish Trap in another email.

Thank you,
Terry

**From:** Brian White <brian@ansleyre.com>
**Sent:** Tuesday, June 1, 2021 6:54 PM
**To:** Terry Wilson <terry@wilsonhamilton.com>
**Subject:** 253 River Heights

Terry,

Gary asked about the easements and water agreement for 253 River Heights, and 92 / 100 Fish Trap – he mentioned he hasn't reviewed yet. Is that something you can send over?



After Recording Return To:
Wilson Hamilton LLC
316 Summit Street
Blue Ridge, GA 30513
File No. 21-0425

# Water Easement and Maintenance Agreement

THIS WATER EASEMENT AND MAINTENANCE AGREEMENT is made this ⎯⏋⎯ day of May, 2021 by and between Gary Knight ("Grantor"), and Gary Knight and Thor A. James ("Grantee").

WITNESSETH:

WHEREAS, Grantor is the owner of a certain piece of property described as follows:

> All that tract or parcel of land lying and being in the 8th District, 2nd Section, Land Lot 80, Fannin County, Georgia, being Lot 15 of Toccoa Heights, Phase 2, containing 1.34 acres, more or less, and 0.47 acre, more or less, for a total of 1.81 acres, more or less, as shown on a plat of survey by Shelly J. Bishop, GRLS No. 2536, dated May 10, 2002 and recorded in Plat Hanger C-325, Pages 3-6, Fannin County Records, to which reference is hereby made for a more complete and accurate legal description.

WHEREAS, Knight, as Grantee, is the owner of the following described property:

> All that tract or parcel of land lying and being in the 8th District, 2nd Section, Land Lot 80, Fannin County, Georgia, being Lot 14 of Toccoa Heights, Phase 2, containing 1.05 acres, more or less, and 0.60 acre, more or less, for a total of 1.65 acres, more or less, as shown on a plat of survey by Shelly J. Bishop, GRLS No. 2536, dated May 10, 2002 and recorded in Plat Hanger C-325, Pages 3-6, Fannin County Records, to which reference is hereby made for a more complete and accurate legal description.

For informational purposes only: Map Parcel No. 0050 091 A6

WHEREAS, James, as Grantee, is the owner of the following described property:

All that tract or parcel of land lying and being in the 8th District, 2nd Section, Land Lot 80, Fannin County, Georgia, being Lot 16 of Toccoa Heights, Phase 2, containing 0.93 acre, more or less, and 0.47 acre, more or less, and a part of Lot 17, containing 0.04 acre, more or less, for a total of 1.44 acres, more or less, as shown on a plat of survey by Joel Jordan, GRLS No. 2430, dated November 15, 2005 and recorded in Plat Book E5, Page 7, Fannin County Records, to which reference is hereby made for a more complete and accurate legal description.

For informational purposes only: Map Parcel No. 0050 091 A1J

WHEREAS, the parties hereto desire to enter into an agreement for the use of water from a well located on the property of Grantor and the maintenance of said well and he associated pump to serve the land of the Grantor and each Grantee, their successors and/or assigns;

NOW, THEREFORE, for an in consideration of the sum of One Dollar ($1.00) and other good and valuable consideration, receipt of which is hereby acknowledged, the parties do hereby covenant and agree as follows:

1. Grantor hereby grants a permanent and perpetual easement for the purpose of access to and the use of water from the well located on the above-described property of the Grantor. Said easement shall not be a mere license, but a right running with the land and shall inure to the benefit and burden, respectively, of each Grantee, the Grantor, their heirs, successors and assigns.

2. Grantor and each Grantee shall maintain a pump on said well for the benefit of Grantor and each Grantee. If the well or pumping system should become inoperable or fail, Grantor and each Grantee shall repair the well and/or pumping system, with the cost of repair to be shared proportionally (1/3 per lot) between the Grantor and each Grantee.

3. The well operates off its own meter, which is currently invoiced to Grantor. Each party shall pay $180.00 per year for electrical costs. This fee may be modified from time to time to offset increases in costs of electricity and/or inflation, as the parties may agree. Failure by the paying party to pay these amounts, when due, shall allow the payee to place a lien on the non-paying lot and against the lot's owner for the amount in the unpaid bill, interest, and reasonable attorney's fees to collect same, as well as enable such party to discontinue water service to the non-payor's property.

4. Each party shall, at their own expense, add, replace, and/or maintain the water lines running from the pump of said well to their individual lots.

5. Each party shall have right of access to the pump for any and all repairs and/or to repair and maintain their individual water lines.

6. In the event that the pump is damaged through the negligence of the Grantor or either Grantee, then the party responsible for said negligence shall be wholly responsible for the costs of repair or replacement of the pump and all necessary expenditures associated therewith.

7. The Agreement shall be appurtenant to and run with the lands of both parties, and shall bind and inure to the benefit of the parties, their heirs, successors and assigns.

IN WITNESS WHERE OF, the undersigned have executed this agreement the day and year first above written.

Sworn to and subscribed before me this ____ day of May, 2021.

_____
Witness

_____
Notary Public

_____
Gary Knight

Sworn to and subscribed before me this ____ day of May, 2021.

_____
Witness

_____
Notary Public

_____
Thor A. James

Doc ID: 002614600003 Type: EASE
Recorded: 05/07/2021 at 04:00:00 PM
Fee Amt: $25.00 Page 1 of 3
Fannin Co. Clerk of Superior Court
DANA CHASTAIN Clerk of Courts

BK **1425** PG **578-580**

After Recording Return to:
Wilson Hamilton LLC
316 Summit Street
Blue Ridge, GA 30513
File No. 21-0425

STATE OF GEORGIA
COUNTY OF FANNIN

## Easement

This Easement (hereinafter referred to as the "Easement") is made this __7__ day of May, 2021, between **Gary Knight** ("Knight") and **Thor A. James** ("James").

WHEREAS, Knight is the owner of the following described property:

    All that tract or parcel of land lying and being in the 8th District, 2nd Section, Land Lot 80, Fannin County, Georgia, being Lot 14 of Toccoa Heights, Phase 2, containing 1.05 acres, more or less, and 0.60 acre, more or less, for a total of 1.65 acres, more or less, as shown on a plat of survey by Shelly J. Bishop, GRLS No. 2536, dated May 10, 2002 and recorded in Plat Hanger C-325, Pages 3-6, Fannin County Records, to which reference is hereby made for a more complete and accurate legal description.

    For informational purposes only: Map Parcel No. 0050 091 A6

WHEREAS, Knight is also the owner of the following described property:

    All that tract or parcel of land lying and being in the 8th District, 2nd Section, Land Lot 80, Fannin County, Georgia, being Lot 15 of Toccoa Heights, Phase 2, containing 1.34 acres, more or less, and 0.47 acre, more or less, for a total of 1.81 acres, more or less, as shown on a plat of survey by Shelly J. Bishop, GRLS No. 2536, dated May 10, 2002 and recorded in Plat Hanger C-325, Pages 3-6, Fannin County Records, to which reference is hereby made for a more complete and accurate legal description.

    For informational purposes only: Map Parcel No. 0050 91A 1JA

WHEREAS, James is the owner of the following described property:

    All that tract or parcel of land lying and being in the 8th District, 2nd Section, Land Lot 80, Fannin County, Georgia, being Lot 16 of Toccoa Heights, Phase 2, containing 0.93 acre, more or less, and 0.47 acre, more or less, and a part of Lot 17, containing 0.04 acre, more or less, for a total of 1.44 acres, more or less, as shown on a plat of survey by Joel Jordan, GRLS No. 2430, dated November 15, 2005 and recorded in Plat Book E5, Page 7,

Page 1 of 3

Fannin County Records, to which reference is hereby made for a more complete and accurate legal description.

For informational purposes only: Map Parcel No. 0050 091 A1J

WHEREAS, prior to the purchase of Lot 16 by James, Knight owned Lots 14, 15 & 16; and during said ownership, Knight established paths for pedestrian use, to access the respective parcels of each lot that lie across the existing railroad tracts, for enjoyment by the owners, agents, invitees and guests;

WHEREAS, the parties hereto desire to continue use of said paths for owners, agents, invitees and guests as set forth herein, by placing of record these several paths as easements, and the terms associated thereto.

NOW, THEREFORE, for and in consideration of the premises and in consideration of the sum of Ten ($10.00) Dollars and other good and valuable consideration, receipt and sufficiency whereof is hereby acknowledged it is mutually agreed as follows:

1. Knight grants to James a permanent and perpetual easement 20' in width along an existing graveled path leading from the top of Lot 14, down to the railroad track crossing. The easement shall then continue 10' in width, and subject to the terms of paragraph 4 below, across the railroad track crossing to the 0.60 acre parcel of Lot 14 lying on the north side of the tracks, then along a 10' path crossing Lots 14 & 15, then ending at the property of James. Said easement shall be for foot-use only for invitees and guests of James, and for ATV & foot-use for James and his agents.

2. Knight grants to James a permanent and perpetual easement along an existing walkway across Lot 15 to the railroad crossing. Said easement shall be for foot-use only for all benefitted parties.

3. Knight, and James grant to each other a permanent and perpetual easement along an existing walkway that begins near the southern property line of James, then down a set of stairs to a footpath that winds primarily across the property of James, crossing onto the property of Knight, as set forth on the above-described plat of James at Plat Book E5, Page 7. Said easement shall be for foot-use only for all benefitted parties.

4. The right to use the easement from the point it reaches the railroad crossing is subject to the terms of a Private Road Grade Crossing Agreement between Georgia Northeastern Railroad Company LLC and Cabin Rentals of Georgia, LLC, Gary Knight and Lizabeth Knight, dated September 1, 2016 ("Crossing Agreement"), a copy of which has been given to James at the time of execution of this Easement. Knight and James shall share proportionately (1/3 per lot) the cost of the provisions thereof, including but not limited to: maintaining a Comprehensive General Liability insurance in an amount not less than Five Million Dollars per occurrence; Automobile Liability insurance in an amount not less than One Million Dollars, and Statutory Worker's Compensation and Employer's Liability insurance, as per paragraph 15/1 thereof.

5. Knight and James shall maintain the easement areas in good condition and repair, with the cost of said maintenance born proportionately (1/3 per lot).

6. Each party shall remain responsible for the cost to repair damage to the easement area caused by their respective negligence, or the negligence of their respective agents, invitees and guests. Each party shall indemnify and hold the other harmless from any claim or loss which may result from use of the easement area while upon the property of the other.

7. The Easement shall be appurtenant to and run with the lands of both parties, and shall bind and inure to the benefit of the parties, their heirs, successors and assigns.

IN WITNESS WHEREOF the parties herein have set their hands and seals to this Easement on the date first above written.

Sworn to and subscribed
before me this ___ day
of May, 2021.

_____
Witness

_____
Notary Public

_____
Gary Knight

Sworn to and subscribed
before me this ___ day
of May, 2021.

_____
Witness

_____
Notary Public

_____
Thor A. James

After Recording Return to:
Wilson Hamilton LLC
316 Summit Street
Blue Ridge, GA 30513
File No. 21-0425

STATE OF GEORGIA
COUNTY OF FANNIN

Cross Reference:
Deed Book 1425, Page 578

## Amendment to Easement

This Amendment to Easement (hereinafter referred to as the "Easement") is made this _____ day of June, 2021, between **Gary Knight, Thor A. James** and **7 IL Properties, LLC**.

WHEREAS, the Easement datyed May 7, 2021 and recorded in Deed Book 1425, Page 578 is hereby amended as follows:

    Use of the easement shall be limited to between the hours of 7 am & 9 pm daily.

IN WITNESS WHEREOF the parties herein have set their hands and seals to this Easement on the date first above written.

Sworn to and subscribed
before me this ___ day
of June, 2021.

_____
Gary Knight

_____
Witness

_____
Notary Public

Sworn to and subscribed
before me this ___ day
of June, 2021.

_____
Thor A. James

_____
Witness

_____
Notary Public

Sworn to and subscribed
before me this ___ day
of June, 2021.

_____
Witness

_____
Notary Public

7 IL Properties, LLC

By: _____
    John H. Thatcher, III, Manager