| | |
|---|---|
| **From:** | Brian White <brian@ansleyre.com> |
| **Sent:** | Wednesday, May 26, 2021 11:17 AM |
| **To:** | Terry Wilson |
| **Subject:** | Re: Easements for Gary Knight |

Gotcha ... thanks!

---

**From:** Terry Wilson <terry@wilsonhamilton.com>
**Date:** Wednesday, May 26, 2021 at 11:13 AM
**To:** Brian White <brian@ansleyre.com>
**Subject:** RE: Easements for Gary Knight

Good Morning Brian:

Yes I spoke with him at length about it yesterday. My plan is to get it to him by tomorrow morning.

T

**From:** Brian White <brian@ansleyre.com>
**Sent:** Wednesday, May 26, 2021 11:06 AM
**To:** Terry Wilson <terry@wilsonhamilton.com>
**Subject:** Easements for Gary Knight

Hey buddy...Hope all is well in your world!

Just got off the phone with Gary Knight and he asked if I would check in on the easement you are drafting for 92 and 100 Fish Trap.

We are scheduled to close 92 Fish Trap on 6/1 and Gary mentioned he isn't comfortable reviewing day of closing and would like to have time to review beforehand – any update on this?

Thank you sir!
Brian

## Terry Wilson

| | |
|---|---|
| **From:** | John Thatcher <7ilinvestors@gmail.com> |
| **Sent:** | Monday, May 31, 2021 10:11 AM |
| **To:** | Terry Wilson |
| **Cc:** | Dee McBee |
| **Subject:** | Re: 92 Fishtrap |
| **Attachments:** | image001.jpg |

Nothing surprises me with him.
I will still plan on seeing you tomorrow.

Thanks,

John

On Mon, May 31, 2021, 7:02 AM Terry Wilson <terry@wilsonhamilton.com> wrote:

> Good Morning John:
>
> Sorry to bother you on a holiday, but I just got off the phone with seller Gary Knight and was told something I was not aware of until now – and I suspect you didn't know about it either.
>
> Gary has adjoining 100 Fishtrap scheduled to close this Thursday 6/3 (which I knew about), but- he's agreed to a minor "land swap" between the lots, to allow 100 Fishtrap room for a garage. The total acreage would stay the same, and Gary says it doesn't interfere with 92 Fishtrap, but we won't know until we see a survey of the planned swap. I just sent an email to the surveyor he's hired (Sam Walker of Alpha Surveying) to get a timeline, but he likely won't respond until tomorrow.
>
> When the survey does come in, we will need to review and approve of it, and Fannin Land Development will have to approve as well. I would also like to talk to Fannin Health Department about it, as anytime you change the boundaries of a subdivision lot, it no longer is "grandfathered", and more current septic regulations may apply.
>
> Even if we get the survey by 10 am tomorrow, that's a lot to do. We may need to delay the closing a couple of days.

1

I'll let you know as soon as I find out more about the survey's status.

Terry

**Terry Lee Wilson**

**Attorney**

**Two offices to serve you located at:**

**316 Summit Street**

**Blue Ridge, GA 30513**

**&**

**589 Highland Crossing
East Ellijay, GA 30540**

**706-946-6808 office
706-946-6809 fax**

CONFIDENTIALITY NOTICE UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW

(Electronic Communications Privacy Act of 1986, 18 U.S.C. 2701(a) and 2702(a))

This e-mail and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (706)946-6808 or by electronic mail, and delete this message and all copies and backups thereof. Thank you.