

**Exhibit: 5**
**Witness: Terry Wilson**
**Date: 07/21/2023**
**Reporter: Justin Hoffman**

Dee McBee <deemcbeerealtor@gmail.com>

# 92 Fishtrap
5 messages

**Terry Wilson** <terry@wilsonhamilton.com>  Mon, May 31, 2021 at 9:02 AM
To: "7ilinvestors@gmail.com" <7ilinvestors@gmail.com>
Cc: Dee McBee <deemcbeerealtor@gmail.com>

Good Morning John:

Sorry to bother you on a holiday, but I just got off the phone with seller Gary Knight and was told something I was not aware of until now – and I suspect you didn't know about it either.

Gary has adjoining 100 Fishtrap scheduled to close this Thursday 6/3 (which I knew about), but- he's agreed to a minor "land swap" between the lots, to allow 100 Fishtrap room for a garage. The total acreage would stay the same, and Gary says it doesn't interfere with 92 Fishtrap, but we won't know until we see a survey of the planned swap. I just sent an email to the surveyor he's hired (Sam Walker of Alpha Surveying) to get a timeline, but he likely won't respond until tomorrow.

When the survey does come in, we will need to review and approve of it, and Fannin Land Development will have to approve as well. I would also like to talk to Fannin Health Department about it, as anytime you change the boundaries of a subdivision lot, it no longer is "grandfathered", and more current septic regulations may apply.

Even if we get the survey by 10 am tomorrow, that's a lot to do. We may need to delay the closing a couple of days.

I'll let you know as soon as I find out more about the survey's status.

Terry

**Terry Lee Wilson**

**Attorney**



Two offices to serve you located at:

**316 Summit Street**

**Blue Ridge, GA 30513**

&

**589 Highland Crossing**
**East Ellijay, GA 30540**

**706-946-6808 office**
**706-946-6809 fax**

**CONFIDENTIALITY NOTICE UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW**

**(Electronic Communications Privacy Act of 1986, 18 U.S.C. 2701(a) and 2702(a))**

This e-mail and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (706)946-6808 or by electronic mail, and delete this message and all copies and backups thereof. Thank you.

---

**John Thatcher** <7ilinvestors@gmail.com>                                              Mon, May 31, 2021 at 10:10 AM
To: Terry Wilson <terry@wilsonhamilton.com>
Cc: Dee McBee <deemcbeerealtor@gmail.com>

Nothing surprises me with him.
I will still plan on seeing you tomorrow.

Thanks,

John
[Quoted text hidden]

---

**2 attachments**

image001.jpg
6K

**image001.jpg**



**Dee McBee** <deemcbeerealtor@gmail.com>  Mon, May 31, 2021 at 12:11 PM
To: Terry Wilson <terry@wilsonhamilton.com>

Terry,
Is everything straightened out with the property called Knights Landing. It is just below the other ont-e that John is buying called River Heights?
John might even be open to swapping Fish Trap to Knights Landing.
Just an idea.
Dee
[Quoted text hidden]
--

# DEE MCBEE

**Better Homes and Gardens Real Estate Metro Brokers**

Cell - 770-655-5266

deemcbeerealtor@gmail.com

realtorblueridge.com

mountaincabinsforsaleblueridge.com

2460 East First Street Suite 6B

Blue Ridge, GA 30513

---

**Terry Wilson** <terry@wilsonhamilton.com>  Mon, May 31, 2021 at 12:20 PM
To: Dee McBee <deemcbeerealtor@gmail.com>

No but the party suing wants to sell so there may be a settlement on the horizon

Sent from my Verizon, Samsung Galaxy smartphone
[Quoted text hidden]

---

**Dee McBee** <deemcbeerealtor@gmail.com>  Mon, May 31, 2021 at 7:01 PM
To: Dan Harrison <Dan@cotwrealestate.com>

Sent from my iPhone

Begin forwarded message:

**From:** Terry Wilson <terry@wilsonhamilton.com>
**Date:** May 31, 2021 at 12:20:58 PM EDT
**To:** Dee McBee <deemcbeerealtor@gmail.com>
**Subject: RE: 92 Fishtrap**

[Quoted text hidden]