IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| 7 IL PROPERTIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 2:21-cv-226-RWS |
| | ) | |
| GARY KNIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO CROSS MOTIONS FOR SUMMARY JUDGMENT**

Gary Knight and 7 IL Properties, LLC (hereafter, "7 IL") hereby jointly file this Motion for an Extension of the Deadlines for which to file their response briefs to their cross motions for summary judgment, as follows:

(1) On October 13, 2023, the Parties filed cross motions for summary judgment.

(2) Per Rule 56, the deadline to respond to these motions was originally November 3, 2023, and per Order of this Court [Doc. 67], the deadline was extended to November 28, 2023.

(3) Counsel for both Parties have had numerous briefing and court appearance engagements, and have many upcoming.

(4)　The Parties jointly request that this Court extend the deadline for filing a response to these cross motions for summary judgment for seven (7) additional days, through and including December 5, 2023.

WHEREFORE, this Court should Grant this Joint Motion and extend the deadline for filing a response to the cross motions for summary judgment for seven (7) additional days, through and including December 5, 2023.

Respectfully submitted, this 27th day of November, 2023.

| FGP LAW, LLC | FREEMAN MATHIS & GARY, LLP |
|---|---|
| /s/ Frank G. Podesta | Brian S. Goldberg w/ express consent |
| Frank G. Podesta | Brian S. Goldberg |
| GA Bar No. 496530 | GA Bar No. 128007 |
| fpodesta@fgplaw.com | brian.goldberg@fmglaw.com |
| | |
| 555 Sun Valley Drive | 100 Galleria Parkway, S.E. |
| Suite N-3 | Suite 1600 |
| Roswell, Georgia 30076 | Atlanta, Georgia 30339 |
| 678.677.5143 (voice) | (770) 818-0000 (voice) |
| 678.222.0123 (facsimile) | (770) 937-9960 (facsimile) |
| *Attorneys for Gary Knight* | *Attorneys for 7 IL Properties, LLC* |

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Joint Motion for Extension of Deadline** was prepared using 14 Point Times New Roman Font, and that on November 27, 2023, I filed the foregoing with the Clerk of Court, and served via same on all counsel of record via this Court's CM/ECF Electronic Filing System.

Respectfully submitted, this 27t day of November, 2023.

                                                   FGP LAW, LLC

                                                   /s/ Frank G. Podesta
                                                 Frank G. Podesta
                                                 GA Bar No. 496530
                                                 fpodesta@fgplaw.com