# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| 7 IL PROPERTIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 2:21-cv-226-RWS |
| ) | |
| GARY KNIGHT, ) | |
| ) | |
| Defendant. ) | |
| _____) | _____ |

## ORDER EXTENDING DEADLINE FOR FILING RESPONSES TO CROSS MOTIONS FOR SUMMARY JUDGMENT

This matter came before this Court on the Parties' Joint Motion to Extend the Deadlines for filing responses to cross motions for summary judgment.

The Parties have requested additional time to file their responses due to a substantial caseload. For these reasons, and for good cause shown:

IT IS HEREBY ORDERED that the deadline for filing a response to the filed cross motions for summary judgment in this matter is extended for seven (7) additional days, through and including December 5, 2023.

SO ORDERED, this _____ day of November, 2023.

_____
Hon. Richard W. Story, Senior Judge
United States District Court