IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

**SECOND AMENDED** TWO WEEK CALENDAR COMMENCING TUESDAY, MAY 28, 2024 AT <u>9:30A.M.</u> IN COURTROOM 303, U. S. COURTHOUSE, 121 SPRING STREET, GAINESVILLE, GEORGIA, HONORABLE RICHARD W. STORY, PRESIDING.

<u>DO NOT APPEAR UNLESS YOU ARE NOTIFIED BY THE COURT. THE CASES MAY BE TAKEN OUT OF THE ORDER LISTED.</u>

<u>PRETRIAL CONFERENCES TO BE SCHEDULED BY SEPARATE NOTICE.</u>

| ATTORNEYS/ CASE NUMBER | STYLE OF CASE | NATURE OF OFFENSE/CAUSE |
|---|---|---|
| Cathelynn Tio  2:23-cr-001 | UNITED STATES OF AMERICA  V. | 18:922 (n) Transport Firearms Interstate By Felon |
| Rebecca Shepard/Keenen Twymon | KYLE FABIANO | |
| Collin Hatcher  2:22-cv-235 | HOLLY NEYMAN  V. | 28:1446 Breach of Contract-Insurance |
| Timothy Mitchell | USAA CASUALTY INSURANCE COMPANY | |
| Brian Henry/Isaiah Floyd  2:22-cv-134 | BARRY SMITH  V. | 28:1332 Diversity-Personal Injury |
| Paul Rowe/Nils Okeson | SANDY COPPAGE, et al | |

| Christopher Rosser | BLACKLICK HOTSPOT CORP. | 28:1446 Notice of Removal-Breach of Contract |
|---|---|---|
| 2:21-cv-214 | V. | |
| Kendal Reed | EMPIRE PETROLEUM PARTNERS, LLC | |
| Brian Goldberg | 7 IL PROPERTIES, LLC | 28:1332 Diversity - Breach of Contract |
| 2:21-cv-226 | V. | |
| Frank Podesta | GARY KNIGHT | |

Dated: April 26, 2024

Stacey Kemp, Courtroom Deputy Clerk
Office: 678-450-2751

In the United States District Court

For the Northern District of Georgia

Gainesville Division

## CLERK'S CERTIFICATE OF MAILING

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia, at Gainesville, Georgia, hereby certify:

1. That pursuant to instructions for the United States District Judges and in the performance of my duties as Clerk, there was mailed to each of the parties named on the attached Civil Notice filed herein, or as otherwise appearing in the files in such cause except where the address is unknown, a Notice of Jury Trial for May 28, 2024, a true copy of which is attached hereto;

2. That the attached Notice was also mailed or electronically transmitted to counsel for each plaintiff and defendant;

3. That such Notice was enclosed and sealed in envelopes bearing the lawful frank of the United States District Court or contained the official Notice of Electronic Filing.

4. That said envelopes were delivered to and deposited in the regular mails of the United States Postal Service in the City of Gainesville in said District on the 26th day of April, 2024.

KEVIN P. WEIMER, CLERK

BY: <u>s/Stacey Kemp</u>
Courtroom Deputy Clerk