# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

7 IL PROPERTIES, LLC,

       Plaintiff,

       v.

GARY KNIGHT,

       Defendant.

Civil Action No.

2:21-cv-226-RWS

## ORDER

In response to a request by counsel for Defendant, the Court held a telephone conference with counsel for the parties on June 20, 2024. During the conference, the parties discussed and agreed to: (i) proceed in good faith toward closing on the 92 Fish Trap Property ("the Property") at the soonest possible date, while also allowing Plaintiff 7 IL Properties, LLC, to, among other things, arrange financing, conduct an inspection, and update its title search on the Property; (ii) negotiate in good faith whether to place a certain amount of funds in escrow at closing for purposes of satisfying any damages award associated with the Property; (iii) and have Defendant Gary Knight waive any appeal rights regarding specific performance of the Property under the Court's February 7, 2024, [Dkt. 78], and

April 26, 2024, [Dkt. 90], Orders. [1] The parties shall keep the Court apprised of their progress on these matters. Should further issues arise concerning these matters, the parties may request a conference with the Court.

      **SO ORDERED** this 21st day of June, 2024.

_____
**RICHARD W. STORY**
United States District Judge

---

[1] The Court acknowledges Defendant Gary Knight's reservation of his right to contest any damages associated with the Property at trial.