IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| 7IL PROPERTIES,<br><br>    Plaintiff,<br><br>v.<br><br>GARY KNIGHT,<br><br>    Defendants. | Civil Action No.<br><br>2:21-cv-226-RWS |

## ORDER

This case comes before the Court on the parties' joint request to mediate. Accordingly, the Court will honor the request of the parties.

It is hereby **ORDERED** that this matter be **REFERRED** to the Honorable Russell Vineyard, Chief U.S. Magistrate Judge, for random assignment to the next available Magistrate Judge for mediation.

If the case is not settled in mediation, the parties shall notify the Court immediately and proceed to jury trial, calendared for Monday, September 16, 2024.

The Clerk is **DIRECTED** to forward a copy of the instant Order to the Chief Magistrate Judge.

SO ORDERED this 24th day of July, 2024.

_____
RICHARD W. STORY
United States District Judge