# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:21-cv-00226-RWS
## 7 IL Properties, LLC v. Knight
## Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 07/23/2024.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 3:15 P.M.
TIME IN COURT: 00:15
OFFICE LOCATION: Gainesville

DEPUTY CLERK: Kelly Thigpen

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Brian Goldberg representing 7 IL Properties, LLC<br>Frank Podesta representing Gary Knight<br>Jason Sanker representing Gary Knight |
| OTHER(S) PRESENT: | Sam Won, Law Clerk |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MINUTE TEXT: | The Court discussed trial procedures with counsel. Jury Trial scheduled for Monday, September 16, 2024. The parties were amenable to a Court referral to a magistrate judge for mediation. Written order to follow. |
| HEARING STATUS: | Hearing Concluded |