IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| 7 IL PROPERTIES, LLC, | |
| Plaintiff, | Civil Action No. |
| v. | 2:21-cv-226-RWS |
| GARY KNIGHT, | |
| Defendant. | |

## VERDICT FORM

### Plaintiff's Claim (The 253 River Heights Property)

1. Do you find that Plaintiff 7 IL Properties, LLC substantially complied with its obligations under the 253 River Heights purchase and sale agreement and was not in material breach, such that Plaintiff 7 IL Properties, LLC is entitled to specific performance?

    __X__ Yes   _____ No

**If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No" to Question 1, then skip to Question 3.**

2.  What amount of damages, if any, do you award to Plaintiff 7 IL Properties, LLC for Defendant Gary Knight's failure to close on the 253 River Heights Property?

    __X__ $179,743.41

    _____ $73,944.41

**Once you have answered Question 2, skip to Question 4.**

### Defendant's Counterclaim (The 253 River Heights Property)

3.  Do you find that Defendant Gary Knight substantially complied with his obligations under the 253 River Heights purchase and sale agreement and was not in material breach, such that Defendant Gary Knight is entitled to an award of $10,000 in liquidated damages?

    _____ Yes          _____ No

**Proceed to Question 4.**

## Plaintiff's Claim (The 92 Fish Trap Property)

4. Do you find that the sale of the 92 Fish Trap Property failed to close due to the fault of Plaintiff 7 IL Properties, LLC?

    \_\_\_\_ Yes    **X** No

**If you answered "Yes" to Question 4, proceed to Question 5. If you answered "No" to Question 4, then proceed to Question 6.**

5. On what ground(s) do you so find (check all that apply)?

    \_\_\_\_ Negotiation for reduction of sales price

    \_\_\_\_ Failure to prepare easements

**Your deliberations are completed and you must sign and date the verdict form and return it to the Court.**

6. Do you find that Plaintiff 7 IL Properties is entitled to damages for Defendant Gary Knight's failure to close on the 92 Fish Trap Property?

    **X** Yes    \_\_\_\_ No

**If you answered "Yes" to Question 6, proceed to Question 7. If you answered "No" to Question 6, your deliberations are completed and you must sign and date the verdict form and return it to the Court.**

7. What amount of damages, if any, do you award to Plaintiff 7 IL Properties, LLC for Defendant Gary Knight's failure to close on the 92 Fish Trap Property?

3

__X__ $127,100.17

_____ $27,510.60


**Once you have answered Question 7, your deliberations are completed and you must sign and date the verdict form and return it to the Court.**

Date: __9·18·24__              _____/s/ Payton Heck_____

                                         Foreperson