IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| 7 IL PROPERTIES, LLC, | |
| Plaintiff, | Civil Action No. |
| v. | 2:21-cv-226-RWS |
| GARY KNIGHT, | |
| Defendant. | |

## ORDER

On September 18, 2024, the jury returned a verdict [Dkt. 122] in favor of Plaintiff awarding damages in the total sum of $306,843.58, plus attorney fees, and finding that Plaintiff substantially complied with its obligations under the 253 River Heights purchase and sale agreement such that Plaintiff is entitled to an order requiring specific performance of that agreement. By Order [Dkt. 90] entered April 26, 2024, the Court previously ruled that the Fish Trap purchase and sale agreement is enforceable, and Plaintiff is entitled to an order requiring specific performance of that agreement.

Therefore, the Clerk is hereby **ORDERED** to enter **JUDGMENT** in favor of Plaintiff and against Defendant for the sum of $306,843.58, plus attorney fees,

and ordering Defendant to close the sale of the River Heights and Fish Trap properties to Plaintiff in not less than 105 days from the entry of Judgment. In the event the parties are unable to reach agreement as to attorney fees, Plaintiff must file a motion seeking fees within 30 days of the entry of the Judgment.

    **SO ORDERED** this 4th day of December, 2024.

_____
**RICHARD W. STORY**
United States District Judge