# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

### 2:21-cv-00226-RWS
### 7 IL Properties, LLC v. Knight
### Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 05/06/2025.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:10 P.M.
TIME IN COURT: 00:10
OFFICE LOCATION: Gainesville
COURT REPORTER: Penny Coudriet
DEPUTY CLERK: Kelly Thigpen/Sam Won

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Brian Goldberg representing 7 IL Properties, LLC<br>Frank Podesta representing Gary Knight |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Court discussed the pending matters. Counsel encouraged to have a property inspection completed by May 15th. |
| HEARING STATUS: | Hearing Concluded |